## **EXHIBIT A**

[Rate Schedule]

(see attached)

**Rate Schedule**

| Professional | Role | 2019 Published Rates | Proposed Discounted Rates |
|---|---|---|---|
| N. Neville Reid | Receiver and Counsel | $550.00 | $385.00 |
| Ryan T. Schultz | Primary Counsel to Receiver | $450.00 | $360.00 |
| Suj Pandya | Counsel to Receiver | $395.00 | $315.00 |
| Laurie Levin | Counsel to Receiver (Real Estate) | $540.00 | $385.00 |
| Tom Buranosky | Counsel to Receiver (Real Estate) | $490.00 | $385.00 |
| Xiang Siow | Counsel to Receiver (Real Estate) | $350.00 | $280.00 |
| Martin Carroll | Counsel to Receiver (Litigation) | $515.00 | $385.00 |
| Adam Hachikian | Counsel to Receiver (Litigation) | $435.00 | $350.00 |
| Ashley Martin | Counsel to Receiver (Litigation) | $395.00 | $315.00 |
| Steve Vanderporten | Counsel to Receiver (Litigation) | $385.00 | $310.00 |
| Brandon Liss | Counsel to Receiver (Litigation) | $355.00 | $285.00 |
| David Morris | Counsel to Receiver (Corporate) | $525.00 | $385.00 |
| Scott Schonfeld | Counsel to Receiver (Corporate) | $385.00 | $310.00 |
| Margy Bogdanowicz | Paralegal (Real Estate) | $230.00 | $180.00 |
| Eric Anderson | Paralegal (Litigation) | $230.00 | $180.00 |