# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) Civil Action No. 19-cv-05957 |
| Plaintiff, | )<br>) |
| v. | ) Hon. John Z. Lee<br>) |
| NORTHRIDGE HOLDINGS, LTD., ET AL., | )<br>) |
|  | ) Magistrate Judge Susan E. Cox |
| Defendants. | )<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2021, I electronically filed the Receiver's Report for the Period of April 1, 2021 Through June 30, 2021 [**Dkt. 274**] with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system. I further certify that I served the financial institutions or interested parties as identified and set forth on the attached Service List via U.S. Mail on July 30, 2021.

By: /s/ *Ryan T. Schultz*

N. Neville Reid, Esq.
Ryan T. Schultz, Esq.
L. Brandon Liss, Esq.
Kenneth M. Thomas, Esq.
Fox Swibel Levin & Carroll LLP
200 West Madison, Suite 3000
Chicago, IL 60606
Tel: 312.224.1200
Fax: 312.224.1201
nreid@foxswibel.com
rschultz@foxswibel.com
bliss@foxswibel.com
kthomas@foxswibel.com

*SEC v. Northridge Holdings, Ltd., et al.*
Case No. 19-cv-05957

**SERVICE LIST**

**Parties**

Michael D. Foster, Esq.
Christine B. Jeon, Esq.
Timothy J. Stockwell, Esq.
Securities and Exchange Commission 175
W. Jackson Blvd., Suite 1450
Chicago, IL 60604
fostermi@sec.gov
jeonc@sec.gov
stockwellt@sec.gov

*Attorneys for Plaintiff Securities and Exchange Commission*


Michael D. Monico, Esq.
Barry A. Spevack, Esq.
Jacqueline Sharon Jacobson, Esq.
Monico & Spevack
200 S. Clark St.
Suite 700
Chicago, IL 60603  mm@monicolaw.com
bspevack@monicolaw.com
jjacobson@monicolaw.com

*Attorneys for Defendants Northridge Holdings, Ltd., Southridge Holdings, Ltd., Eastridge Holdings, Ltd., Brookstone Investment Group, Ltd., Unity Investment Group, Ltd., Amberwood Holdings, L.P., and Glenn C. Mueller*


Jill L. Nicholson, Esq.
Andrew T. McClain, Esq.
Foley & Lardner LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654
Tel: 312-832-4500
jnicholson@foley.com
amcclain@foley.com

*Attorneys for Federal National Mortgage Association*

Tammy L. Adkins, Esq.
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Tel: 312-750-5727
Fax: 312-849-3690
tadkins@mcguirewoods.com

*Attorneys for Barings Multifamily Capital LLC*

Shannon V. Condon, Esq.
Gardiner Koch Weisberg & Wrona
53 W. Jackson Blvd.
Suite 950
Chicago, IL 60604
scondon@gkwwlaw.com

*Attorneys for Investor – Ms. Kathryn Cragg*

**Financial institutions / Interested Parties**

Parkway Bank & Trust Co.
c/o Judith Lernor
4800 Harlem Avenue
Harwood Heights, IL 60706

TD Ameritrade, Inc.
c/o Jillian Tuck
Regulatory Compliance Analyst
200 S. 108th Ave.
Omaha, NE 68154

First American Bank
c/o Luke Petryszak
700 Busse Road
Elk Grove Village, IL 60007

Wells Fargo Bank
c/o Cheré Tait
Legal Order Processing
MAC S4001-01E
P.O. Box 29770
Phoenix, AZ 85038

Charles Schwab & Co., Inc.
c/o Philip Ho
Corporate Compliance Department
211 Main Street
San Francisco, CA 94105

J.P. Morgan Chase Bank, N.A.
c/o Legal Department
c/o Scott J. Stilman, Esq.
Attn: Mail Code CA2-4383
9200 Oakdale Ave., 7th Floor
Chatsworth, CA 91311

Lora Fausett, Esq.
Law Offices of Lora Matthew Fausett, P.C.
568 Pennsylvania Avenue
Glenn Ellyn, Illinois 60137

*Attorneys for an Investor*

Victoria Manning, Esq.
Michael Eleneski, Esq.
Nicholas Dolinsky, Esq.
State of New Jersey, Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101

*Attorneys for Office of the NJ Attorney General*

Louis A. Virgilio
President
American Realty Services Inc.
6650 Northwest Highway 3rd Flr
Chicago, Illinois 60631

Lindsay Clery
Securities & Audit
Corporations, Securities & Commercial Licensing Bureau
P.O. Box 30018
Lansing, MI 48909

Douglas M. Jacoby
Director of Enforcement
Office of the Secretary of State for the State of Missouri
600 W. Main Street
Jefferson City, MO 65102-1276