# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | Civil Action No. 19-cv-05957 |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. John Z. Lee |
| NORTHRIDGE HOLDINGS, LTD., ET AL., | ) ) | |
| Defendants. | ) ) ) | Magistrate Judge Susan E. Cox |

## RECEIVER'S NOTICE OF SECOND INTERIM DISTRIBUTION

## NOTICE TO ALL RECIPIENTS: THE DEADLINE TO OBJECT TO THIS NOTICE IS DECEMBER 14, 2021

N. Neville Reid, not individually, but solely as the Court-appointed receiver (the "Receiver") for the Estate of Defendant Northridge Holdings, Ltd. and its related entities and affiliates as more particularly set forth in the Receivership Order (as defined herein) (collectively, the "Receivership Defendants," and the assets of such entities as more particularly set forth therein, the "Receivership Assets," and such estate the "Receivership Estate" and such administration, the "Receivership"), and pursuant to the powers vested in him by the *Order Appointing Receiver* entered by the Court on September 12, 2019 as amended [Dkt. No. 22, 108, 215] (collectively, the "Receivership Order") and the Order Granting Receiver's Motion for an Order Approving Distribution Plan and Certain Other Related Relief [Dkt. No. 288, see ¶ 16] (the "Distribution Plan Order"), hereby provides notice of a Second Interim Distribution as follows:

**NOTICE**

1. <u>Total Amount of Second Interim Distribution</u>: **$5,000,000.00**.

2. <u>Payment of Investor Claims (Class 4)</u>: A summary Second Interim Distribution Payments on account of allowed Investor claims is set forth in **Exhibit A** (the "<u>Investor Claims Summary</u>"). To the extent an Investor had IRA investments (or multiple IRA investments) and non-IRA investments (designated as "Cash/IRA" or "Mult. IRA" on **Exhibit A**): payment pursuant to the proposed allocation set forth in **Exhibit B**.

3. **PLEASE NOTE**: If you confirmed special payment instructions with the Receiver and/or his professionals/staff, those payment instructions will be followed for the Second Interim Distribution.

4. <u>Payment of Non-Investor General Unsecured Claims (Class 5)</u>: A summary Second Interim Distribution Payments on account of allowed Non-Investor General Unsecured Claims is set forth in **Exhibit C** (the "<u>Non-Investor Claims Summary</u>").

5. **PLEASE READ**: If you are an Investor and **not** scheduled to receive a distribution in **Exhibit A**, your account is listed in **Exhibit D** along with the percentage recovery you have received to date (determined by using Cash-In, Cash-Out *plus* the amount you received from the First Interim Distribution). You are not receiving amounts from the Second Interim Distribution because "rising tide" methodology is being used. All investors that have received in excess of 45.72% prior to the Second Interim Distribution have received more by way of pre-Receivership and post-Receivership distributions than the Investors who are scheduled to receive a distribution in **Exhibit A**. You will begin receiving distributions (from future distributions) when the other Investors "catch up" to your recovery percentage.

6.     Please visit northridgereceiver.alixpartners.com to contact the Receiver and his professionals with any questions.

Dated: N o v e m b e r   3 0 , 2021                    N. Neville Reid, Receiver

                                        By:     */s/ Ryan T. Schultz*                     

                                                N. Neville Reid, Esq.
                                                Ryan T. Schultz, Esq.
                                                L. Brandon Liss, Esq.
                                                Kenneth M. Thomas, Esq.
                                                Fox Swibel Levin & Carroll LLP
                                                200 West Madison, Suite 3000
                                                Chicago, IL  60606
                                                Tel:  312.224.1200
                                                Fax: 312.224.1201
                                                nreid@foxswibel.com
                                                rschultz@foxswibel.com
                                                bliss@foxswibel.com
                                                kthomas@foxswibel.com

## **EXHIBIT A**

**INVESTOR CLAIMS SUMMARY**

**Exhibit A - Investor Participants in Second Distribution**

| Investor # | Cash In | Total: Cash Out + First Distribution | 2nd Distribution Amount | Total % Cash Out (Including First and Second Distributions) | Investor Type |
|---|---|---|---|---|---|
| 37 | $ 149,913.00 | $ 38,050.52 | $ 30,490.72 | 45.72% | Cash/IRA, See Ex. B |
| 49 | $ 4,238.00 | $ 1,060.56 | $ 877.09 | 45.72% | Cash Only |
| 50 | $ 404,434.04 | $ 151,320.92 | $ 33,589.05 | 45.72% | Cash Only |
| 55 | $ 65,150.84 | $ 29,153.55 | $ 633.85 | 45.72% | Cash Only |
| 56 | $ 149,575.00 | $ 61,372.53 | $ 7,014.17 | 45.72% | Cash Only |
| 58 | $ 101,633.90 | $ 25,811.69 | $ 20,656.02 | 45.72% | Cash/IRA, See Ex. B |
| 60 | $ 721,393.56 | $ 262,744.97 | $ 67,081.03 | 45.72% | Cash/IRA, See Ex. B |
| 61 | $ 117,500.00 | $ 32,122.53 | $ 21,599.26 | 45.72% | Cash Only |
| 64 | $ 69,983.90 | $ 22,588.54 | $ 9,408.57 | 45.72% | IRA Only |
| 71 | $ 10,000.00 | $ 2,502.49 | $ 2,069.57 | 45.72% | Cash Only |
| 72 | $ 116,000.00 | $ 44,023.93 | $ 9,012.05 | 45.72% | Cash Only |
| 73 | $ 373,223.18 | $ 136,134.63 | $ 34,505.53 | 45.72% | Cash/IRA, See Ex. B |
| 78 | $ 350,000.00 | $ 87,916.82 | $ 72,105.54 | 45.72% | Cash Only |
| 85 | $ 2,800.00 | $ 700.70 | $ 579.48 | 45.72% | Cash Only |
| 92 | $ 125,555.90 | $ 31,768.66 | $ 25,636.34 | 45.72% | Multiple IRAs, see EX. B |
| 96 | $ 84,000.00 | $ 28,356.01 | $ 10,049.35 | 45.72% | Cash Only |
| 103 | $ 35,000.00 | $ 8,758.73 | $ 7,243.51 | 45.72% | IRA Only |
| 105 | $ 17,000.00 | $ 4,734.12 | $ 3,038.39 | 45.72% | Cash Only |
| 107 | $ 20,000.00 | $ 7,006.57 | $ 2,137.57 | 45.72% | Cash Only |
| 109 | $ 8,000.00 | $ 2,001.99 | $ 1,655.66 | 45.72% | Cash Only |
| 111 | $ 25,000.00 | $ 10,526.60 | $ 903.57 | 45.72% | Cash Only |
| 112 | $ 174,036.94 | $ 51,837.94 | $ 27,732.93 | 45.72% | Cash/IRA, See Ex. B |
| 113 | $ 13,000.00 | $ 3,253.24 | $ 2,690.45 | 45.72% | Cash Only |
| 119 | $ 894,601.99 | $ 224,769.48 | $ 184,248.59 | 45.72% | Cash/IRA, See Ex. B |
| 122 | $ 25,000.00 | $ 6,256.23 | $ 5,173.94 | 45.72% | Cash Only |
| 123 | $ 25,000.00 | $ 6,256.23 | $ 5,173.94 | 45.72% | Cash Only |
| 124 | $ 7,526.24 | $ 1,883.44 | $ 1,557.61 | 45.72% | IRA Only |

**Exhibit A - Investor Participants in Second Distribution**

| Investor # | Cash In | Total: Cash Out + First Distribution | 2nd Distribution Amount | Total % Cash Out (Including First and Second Distributions) | Investor Type |
|---|---|---|---|---|---|
| 125 | $ 106,000.00 | $ 26,548.92 | $ 21,915.00 | 45.72% | Cash/IRA, See Ex. B |
| 130 | $ 50,000.00 | $ 12,512.47 | $ 10,347.87 | 45.72% | Cash Only |
| 131 | $ 245,500.00 | $ 102,750.11 | $ 9,494.15 | 45.72% | Cash Only |
| 134 | $ 50,000.00 | $ 12,512.47 | $ 10,347.87 | 45.72% | Cash Only |
| 145 | $ 97,000.00 | $ 31,430.05 | $ 12,919.00 | 45.72% | Cash Only |
| 150 | $ 150,487.65 | $ 39,840.24 | $ 28,963.73 | 45.72% | Cash/IRA, See Ex. B |
| 151 | $ 81,662.65 | $ 21,052.12 | $ 16,284.59 | 45.72% | IRA Only |
| 172 | $ 15,000.00 | $ 3,753.74 | $ 3,104.36 | 45.72% | Cash Only |
| 180 | $ 10,000.00 | $ 3,557.27 | $ 1,014.80 | 45.72% | Cash Only |
| 184 | $ 294,191.30 | $ 77,369.92 | $ 57,136.33 | 45.72% | Cash/IRA, See Ex. B |
| 186 | $ 18,293.37 | $ 5,155.21 | $ 3,208.64 | 45.72% | IRA Only |
| 187 | $ 23,344.17 | $ 6,099.03 | $ 4,574.09 | 45.72% | IRA Only |
| 192 | $ 50,000.00 | $ 12,512.47 | $ 10,347.87 | 45.72% | Cash Only |
| 193 | $ 150,000.00 | $ 37,537.40 | $ 31,043.62 | 45.72% | Cash Only |
| 198 | $ 50,000.00 | $ 12,512.47 | $ 10,347.87 | 45.72% | Cash Only |
| 202 | $ 109,450.86 | $ 34,887.51 | $ 15,154.16 | 45.72% | Cash/IRA, See Ex. B |
| 204 | $ 50,769.23 | $ 13,878.49 | $ 9,333.55 | 45.72% | Cash Only |
| 205 | $ 20,000.00 | $ 5,004.99 | $ 4,139.15 | 45.72% | Cash Only |
| 214 | $ 50,000.00 | $ 12,512.47 | $ 10,347.87 | 45.72% | Cash Only |
| 220 | $ 250,000.00 | $ 63,911.88 | $ 50,389.81 | 45.72% | Cash Only |
| 221 | $ 25,000.00 | $ 9,255.24 | $ 2,174.93 | 45.72% | Cash Only |
| 225 | $ 25,000.00 | $ 6,256.23 | $ 5,173.94 | 45.72% | Cash Only |
| 230 | $ 59,807.94 | $ 18,705.59 | $ 8,639.01 | 45.72% | IRA Only |
| 240 | $ 149,950.00 | $ 37,524.88 | $ 31,033.27 | 45.72% | IRA Only |
| 248 | $ 46,416.67 | $ 14,540.06 | $ 6,681.96 | 45.72% | IRA Only |
| 254 | $ 93,355.64 | $ 25,190.75 | $ 17,492.08 | 45.72% | IRA Only - Assigned to Investor |
| 260 | $ 8,000.00 | $ 2,185.68 | $ 1,471.97 | 45.72% | IRA Only |
| 264 | $ 40,143.61 | $ 10,581.90 | $ 7,772.03 | 45.72% | IRA Only |
| 266 | $ 150,249.21 | $ 51,524.94 | $ 17,170.01 | 45.72% | IRA Only |
| 269 | $ 79,030.58 | $ 26,682.96 | $ 9,450.35 | 45.72% | Cash/IRA, See Ex. B |

**Exhibit A - Investor Participants in Second Distribution**

| Investor # | Cash In | Total: Cash Out + First Distribution | 2nd Distribution Amount | Total % Cash Out (Including First and Second Distributions) | Investor Type |
|---|---|---|---|---|---|
| 271 | $ 30,000.00 | $ 7,507.48 | $ 6,208.72 | 45.72% | Cash Only |
| 300 | $ 150,000.00 | $ 37,537.40 | $ 31,043.62 | 45.72% | Cash Only |
| 302 | $ 392,508.94 | $ 127,148.12 | $ 52,309.61 | 45.72% | Cash/IRA, See Ex. B |
| 308 | $ 25,000.00 | $ 6,256.23 | $ 5,173.94 | 45.72% | Cash Only |
| 319 | $ 24,000.00 | $ 6,137.81 | $ 4,835.15 | 45.72% | Cash Only |
| 333 | $ 43,184.50 | $ 19,402.78 | $ 341.46 | 45.72% | Cash Only |
| 336 | $ 26,156.58 | $ 6,875.23 | $ 5,083.73 | 45.72% | Cash Only |
| 337 | $ 20,000.00 | $ 5,274.81 | $ 3,869.32 | 45.72% | Cash Only |
| 340 | $ 41,552.51 | $ 11,668.95 | $ 7,329.13 | 45.72% | Cash/IRA, See Ex. B |
| 341 | $ 1,000.00 | $ 250.25 | $ 206.96 | 45.72% | Cash Only |
| 342 | $ 10,000.00 | $ 2,502.49 | $ 2,069.57 | 45.72% | Cash Only |
| 345 | $ 1,000.00 | $ 250.25 | $ 206.96 | 45.72% | Cash Only |
| 364 | $ 100,161.60 | $ 29,824.17 | $ 15,970.39 | 45.72% | IRA Only |
| 366 | $ 40,750.00 | $ 12,587.80 | $ 6,043.38 | 45.72% | Cash/IRA, See Ex. B |
| 372 | $ 40,415.03 | $ 10,338.76 | $ 8,139.27 | 45.72% | IRA Only |
| 389 | $ 73,981.60 | $ 19,142.50 | $ 14,682.38 | 45.72% | Cash Only |
| 390 | $ 100,000.00 | $ 25,024.93 | $ 20,695.74 | 45.72% | Cash Only |
| 393 | $ 50,000.00 | $ 22,767.21 | $ 93.13 | 45.72% | Cash Only |
| 394 | $ 50,000.00 | $ 12,730.07 | $ 10,130.26 | 45.72% | Cash Only |
| 407 | $ 170,000.00 | $ 47,247.07 | $ 30,478.08 | 45.72% | IRA Only |
| 420 | $ 84,620.58 | $ 26,166.97 | $ 12,522.13 | 45.72% | IRA Only |
| 422 | $ 214,266.84 | $ 57,355.72 | $ 40,608.52 | 45.72% | IRA Only |
| 429 | $ 23,146.08 | $ 6,208.40 | $ 4,374.14 | 45.72% | IRA Only |
| 435 | $ 326,347.46 | $ 116,671.84 | $ 32,536.42 | 45.72% | IRA Only |
| 439 | $ 5,000.00 | $ 1,251.25 | $ 1,034.79 | 45.72% | Cash Only |
| 442 | $ 126,000.00 | $ 53,122.81 | $ 4,485.24 | 45.72% | Cash/IRA, See Ex. B |
| 445 | $ 70,000.00 | $ 17,612.08 | $ 14,392.40 | 45.72% | Cash Only |
| 461 | $ 49,982.00 | $ 15,007.51 | $ 7,844.60 | 45.72% | IRA Only |
| 481 | $ 13,650.48 | $ 4,117.04 | $ 2,124.05 | 45.72% | IRA Only |

**Exhibit A - Investor Participants in Second Distribution**

| Investor # | Cash In | Total: Cash Out + First Distribution | 2nd Distribution Amount | Total % Cash Out (Including First and Second Distributions) | Investor Type |
|---|---|---|---|---|---|
| 482 | $ 57,159.71 | $ 15,022.70 | $ 11,111.10 | 45.72% | Cash/IRA, See Ex. B |
| 484 | $ 57,639.73 | $ 15,455.21 | $ 10,898.06 | 45.72% | IRA Only - Assigned to Investor |
| 487 | $ 75,542.00 | $ 26,856.38 | $ 7,681.94 | 45.72% | Cash/IRA, See Ex. B |
| 502 | $ 300,000.00 | $ 83,262.96 | $ 53,899.06 | 45.72% | IRA Only |
| 514 | $ 42,823.79 | $ 11,769.01 | $ 7,810.31 | 45.72% | IRA Only |
| 531 | $ 100,000.00 | $ 25,024.93 | $ 20,695.74 | 45.72% | Cash Only |
| 536 | $ 20,000.00 | $ 5,004.99 | $ 4,139.15 | 45.72% | Cash Only |
| 538 | $ 30,470.00 | $ 7,625.10 | $ 6,305.99 | 45.72% | Cash Only |
| 551 | $ 10,000.00 | $ 2,502.49 | $ 2,069.57 | 45.72% | Cash Only |
| 554 | $ 140,000.00 | $ 35,034.90 | $ 28,974.04 | 45.72% | Cash Only |
| 556 | $ 80,000.00 | $ 24,630.91 | $ 11,945.63 | 45.72% | Cash Only |
| 557 | $ 120,000.00 | $ 37,439.88 | $ 17,424.93 | 45.72% | Cash Only |
| 563 | $ 141,886.87 | $ 49,820.55 | $ 15,051.08 | 45.72% | Cash/IRA, See Ex. B |
| 566 | $ 99,440.00 | $ 25,845.47 | $ 19,619.17 | 45.72% | IRA Only |
| 573 | $ 10,000.00 | $ 2,502.49 | $ 2,069.57 | 45.72% | Cash Only |
| 580 | $ 62,500.00 | $ 15,640.58 | $ 12,934.84 | 45.72% | Cash Only |
| 587 | $ 60,000.00 | $ 15,014.96 | $ 12,417.45 | 45.72% | IRA Only |
| 589 | $ 62,000.00 | $ 19,304.49 | $ 9,042.33 | 45.72% | Cash/IRA, See Ex. B |
| 593 | $ 383,750.80 | $ 103,888.51 | $ 71,564.95 | 45.72% | Cash/IRA, See Ex. B |
| 594 | $ 49,975.00 | $ 12,731.13 | $ 10,117.77 | 45.72% | IRA Only |
| 595 | $ 325,000.00 | $ 81,331.02 | $ 67,261.17 | 45.72% | Cash Only |
| 598 | $ 105,000.00 | $ 32,071.75 | $ 15,934.96 | 45.72% | Cash/IRA, See Ex. B |
| 605 | $ 50,000.00 | $ 12,512.47 | $ 10,347.87 | 45.72% | IRA Only |
| 606 | $ 50,000.00 | $ 12,512.47 | $ 10,347.87 | 45.72% | IRA Only |
| 607 | $ 274,000.00 | $ 69,089.87 | $ 56,184.78 | 45.72% | IRA Only |
| 608 | $ 40,000.00 | $ 10,009.97 | $ 8,278.30 | 45.72% | Cash Only |
| 609 | $ 56,600.00 | $ 14,164.11 | $ 11,713.79 | 45.72% | IRA Only |
| 611 | $ 64,000.00 | $ 22,163.91 | $ 7,097.32 | 45.72% | IRA Only |
| 612 | $ 131,458.81 | $ 32,897.48 | $ 27,206.38 | 45.72% | Cash/IRA, See Ex. B |
| 615 | $ 159,000.00 | $ 48,121.35 | $ 24,574.52 | 45.72% | Cash/IRA, See Ex. B |

**Exhibit A - Investor Participants in Second Distribution**

| Investor # | Cash In | Total: Cash Out + First Distribution | 2nd Distribution Amount | Total % Cash Out (Including First and Second Distributions) | Investor Type |
|---|---|---|---|---|---|
| 616 | $ 50,000.00 | $ 12,512.47 | $ 10,347.87 | 45.72% | IRA Only |
| 617 | $ 25,500.00 | $ 10,430.01 | $ 1,228.76 | 45.72% | IRA Only |
| 618 | $ 217,400.00 | $ 77,271.59 | $ 22,125.15 | 45.72% | IRA Only |
| 619 | $ 100,000.00 | $ 32,958.93 | $ 12,761.74 | 45.72% | Cash Only |
| 620 | $ 10,400.00 | $ 2,602.59 | $ 2,152.36 | 45.72% | Cash Only |
| 621 | $ 368,681.65 | $ 103,342.81 | $ 65,220.93 | 45.72% | Cash/IRA, See Ex. B |
| 625 | $ 32,249.25 | $ 9,357.02 | $ 5,387.55 | 45.72% | Cash Only |
| 628 | $ 277,653.29 | $ 82,303.28 | $ 44,641.68 | 45.72% | Cash Only |
| 631 | $ 381,000.00 | $ 101,698.30 | $ 72,497.47 | 45.72% | IRA Only |
| 632 | $ 43,400.00 | $ 12,601.49 | $ 7,241.28 | 45.72% | IRA Only |
| 633 | $ 172,500.00 | $ 50,277.25 | $ 28,590.92 | 45.72% | IRA Only |
| 634 | $ 389,500.00 | $ 101,178.37 | $ 76,903.66 | 45.72% | Cash/IRA, See Ex. B |
| 636 | $ 550,000.00 | $ 209,239.44 | $ 42,224.27 | 45.72% | Cash/IRA, See Ex. B |
| 637 | $ 224,500.00 | $ 56,180.97 | $ 46,461.95 | 45.72% | IRA Only |
| 640 | $ 30,000.00 | $ 7,507.48 | $ 6,208.72 | 45.72% | IRA Only |
| 641 | $ 192,000.00 | $ 52,546.37 | $ 35,237.33 | 45.72% | Cash/IRA, See Ex. B |
| 648 | $ 11,665.50 | $ 2,919.28 | $ 2,414.26 | 45.72% | Cash Only |
| 649 | $ 11,665.50 | $ 2,919.28 | $ 2,414.26 | 45.72% | Cash Only |
| 653 | $ 83,462.91 | $ 27,784.24 | $ 10,375.56 | 45.72% | Cash/IRA, See Ex. B |
| 654 | $ 78,000.00 | $ 30,015.96 | $ 5,646.17 | 45.72% | IRA Only |
| 655 | $ 6,000.00 | $ 1,501.50 | $ 1,241.74 | 45.72% | Cash Only |
| 658 | $ 75,000.00 | $ 18,768.70 | $ 15,521.81 | 45.72% | Cash Only |
| 660 | $ 200,000.00 | $ 72,542.38 | $ 18,898.97 | 45.72% | Cash Only |
| 662 | $ 25,000.00 | $ 6,256.23 | $ 5,173.94 | 45.72% | Cash Only |
| 664 | $ 25,000.00 | $ 6,256.23 | $ 5,173.94 | 45.72% | Cash Only |
| 666 | $ 35,000.00 | $ 12,771.32 | $ 3,230.92 | 45.72% | IRA Only |
| 669 | $ 40,977.50 | $ 12,008.44 | $ 6,726.75 | 45.72% | IRA Only |
| 672 | $ 200,000.00 | $ 50,049.86 | $ 41,391.49 | 45.72% | Cash Only |
| 674 | $ 5,000.00 | $ 1,251.25 | $ 1,034.79 | 45.72% | IRA Only |
| 675 | $ 52,000.00 | $ 13,012.96 | $ 10,761.79 | 45.72% | Cash Only |
| 676 | $ 54,671.00 | $ 13,681.38 | $ 11,314.57 | 45.72% | IRA Only |

**Exhibit A - Investor Participants in Second Distribution**

| Investor # | Cash In | Total: Cash Out + First Distribution | 2nd Distribution Amount | Total % Cash Out (Including First and Second Distributions) | Investor Type |
|---|---|---|---|---|---|
| 678 | $ 5,000.00 | $ 1,251.25 | $ 1,034.79 | 45.72% | Cash Only |
| 679 | $ 40,960.00 | $ 10,250.21 | $ 8,476.98 | 45.72% | IRA Only |
| 680 | $ 32,840.00 | $ 8,218.19 | $ 6,796.48 | 45.72% | IRA Only |
| 684 | $ 80,000.00 | $ 32,036.76 | $ 4,539.78 | 45.72% | Cash Only |
| 685 | $ 50,000.00 | $ 21,509.47 | $ 1,350.86 | 45.72% | Cash Only |
| 686 | $ 50,000.00 | $ 12,512.47 | $ 10,347.87 | 45.72% | Cash Only |
| 689 | $ 50,000.00 | $ 12,512.47 | $ 10,347.87 | 45.72% | Cash Only |
| 691 | $ 15,000.00 | $ 3,753.74 | $ 3,104.36 | 45.72% | Cash Only |
| 698 | $ 86,000.00 | $ 28,719.05 | $ 10,600.73 | 45.72% | Cash Only |
| 700 | $ 100,000.00 | $ 25,024.93 | $ 20,695.74 | 45.72% | Cash Only |
| 702 | $ 300,000.00 | $ 75,074.79 | $ 62,087.23 | 45.72% | Cash Only |
| 711 | $ 3,000.00 | $ 750.75 | $ 620.87 | 45.72% | Cash Only |
| 715 | $ 100,000.00 | $ 25,024.93 | $ 20,695.74 | 45.72% | Cash Only |
| 720 | $ 45,000.00 | $ 11,261.22 | $ 9,313.09 | 45.72% | Cash Only |
| 726 | $ 156,300.00 | $ 39,113.97 | $ 32,347.45 | 45.72% | Cash Only |
| 727 | $ 150,000.00 | $ 37,537.40 | $ 31,043.62 | 45.72% | Cash Only |
| 733 | $ 70,000.00 | $ 27,358.24 | $ 4,646.23 | 45.72% | Cash Only |
| 742 | $ 250,000.00 | $ 62,562.33 | $ 51,739.36 | 45.72% | Cash Only |
| 743 | $ 749,224.72 | $ 197,239.72 | $ 145,310.88 | 45.72% | Multiple IRAs, see EX. B |
| 744 | $ 360,000.00 | $ 162,965.52 | $ 1,628.91 | 45.72% | IRA Only |
| 749 | $ 75,000.00 | $ 31,691.12 | $ 2,599.39 | 45.72% | Cash Only |
| 754 | $ 80,283.96 | $ 24,214.64 | $ 12,491.73 | 45.72% | Cash/IRA, See Ex. B |
| 755 | $ 99,564.76 | $ 44,388.98 | $ 1,132.70 | 45.72% | Cash/IRA, See Ex. B |
| 760 | $ 40,000.00 | $ 17,207.58 | $ 1,080.69 | 45.72% | Cash Only |
| 764 | $ 9,056.31 | $ 3,895.87 | $ 244.73 | 45.72% | IRA Only |
| 768 | $ 70,000.00 | $ 17,517.45 | $ 14,487.02 | 45.72% | Cash Only |
| 769 | $ 41,141.84 | $ 10,295.72 | $ 8,514.61 | 45.72% | Cash Only |
| 770 | $ 370,352.15 | $ 102,427.13 | $ 66,900.38 | 45.72% | Multiple IRAs, see EX. B |
| 775 | $ 24,643.07 | $ 6,166.91 | $ 5,100.07 | 45.72% | IRA Only |
| 777 | $ 7,687.36 | $ 2,197.58 | $ 1,317.13 | 45.72% | Cash Only |

**Exhibit A - Investor Participants in Second Distribution**

| Investor # | Cash In | Total: Cash Out + First Distribution | 2nd Distribution Amount | Total % Cash Out (Including First and Second Distributions) | Investor Type |
|---|---|---|---|---|---|
| 779 | $ 17,500.00 | $ 4,379.36 | $ 3,621.76 | 45.72% | Cash Only |
| 780 | $ 210,116.22 | $ 84,006.36 | $ 12,060.19 | 45.72% | Cash/IRA, See Ex. B |
| 783 | $ 48,500.00 | $ 20,682.37 | $ 1,492.15 | 45.72% | IRA Only |
| 784 | $ 75,000.00 | $ 21,242.87 | $ 13,047.63 | 45.72% | IRA Only |
| 786 | $ 27,729.75 | $ 9,630.45 | $ 3,047.78 | 45.72% | IRA Only |
| 789 | $ 332,000.00 | $ 83,082.77 | $ 68,709.87 | 45.72% | IRA Only |
| 793 | $ 50,000.00 | $ 12,512.47 | $ 10,347.87 | 45.72% | IRA Only |
| 797 | $ 43,923.27 | $ 10,991.77 | $ 9,090.25 | 45.72% | Cash Only |
| 799 | $ 43,923.27 | $ 11,577.98 | $ 8,504.03 | 45.72% | Cash/IRA, See Ex. B |
| 801 | $ 109,850.00 | $ 45,362.65 | $ 4,861.52 | 45.72% | IRA Only - Assigned to Investor |
| 802 | $ 29,293.38 | $ 7,330.65 | $ 6,062.48 | 45.72% | IRA Only |
| 803 | $ 100,000.00 | $ 25,024.93 | $ 20,695.74 | 45.72% | IRA Only |
| 804 | $ 65,000.00 | $ 16,266.20 | $ 13,452.23 | 45.72% | IRA Only |
| 808 | $ 34,980.00 | $ 8,753.72 | $ 7,239.37 | 45.72% | Cash Only |
| 809 | $ 30,000.00 | $ 7,507.48 | $ 6,208.72 | 45.72% | IRA Only |
| 813 | $ 105,000.00 | $ 26,276.18 | $ 21,730.53 | 45.72% | IRA Only |
| 814 | $ 32,000.00 | $ 8,140.13 | $ 6,490.49 | 45.72% | IRA Only |
| 816 | $ 56,690.00 | $ 14,186.63 | $ 11,732.42 | 45.72% | IRA Only |
| 817 | $ 9,230.77 | $ 2,309.99 | $ 1,910.38 | 45.72% | Cash Only |
| 818 | $ 9,230.77 | $ 2,309.99 | $ 1,910.38 | 45.72% | Cash Only |
| 819 | $ 10,769.23 | $ 2,694.99 | $ 2,228.77 | 45.72% | Cash Only |
| 820 | $ 120,500.00 | $ 30,155.04 | $ 24,938.37 | 45.72% | Cash/IRA, See Ex. B |
| 821 | $ 48,100.00 | $ 12,036.99 | $ 9,954.65 | 45.72% | Cash Only |
| 823 | $ 219,992.50 | $ 89,071.62 | $ 11,510.44 | 45.72% | Cash Only |
| 825 | $ 151,688.24 | $ 59,927.57 | $ 9,425.32 | 45.72% | Cash/IRA, See Ex. B |
| 826 | $ 120,000.00 | $ 49,373.48 | $ 5,491.33 | 45.72% | IRA Only |
| 827 | $ 500,000.00 | $ 172,555.81 | $ 56,047.57 | 45.72% | Cash Only |
| 829 | $ 10,000.00 | $ 2,502.49 | $ 2,069.57 | 45.72% | Cash Only |
| 833 | $ 32,249.25 | $ 8,070.35 | $ 6,674.22 | 45.72% | Cash Only |
| 840 | $ 47,000.00 | $ 11,761.72 | $ 9,727.00 | 45.72% | IRA Only |
| 841 | $ 29,500.00 | $ 11,363.19 | $ 2,124.41 | 45.72% | IRA Only |

**Exhibit A - Investor Participants in Second Distribution**

| Investor # | Cash In | Total: Cash Out + First Distribution | 2nd Distribution Amount | Total % Cash Out (Including First and Second Distributions) | Investor Type |
|---|---|---|---|---|---|
| 844 | $ 60,200.00 | $ 15,065.01 | $ 12,458.84 | 45.72% | IRA Only |
| 846 | $ 281,000.00 | $ 116,392.23 | $ 12,082.86 | 45.72% | IRA Only |
| 847 | $ 59,500.00 | $ 14,889.83 | $ 12,313.97 | 45.72% | IRA Only |
| 848 | $ 48,000.00 | $ 12,011.97 | $ 9,933.96 | 45.72% | Cash Only |
| 849 | $ 368,041.64 | $ 122,133.35 | $ 46,137.77 | 45.72% | Multiple IRAs, see EX. B |
| 852 | $ 1,000.00 | $ 250.25 | $ 206.96 | 45.72% | Cash Only |
| 853 | $ 36,539.29 | $ 9,143.93 | $ 7,562.08 | 45.72% | Cash Only |
| 854 | $ 80,000.00 | $ 20,019.94 | $ 16,556.60 | 45.72% | Cash Only |
| 856 | $ 8,925.00 | $ 2,233.48 | $ 1,847.10 | 45.72% | Cash Only |
| 859 | $ 190,000.00 | $ 72,251.65 | $ 14,617.63 | 45.72% | Cash Only |
| 860 | $ 75,000.00 | $ 18,768.70 | $ 15,521.81 | 45.72% | IRA Only |
| 862 | $ 2,000.00 | $ 500.50 | $ 413.91 | 45.72% | Cash Only |
| 864 | $ 68,438.00 | $ 17,126.56 | $ 14,163.75 | 45.72% | IRA Only |
| 865 | $ 50,000.00 | $ 17,760.72 | $ 5,099.62 | 45.72% | Cash Only |
| 866 | $ 303,500.00 | $ 75,950.66 | $ 62,811.59 | 45.72% | Multiple IRAs, see EX. B |
| 871 | $ 250,000.00 | $ 62,562.33 | $ 51,739.36 | 45.72% | Cash Only |
| 874 | $ 40,000.00 | $ 10,009.97 | $ 8,278.30 | 45.72% | Cash Only |
| 875 | $ 15,000.00 | $ 3,753.74 | $ 3,104.36 | 45.72% | Cash Only |
| 878 | $ 18,000.00 | $ 6,837.64 | $ 1,392.08 | 45.72% | Cash Only |
| 879 | $ 270,500.00 | $ 77,157.30 | $ 46,517.13 | 45.72% | Cash/IRA, See Ex. B |
| 882 | $ 19,000.00 | $ 4,754.74 | $ 3,932.19 | 45.72% | Cash Only |
| 883 | $ 57,500.00 | $ 16,938.83 | $ 9,350.56 | 45.72% | Cash/IRA, See Ex. B |
| 886 | $ 115,000.00 | $ 28,778.67 | $ 23,800.11 | 45.72% | IRA Only |
| 888 | $ 150,000.00 | $ 43,994.46 | $ 24,586.55 | 45.72% | Cash Only |
| 890 | $ 459,241.74 | $ 139,104.38 | $ 70,864.04 | 45.72% | Cash/IRA, See Ex. B |
| 892 | $ 20,000.00 | $ 5,004.99 | $ 4,139.15 | 45.72% | Cash Only |
| 894 | $ 100,000.00 | $ 37,395.82 | $ 8,324.86 | 45.72% | Cash Only |
| 895 | $ 65,000.00 | $ 16,266.20 | $ 13,452.23 | 45.72% | IRA Only |
| 896 | $ 300,000.00 | $ 75,074.79 | $ 62,087.23 | 45.72% | IRA Only |
| 897 | $ 12,000.00 | $ 4,082.63 | $ 1,403.85 | 45.72% | IRA Only |

**Exhibit A - Investor Participants in Second Distribution**

| Investor # | Cash In | Total: Cash Out + First Distribution | 2nd Distribution Amount | Total % Cash Out (Including First and Second Distributions) | Investor Type |
|---|---|---|---|---|---|
| 898 | $ 334,087.00 | $ 83,605.04 | $ 69,141.79 | 45.72% | Cash/IRA, See Ex. B |
| 899 | $ 5,000.00 | $ 1,251.25 | $ 1,034.79 | 45.72% | Cash Only |
| 900 | $ 175,000.00 | $ 43,793.63 | $ 36,217.55 | 45.72% | Cash Only |
| 901 | $ 60,000.00 | $ 18,763.71 | $ 8,668.69 | 45.72% | IRA Only |
| 902 | $ 30,000.00 | $ 7,507.48 | $ 6,208.72 | 45.72% | Cash Only |
| 903 | $ 27,000.00 | $ 6,756.73 | $ 5,587.85 | 45.72% | Cash Only |
| 904 | $ 165,000.00 | $ 56,136.20 | $ 19,302.91 | 45.72% | Cash Only |
| 905 | $ 325,000.00 | $ 81,331.02 | $ 67,261.17 | 45.72% | IRA Only |
| 907 | $ 125,000.00 | $ 31,281.16 | $ 25,869.68 | 45.72% | Cash Only |
| 912 | $ 100,000.00 | $ 25,024.93 | $ 20,695.74 | 45.72% | Cash Only |
| 918 | $ 60,000.00 | $ 16,779.14 | $ 10,653.27 | 45.72% | IRA Only |
| 920 | $ 56,000.00 | $ 14,013.96 | $ 11,589.62 | 45.72% | Cash Only |
| 922 | $ 32,900.00 | $ 8,233.20 | $ 6,808.90 | 45.72% | IRA Only |
| 923 | $ 160,000.00 | $ 63,432.11 | $ 9,720.97 | 45.72% | Cash Only |
| 924 | $ 300,000.00 | $ 94,943.18 | $ 42,218.84 | 45.72% | Multiple IRAs, see EX. B |
| 925 | $ 50,000.00 | $ 17,010.97 | $ 5,849.37 | 45.72% | IRA Only |
| 926 | $ 184,160.06 | $ 46,085.93 | $ 38,113.30 | 45.72% | Multiple IRAs, see EX. B |
| 927 | $ 100,000.00 | $ 32,109.05 | $ 13,611.63 | 45.72% | Cash Only |
| 928 | $ 2,572.64 | $ 643.80 | $ 532.43 | 45.72% | Cash Only |
| 931 | $ 2,572.64 | $ 643.80 | $ 532.43 | 45.72% | Cash Only |
| 932 | $ 2,572.64 | $ 643.80 | $ 532.43 | 45.72% | Cash Only |
| 933 | $ 2,572.64 | $ 643.80 | $ 532.43 | 45.72% | Cash Only |
| 934 | $ 2,572.64 | $ 643.80 | $ 532.43 | 45.72% | Cash Only |
| 939 | $ 15,840.00 | $ 3,963.95 | $ 3,278.21 | 45.72% | IRA Only |
| 940 | $ 38,550.03 | $ 9,647.12 | $ 7,978.22 | 45.72% | Cash Only |
| 941 | $ 38,550.03 | $ 9,647.12 | $ 7,978.22 | 45.72% | Cash Only |
| 943 | $ 3,625.00 | $ 907.15 | $ 750.22 | 45.72% | Cash Only |
| 944 | $ 3,625.00 | $ 907.15 | $ 750.22 | 45.72% | Cash Only |
| 945 | $ 5,670.15 | $ 1,418.95 | $ 1,173.48 | 45.72% | IRA Only |

**Exhibit A - Investor Participants in Second Distribution**

| Investor # | Cash In | Total: Cash Out + First Distribution | 2nd Distribution Amount | Total % Cash Out (Including First and Second Distributions) | Investor Type |
|---|---|---|---|---|---|
| 946 | $ 368,300.00 | $ 92,166.82 | $ 76,222.43 | 45.72% | IRA Only |
| 954 | $1,015,498.81 | $ 329,102.94 | $ 135,189.97 | 45.72% | Cash Only |
| 956 | $ 95,590.23 | $ 23,921.39 | $ 19,783.11 | 45.72% | Cash Only |
| 958 | $ 80,000.00 | $ 24,743.37 | $ 11,833.17 | 45.72% | Cash Only |
| 959 | $ 6,183.42 | $ 1,547.40 | $ 1,279.70 | 45.72% | IRA Only |
| 960 | $ 6,183.42 | $ 1,547.40 | $ 1,279.70 | 45.72% | Cash Only |
| 961 | $ 7,500.00 | $ 1,876.87 | $ 1,552.18 | 45.72% | Cash Only |
| 964 | $ 41,500.00 | $ 12,822.04 | $ 6,152.04 | 45.72% | Cash Only |
| 966 | $ 30,000.00 | $ 7,507.48 | $ 6,208.72 | 45.72% | Cash Only |
| 973 | $ 150,000.00 | $ 37,537.40 | $ 31,043.62 | 45.72% | Cash Only |
| 975 | $ 2,940.00 | $ 735.73 | $ 608.45 | 45.72% | Cash Only |
| 980 | $ 5,000.00 | $ 1,251.25 | $ 1,034.79 | 45.72% | Cash Only |
| 982 | $ 33,330.00 | $ 8,340.81 | $ 6,897.89 | 45.72% | Cash Only |
| 983 | $ 33,330.00 | $ 8,340.81 | $ 6,897.89 | 45.72% | Cash Only |
| 985 | $ 250,000.00 | $ 62,562.33 | $ 51,739.36 | 45.72% | IRA Only |
| 986 | $ 8,000.00 | $ 2,151.94 | $ 1,505.71 | 45.72% | Cash Only |
| 988 | $ 150,000.00 | $ 37,537.40 | $ 31,043.62 | 45.72% | IRA Only |
| 989 | $ 81,412.50 | $ 22,575.62 | $ 14,646.73 | 45.72% | Cash Only |
| 990 | $ 81,412.50 | $ 22,575.62 | $ 14,646.73 | 45.72% | Cash Only |
| 1001 | $ 23,925.00 | $ 5,987.21 | $ 4,951.46 | 45.72% | Cash Only |
| 1002 | $ 23,925.00 | $ 5,987.21 | $ 4,951.46 | 45.72% | Cash Only |
| 1003 | $ 24,650.00 | $ 6,168.65 | $ 5,101.50 | 45.72% | Cash Only |
| 1004 | $ 400,000.00 | $ 100,099.72 | $ 82,782.98 | 45.72% | IRA Only |
| 1022 | $ 25,000.00 | $ 6,256.23 | $ 5,173.94 | 45.72% | Cash Only |
| 1023 | $ 43,923.27 | $ 10,991.77 | $ 9,090.25 | 45.72% | Cash Only |

## **EXHIBIT B**

**IRA/NON-IRA & MULTIPLE IRA DISTRIBUTION ALLOCATION SUMMARY**

**Exhibit B - Mulitple IRA - Cash/IRA: Second Distribution Participants**

| Investor No. | Investment Method | Proposed Distribution | Total Distribution |
|---|---|---|---|
| 37 | Cash | $ 23,151.47 | $ 30,490.72 |
| 37 | Equity Institutional (Acct# Ending in 92-43) | $ 7,339.25 | |
| 58 | Cash | $ 5,106.31 | $ 20,656.02 |
| 58 | IRA Serv./Forge Tr. (Acct# Ending In 4934) | $ 4,716.74 | |
| 58 | IRA Serv./Forge Tr. (Acct# Ending In 4922) | $ 10,832.97 | |
| 60 | Cash | $ 65,351.46 | $ 67,081.03 |
| 60 | IRA Serv./Forge Tr. (Acct# Ending In 1124) | $ 1,729.57 | |
| 73 | Cash | $ 25,424.41 | $ 34,505.53 |
| 73 | IRA Serv./Forge Tr. (Acct# Ending In 2160) | $ 9,081.12 | |
| 92 | Cash | $ - | $ 25,636.34 |
| 92 | IRA Serv./Forge Tr. (Acct# Ending In 2924) | $ 7,106.49 | |
| 92 | IRA Serv./Forge Tr. (Acct# Ending In 2912) | $ 4,859.43 | |
| 92 | IRA Serv./Forge Tr. (Acct# Ending In 2894) | $ 13,670.42 | |
| 112 | Cash | $ 24,191.61 | $ 27,732.93 |
| 112 | IRA Serv./Forge Tr. (Acct# Ending In 9205) | $ 3,541.31 | |
| 119 | Cash | $ 51,557.85 | $ 184,248.59 |
| 119 | IRA Serv./Forge Tr. (Acct# Ending In 3160) | $ 119,552.19 | |
| 119 | IRA Serv./Forge Tr. (Acct# Ending In 3159) | $ 13,138.54 | |
| 125 | Cash | $ 5,170.09 | $ 21,915.00 |
| 125 | IRA Serv./Forge Tr. (Acct# Ending In 5277) | $ 16,744.90 | |
| 150 | Cash | $ 7,850.37 | $ 28,963.73 |
| 150 | IRA Serv./Forge Tr. (Acct# Ending In 1094) | $ 21,113.36 | |
| 184 | Cash | $ 47,070.69 | $ 57,136.33 |
| 184 | IRA Serv./Forge Tr. (Acct# Ending In 0686) | $ 10,065.64 | |
| 202 | Cash | $ - | $ 15,154.16 |
| 202 | IRA Serv./Forge Tr. (Acct# Ending In 3062) | $ 15,154.16 | |
| 269 | Cash | $ 2,463.84 | $ 9,450.35 |
| 269 | IRA Serv./Forge Tr. (Acct# Ending In 8371) | $ 3,578.87 | |
| 269 | IRA Serv./Forge Tr. (Acct# Ending In 6972) | $ 3,407.65 | |

**Exhibit B - Mulitple IRA - Cash/IRA: Second Distribution Participants**

| | | | | | |
|---|---|---|---|---|---|
| 302 | Cash | $ | 51,687.44 | $ | 52,309.61 |
| 302 | Equity Institutional (Acct# Ending in 92-77) | $ | 622.17 | | |
| 340 | Cash | $ | 5,516.44 | $ | 7,329.13 |
| 340 | IRA Serv./Forge Tr. (Acct# Ending In 8983) | $ | 1,812.70 | | |
| 366 | Cash | $ | 1,193.54 | $ | 6,043.38 |
| 366 | IRA Serv./Forge Tr. (Acct# Ending In 6885) | $ | 4,849.84 | | |
| 442 | Cash | $ | - | $ | 4,485.24 |
| 442 | IRA Serv./Forge Tr. (Acct# Ending In 6855) | $ | 4,485.24 | | |
| 482 | Cash | $ | 1,977.02 | $ | 11,111.10 |
| 482 | IRA Serv./Forge Tr. (Acct# Ending In 2701) | $ | 9,134.09 | | |
| 487 | Cash | $ | 3,066.12 | $ | 7,681.94 |
| 487 | IRA Serv./Forge Tr. (Acct# Ending In 7954) | $ | 4,615.81 | | |
| 563 | Cash | $ | 7,638.94 | $ | 15,051.08 |
| 563 | IRA Serv./Forge Tr. (Acct# Ending In 5661) | $ | 7,412.15 | | |
| 589 | Cash | $ | 1,905.44 | $ | 9,042.33 |
| 589 | IRA Serv./Forge Tr. (Acct# Ending In 8619) | $ | 7,136.89 | | |
| 593 | Cash | $ | 12,461.96 | $ | 71,564.95 |
| 593 | IRA Serv./Forge Tr. (Acct# Ending In 7645) | $ | 59,102.99 | | |
| 598 | Cash | $ | 10,648.43 | $ | 15,934.96 |
| 598 | Provident Trust Group, LLC (Acct# Ending in 0005) | $ | 5,286.53 | | |
| 612 | Cash | $ | 16,858.51 | $ | 27,206.38 |
| 612 | IRA Serv./Forge Tr. (Acct# Ending In 4563) | $ | 10,347.87 | | |
| 615 | Cash | $ | 16,617.06 | $ | 24,574.52 |
| 615 | IRA Serv./Forge Tr. (Acct# Ending In 2201) | $ | 7,957.47 | | |
| 621 | Cash | $ | 8,459.18 | $ | 65,220.93 |
| 621 | IRA Serv./Forge Tr. (Acct# Ending In 6031) | $ | 56,761.75 | | |
| 634 | Cash | $ | 65,993.41 | $ | 76,903.66 |
| 634 | IRA Serv./Forge Tr. (Acct# Ending In 5338) | $ | 10,910.25 | | |
| 636 | Cash | $ | 27,313.48 | $ | 42,224.27 |
| 636 | IRA Serv./Forge Tr. (Acct# Ending In 1269) | $ | 14,910.79 | | |

**Exhibit B - Mulitple IRA - Cash/IRA: Second Distribution Participants**

| | | | |
|---|---|---|---|
| 641 | Cash | $ 19,892.04 | $ 35,237.33 |
| 641 | IRA Serv./Forge Tr. (Acct# Ending In 8070) | $ 15,345.29 | |
| 653 | Cash | $ 7,048.57 | $ 10,375.56 |
| 653 | Sunwest Trust (Acct# Ending in 9232) | $ 3,327.00 | |
| 743 | Cash | $ - | $ 145,310.88 |
| 743 | IRA Serv./Forge Tr. (Acct# Ending In 5925) | $ 144,027.95 | |
| 743 | Cash | $ 1,282.92 | |
| 754 | Cash | $ 50.11 | $ 12,491.73 |
| 754 | IRA Serv./Forge Tr. (Acct# Ending In 8195) | $ 12,441.61 | |
| 755 | Cash | $ - | $ 1,132.70 |
| 755 | IRA Serv./Forge Tr. (Acct# Ending In 6733) | $ 874.92 | |
| 755 | IRA Serv./Forge Tr. (Acct# Ending In 5843) | $ 257.78 | |
| 770 | Cash | $ - | $ 66,900.38 |
| 770 | Cash | $ 9,255.21 | |
| 770 | IRA Serv./Forge Tr. (Acct# Ending In 2758) | $ 57,645.16 | |
| 780 | Cash | $ 4,997.52 | $ 12,060.19 |
| 780 | IRA Serv./Forge Tr. (Acct# Ending In 3659) | $ 7,062.67 | |
| 799 | Cash | $ 781.27 | $ 8,504.03 |
| 799 | IRA Serv./Forge Tr. (Acct# Ending In 4244) | $ 7,722.77 | |
| 820 | Cash | $ 9,954.65 | $ 24,938.37 |
| 820 | IRA Serv./Forge Tr. (Acct# Ending In 4365) | $ 14,983.72 | |
| 825 | Cash | $ 8,555.08 | $ 9,425.32 |
| 825 | IRA Serv./Forge Tr. (Acct# Ending In 6350) | $ 870.23 | |
| 849 | Cash | $ - | $ 46,137.77 |
| 849 | IRA Serv./Forge Tr. (Acct# Ending In 8601) | $ 35,583.63 | |
| 849 | IRA Serv./Forge Tr. (Acct# Ending In 8595) | $ 10,554.14 | |
| 866 | Cash | $ - | $ 62,811.59 |
| 866 | Provident Trust Group, LLC (Acct# Ending in 1199) | $ 5,277.41 | |
| 866 | Provident Trust Group, LLC (Acct# Ending in 0224) | $ 57,534.17 | |
| 879 | Cash | $ 26,155.92 | $ 46,517.13 |
| 879 | IRA Serv./Forge Tr. (Acct# Ending In 0904) | $ 20,361.21 | |

**Exhibit B - Mulitple IRA - Cash/IRA: Second Distribution Participants**

| | | | |
|---|---|---|---|
| 883 | Cash | $ 7,259.27 | $ 9,350.56 |
| 883 | IRA Serv./Forge Tr. (Acct# Ending In 2366) | $ 2,091.28 | |
| 890 | Cash | $ 27,839.98 | $ 70,864.04 |
| 890 | IRA Serv./Forge Tr. (Acct# Ending In 1507) | $ 43,024.06 | |
| 898 | Cash | $ 42,940.98 | $ 69,141.79 |
| 898 | IRA Serv./Forge Tr. (Acct# Ending In 3664) | $ 26,200.81 | |
| 924 | Cash | $ - | $ 42,218.84 |
| 924 | IRA Serv./Forge Tr. (Acct# Ending In 5124) | $ 14,896.23 | |
| 924 | Provident Trust Group, LLC (Acct# Ending in 1622) | $ 27,322.61 | |
| 926 | Cash | $ - | $ 38,113.30 |
| 926 | IRA Serv./Forge Tr. (Acct# Ending In 6200) | $ 4,917.32 | |
| 926 | IRA Serv./Forge Tr. (Acct# Ending In 0758) | $ 33,195.97 | |

## **EXHIBIT C**

**NON-INVESTOR CLAIMS SUMMARY**

**Exhibit C - GUC Participants in Second Distribution**

| Claim # | Sum of Claim Amount | Total: Cash Out + First Distribution | 2nd Distribution Amount | Total % Cash Out (Including First and Second Distributions) |
|---|---|---|---|---|
| 1 | $ 13,821.97 | $ 3,458.94 | $ 2,860.56 | 45.72% |
| 56-1 | $ 1,200.00 | $ 300.30 | $ 248.35 | 45.72% |

## **EXHIBIT D**

**NON-PARTICIPANTS IN SECOND DISTRIBUTION**

**Exhibit D - Non-Participants in Second Distribution**

| Investor # | Cash In | Total: Cash Out + First Distribution | Total % Cash Out (Including First Distribution) |
|---|---|---|---|
| 34 | $736,915.38 | $559,812.15 | 76.0% |
| 38 | $279,333.76 | $213,690.42 | 76.5% |
| 51 | $25,000.00 | $16,627.62 | 66.5% |
| 52 | $25,000.00 | $16,627.62 | 66.5% |
| 54 | $10,703.81 | $8,503.35 | 79.4% |
| 57 | $466,713.34 | $238,345.79 | 51.1% |
| 59 | $513,877.00 | $393,100.08 | 76.5% |
| 67 | $146,807.85 | $76,392.88 | 52.0% |
| 86 | $315,000.00 | $230,011.14 | 73.0% |
| 87 | $57,811.02 | $32,492.58 | 56.2% |
| 90 | $46,800.00 | $26,764.46 | 57.2% |
| 91 | $24,567.70 | $14,335.54 | 58.4% |
| 93 | $16,268.57 | $10,069.20 | 61.9% |
| 100 | $779,400.00 | $544,482.70 | 69.9% |
| 115 | $15,000.00 | $13,835.07 | 92.2% |
| 126 | $194,996.54 | $104,252.38 | 53.5% |
| 127 | $309,414.82 | $203,494.95 | 65.8% |
| 129 | $249,789.48 | $138,820.79 | 55.6% |
| 132 | $50,000.00 | $42,502.49 | 85.0% |
| 136 | $35,000.00 | $29,347.44 | 83.8% |
| 139 | $50,000.00 | $26,232.90 | 52.5% |
| 142 | $96,597.73 | $76,106.57 | 78.8% |
| 147 | $155,000.00 | $80,793.04 | 52.1% |
| 161 | $582,715.56 | $578,211.58 | 99.2% |
| 162 | $269,208.11 | $134,610.53 | 50.0% |
| 173 | $140,500.00 | $119,550.74 | 85.1% |
| 174 | $187,061.83 | $162,340.65 | 86.8% |
| 175 | $247,362.76 | $236,952.70 | 95.8% |
| 185 | $100,000.00 | $47,539.94 | 47.5% |
| 190 | $200,000.00 | $199,036.57 | 99.5% |
| 200 | $392,000.00 | $354,812.37 | 90.5% |
| 201 | $15,000.00 | $8,402.22 | 56.0% |
| 206 | $42,924.85 | $37,179.68 | 86.6% |
| 207 | $100,000.00 | $64,076.16 | 64.1% |
| 209 | $41,362.08 | $32,243.55 | 78.0% |
| 213 | $306,859.64 | $234,872.37 | 76.5% |
| 217 | $20,141.00 | $14,095.66 | 70.0% |
| 218 | $339,456.57 | $324,824.12 | 95.7% |
| 222 | $45,726.81 | $40,592.67 | 88.8% |
| 224 | $135,675.00 | $132,751.79 | 97.8% |
| 231 | $566,000.00 | $446,717.81 | 78.9% |
| 237 | $39,047.00 | $35,946.17 | 92.1% |
| 238 | $247,000.00 | $134,429.40 | 54.4% |
| 243 | $50,000.00 | $28,651.36 | 57.3% |
| 244 | $100,000.00 | $70,221.45 | 70.2% |
| 246 | $279,625.55 | $194,959.54 | 69.7% |
| 265 | $197,856.27 | $95,681.72 | 48.4% |
| 283 | $17,647.20 | $10,826.52 | 61.3% |
| 289 | $10,670.57 | $10,136.20 | 95.0% |
| 295 | $50,000.00 | $26,431.41 | 52.9% |
| 299 | $45,000.00 | $36,302.89 | 80.7% |
| 318 | $21,697.10 | $14,062.91 | 64.8% |
| 320 | $133,978.46 | $79,014.58 | 59.0% |
| 334 | $60,000.00 | $56,478.56 | 94.1% |
| 338 | $100,000.00 | $49,959.28 | 50.0% |
| 358 | $5,776,396.83 | $3,985,024.68 | 69.0% |
| 371 | $23,775.91 | $22,324.24 | 93.9% |
| 382 | $805,600.00 | $692,124.17 | 85.9% |

**Exhibit D - Non-Participants in Second Distribution**

| Investor # | Cash In | Total: Cash Out + First Distribution | Total % Cash Out (Including First Distribution) |
|---|---|---|---|
| 383 | $2,033,532.10 | $1,289,044.17 | 63.4% |
| 388 | $549,860.83 | $516,955.69 | 94.0% |
| 398 | $9,500.00 | $6,947.65 | 73.1% |
| 400 | $85,000.00 | $52,798.93 | 62.1% |
| 436 | $50,000.00 | $49,820.14 | 99.6% |
| 438 | $50,000.00 | $27,084.50 | 54.2% |
| 441 | $62,708.94 | $48,923.76 | 78.0% |
| 451 | $276,000.00 | $239,745.27 | 86.9% |
| 452 | $26,751.98 | $13,081.03 | 48.9% |
| 457 | $402,072.23 | $207,458.88 | 51.6% |
| 479 | $50,000.00 | $42,127.62 | 84.3% |
| 488 | $118,230.46 | $84,394.19 | 71.4% |
| 489 | $118,230.46 | $84,576.19 | 71.5% |
| 497 | $120,000.00 | $60,019.94 | 50.0% |
| 504 | $45,000.00 | $27,397.48 | 60.9% |
| 511 | $19,520.55 | $10,133.26 | 51.9% |
| 516 | $140,000.00 | $119,550.20 | 85.4% |
| 520 | $195,133.68 | $114,671.82 | 58.8% |
| 545 | $217,467.00 | $215,096.26 | 98.9% |
| 553 | $2,149,929.62 | $1,341,482.75 | 62.4% |
| 561 | $100,000.00 | $70,009.97 | 70.0% |
| 565 | $840,000.00 | $730,351.71 | 86.9% |
| 574 | $100,000.00 | $51,251.21 | 51.3% |
| 575 | $59,000.00 | $57,704.35 | 97.8% |
| 579 | $231,166.95 | $123,538.24 | 53.4% |
| 588 | $46,170.83 | $28,945.44 | 62.7% |
| 592 | $274,680.00 | $148,877.04 | 54.2% |
| 596 | $50,000.00 | $26,964.03 | 53.9% |
| 597 | $250,000.00 | $136,753.16 | 54.7% |
| 600 | $120,000.00 | $66,917.65 | 55.8% |
| 603 | $56,550.14 | $51,639.17 | 91.3% |
| 604 | $73,400.00 | $38,310.09 | 52.2% |
| 613 | $200,000.00 | $99,368.06 | 49.7% |
| 623 | $750,400.00 | $382,992.17 | 51.0% |
| 630 | $110,000.00 | $58,454.64 | 53.1% |
| 635 | $100,000.00 | $53,245.55 | 53.2% |
| 644 | $100,000.00 | $52,390.83 | 52.4% |
| 645 | $60,000.00 | $54,001.99 | 90.0% |
| 652 | $200,000.00 | $102,398.89 | 51.2% |
| 657 | $55,816.61 | $35,637.58 | 63.8% |
| 663 | $25,000.00 | $12,606.55 | 50.4% |
| 667 | $100,000.00 | $60,525.63 | 60.5% |
| 668 | $224,864.85 | $125,190.65 | 55.7% |
| 671 | $67,000.00 | $64,331.70 | 96.0% |
| 673 | $25,059.00 | $18,207.03 | 72.7% |
| 677 | $53,000.00 | $25,184.25 | 47.5% |
| 761 | $308,212.57 | $194,802.27 | 63.2% |
| 771 | $191,836.00 | $164,707.25 | 85.9% |
| 794 | $83,340.00 | $42,642.61 | 51.2% |
| 812 | $49,200.00 | $30,780.80 | 62.6% |
| 822 | $49,992.50 | $23,511.89 | 47.0% |
| 824 | $329,650.00 | $309,338.78 | 93.8% |
| 832 | $100,000.00 | $64,714.71 | 64.7% |
| 842 | $180,712.40 | $150,188.25 | 83.1% |
| 850 | $570,000.00 | $301,928.19 | 53.0% |
| 921 | $129,325.85 | $73,283.25 | 56.7% |
| 962 | $44,550.03 | $20,707.81 | 46.5% |