# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | **Civil Action No. 19-cv-05957** |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Hon. John Z. Lee** |
| **NORTHRIDGE HOLDINGS, LTD., ET AL.,** | ) ) | |
| **Defendants.** | ) ) ) | **Magistrate Judge Susan E. Cox** |

## RECEIVER'S COMBINED (A) TENTH INTERIM FEE APPLICATION AND MOTION FOR COURT APPROVAL OF PAYMENT OF FEES AND EXPENSES OF COUNSEL FOR THE RECEIVER; AND (B) NINTH INTERIM FEE APPLICATION AND MOTION FOR COURT APPROVAL OF PAYMENT OF FEES AND EXPENSES OF RECEIVER'S NON-FOX SWIBEL PROFESSIONALS

N. Neville Reid, not individually, but solely as the Court-appointed receiver (the "Receiver") for the Estate of Defendant Northridge Holdings, Ltd. and its related entities and affiliates as more particularly set forth in the Receivership Order (as defined herein) (collectively, the "Receivership Defendants," and their assets as more particularly identified therein, the "Receivership Assets," and such estate, the "Receivership Estate," and such administration, the "Receivership"), and pursuant to the powers vested in him by the *Order Appointing Receiver* entered by the Court on September 12, 2019 as amended [Dkt. No. 22, 108, 215] (the "Receivership Order")[1] respectfully submits this combined (a) *Tenth Interim Application* for counsel for the Receiver – Fox Swibel Levin & Carroll, LLP ("Fox Swibel"), and (b) *Ninth Interim Application* for the Receiver's non-Fox Swibel professionals — Kutchins, Robbins & Diamond Ltd. ("KRD"); AlixPartners, LLP ("AlixPartners"); Dickler, Kahn, Slowikowski, &

---

[1] Capitalized terms not defined herein shall be given the same meaning ascribed to such terms in the Receivership Order.

Zavell, Ltd. ("Dickler Kahn")[2]; ALAP Limited ("ALAP")[3]; and Miller Kaplan Arase LLP ("Miller Kaplan")[4] (collectively, the "Application") and hereby respectfully moves the Court, (the "Motion") for an order approving payment of the fees and expenses of Fox Swibel, KRD, AlixPartners, Dickler Kahn, Miller Kaplan, and ALAP. In support of the Application and Motion, the Receiver states as follows:

## I.   INTRODUCTION

1.      The Application covers the period from October 1, 2021 to and including December 31, 2021 (the "Application Period").

2.      Fees and expenses (i) previously requested, approved, and paid, or (ii) presently requested, are summarized as follows:

Previously Approved/Paid:

| Professional | Month/Year | Fees & Costs Requested | Fees & Costs Approved | Fees & Costs Paid |
|---|---|---|---|---|
| Fox Swibel | September & October 2019 | $114,779.88 | $114,779.88 | $114,779.88 |
| Fox Swibel | November & December 2019 | $68,045.66 | $68,045.66 | $68,045.66 |
| Fox Swibel | January 2020 – March 2020 | $146,712.17 | $146,712.17 | $146,712.17 |
| Fox Swibel | April 1, 2020 –June 30, 2020 | $182,623.01 | $182,623.01 | $182,623.01 |
| Fox Swibel | July 1, 2020 – September 30, 2020 | $215.420.97 | $215.420.97 | $215.420.97 |

---

[2] This is the seventh request for compensation and reimbursement for fees and expenses on behalf of Dickler Kahn.

[3] This is the sixth request for compensation and reimbursement for fees and expenses on behalf of ALAP.

[4] This is the third request for compensation and reimbursement for fees and expenses on behalf of Miller Kaplan.

| | | | | |
|---|---|---|---|---|
| Fox Swibel | October 1, 2020 – December 31, 2020 | $143,222.84 | $143,222.84 | $143,222.84 |
| Fox Swibel | January 1, 2021 – March 31, 2021 | $149,301.05 | $149,301.05 | $149,301.05 |
| Fox Swibel | April 1, 2021 – June 30, 2021 | $138,856.52 | $138,856.52 | $138,856.52 |
| Fox Swibel | July 1, 2021 – September 30, 2021 | $112,884.44 | $112,884.44 | $112,884.44 |
| KRD | October 2019 – December 2019 | $3,767.50 | $3,767.50 | $3,767.50 |
| KRD | January 2020 – March 2020 | $3,978.71 | $3,978.71 | $3,978.71 |
| KRD | April 1, 2020 – June 30, 2020 | $2,175.00 | $2,175.00 | $2,175.00 |
| KRD | July 1, 2020 – September 30, 2020 | $24,620.00 | $24,620.00 | $24,620.00 |
| KRD | October 1, 2020 – December 31, 2020 | $5,610.00 | $5,610.00 | $5,610.00 |
| KRD | January 1, 2021 – March 31, 2021 | $13,895.00 | $13,895.00 | $13,895.00 |
| KRD | April 1, 2021 – June 30, 2021 | $14,630.000 | $14,630.000 | $14,630.000 |
| KRD | July 1, 2021 – September 30, 2021 | $18,535.00 | $18,535.00 | $18,535.00 |
| AlixPartners | November 2019 – December 2019 | $143,130.16 | $143,130.16 | $143,130.16 |
| AlixPartners | January 2020- March 2020 | $598,630.51 | $598,630.51 | $598,630.51 |
| AlixPartners | April 1, 2020 – June 30, 2020 | $419,742.09 | $419,742.09 | $419,742.09 |

| AlixPartners | July 1, 2020 – September 30, 2020 | $274.169.72 | $274.169.72 | $274.169.72 |
| --- | --- | --- | --- | --- |
| AlixPartners | October 1, 2020 – December 31, 2020 | $84,780.98 | $84,780.98 | $84,780.98 |
| AlixPartners | January 1, 2021 – March 31, 2021 | $51,162.43 | $51,162.43 | $51,162.43 |
| AlixPartners | April 1, 2021 – June 30, 2021 | $19,750.15 | $19,750.15 | $19,750.15 |
| AlixPartners | July 1, 2021 – September 30, 2021 | $34,312.88 | $34,312.88 | $34,312.88 |
| PM | November 2019 – December 2019 | $5,487.50 | $5,487.50 | $5,487.50 |
| PM | January 2020- March 2020[5] | $3,326.00 | $3,326.00 | $3,326.00 |
| Dickler Kahn | April 1, 2020 – June 30, 2020 | $960.00 | $960.00 | $960.00 |
| Dickler Kahn | July 1, 2020 – September 30, 2020 | $810.00 | $810.00 | $810.00 |
| Dickler Kahn | October 1, 2020 – December 31, 2020 | $3,840.00 | $3,840.00 | $3,840.00 |
| Dickler Kahn | January 1, 2021 – March 31, 2021 | $1,380.00 | $1,380.00 | $1,380.00 |
| Dickler Kahn | April 1, 2021 – June 30, 2021 | $630.00 | $630.00 | $630.00 |

---

[5] As described more fully below, the Receiver does not seek compensation and reimbursement for fees and expenses on behalf of Plante Moran, PLCC ("PM") in this Application, as PM did not provide services during this Application Period and has not provided services since March of 2020.

4

| Dickler Kahn | July 1, 2021 – September 30, 2021 | $450.00 | $450.00 | $450.00 |
| ALAP | July 1, 2020 – September 30, 2020 | $13,070.00 | $810.00 | $13,070.00 |
| ALAP | October 1, 2020 – December 31, 2020 | $2,690.00 | $2,690.00 | $2,690.00 |
| ALAP | January 1, 2021 – March 31, 2021 | $11,020.00 | $11,020.00 | $11,020.00 |
| ALAP | April 1, 2021 – June 30, 2021 | $4,470.00 | $4,470.00 | $4,470.00 |
| ALAP | July 1, 2021 – September 30, 2021 | $12,110.00 | $12,110.00 | $12,110.00 |
| Miller Kaplan | April 1, 2021 – June 30, 2021 | $11,784.00 | $11,784.00 | $11,784.00 |
| Miller Kaplan | July 1, 2021 – September 30, 2021 | $10,310.40 | $10,310.40 | $10,310.40 |
| **Grand Total** | | **$3,067,070.98** | **$3,067,070.98** | **$3,067,070.98** |

Fees and costs requested in this Application for the Application Period:

| Professional | Month/Year | Fees & Costs Charged | Proposed Holdback | Fees & Costs Requested |
|---|---|---|---|---|
| Fox Swibel | October 1, 2021 – December 31, 2021 | $84,999.28 | $0 | $84,999.28 |
| KRD | October 1, 2021 – December 31, 2021 | $22,220.00 | $0 | $22,220.00 |
| AlixPartners | October 1, 2021 – December 31, 2021 | $26,008.65 | $8,538.75[6] | $26,008.65 |

---

[6] The total amount of the holdback for AlixPartners through and including this Application Period is $279,400.00.

5

| Dickler Kahn | October 1, 2021 – December 31, 2021 | $810.00 | $0 | $810.00 |
|---|---|---|---|---|
| ALAP | October 1, 2021 – December 31, 2021 | $10,220.00 | $0 | $10,220.00 |
| Miller Kaplan | October 1, 2021 – December 31, 2021 | $10,659.20 | $0 | $10,659.20 |
| **Grand Total** | | **$154,917.13** | **$8,538.75** | **$154,917.13** |

3.      In summary, the total amount of money requested for approval and payment in the instant Application is $154,917.13 which is broken down by professional as follows: (a) Fox Swibel: $84,999.28; (b) KRD: $22,220.00; (c) AlixPartners: $26,008.65; (d) Dickler Kahn: $810.00; (e) ALAP: $10,220.00; and (f) Miller Kaplan: $10,659.20.

## II.      BACKGROUND

4.      On September 5, 2019, the United States Securities and Exchange Commission (the "SEC") filed (a) a *Complaint* [Dkt. No. 1] (the "Complaint") against the defendants as identified therein (collectively, the "Defendants") alleging violations of federal securities laws, and (b) *Plaintiff's Emergency Motion for a Temporary Restraining Order to Prevent Violations of the Federal Securities Laws, to Appoint Receiver, and to Provide for Other Ancillary Relief* [Dkt. No. 3] (the "TRO and Receivership Motion"), requesting a temporary restraining order to prevent violations of federal securities laws, to appoint a receiver and to provide for other ancillary relief set forth therein.

5.      In its Complaint, the SEC alleged that:  (a) the Defendants violated (i) Sections 5(a), 5(c) and 17(a) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77e(a), (e)(c), and q(a)], and (ii) Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)], Rule 10b-5(a) and (c) [17 C.F.R. § 240.10b-5(a), (c)]; and

6

(b) Northridge Holdings, Ltd. ("Northridge") and Glenn C. Mueller ("Mr. Mueller") violated Rule 10b-5(b) [17 C.F.R. § 240.10b-5(a), (c)].

6. The Complaint further alleges that the Defendants operated a Ponzi scheme, raising at least $41.6 million (between May 2014 through April 2019) from more than 300 investors across 32 states by, among other things, fraudulently offering and selling promissory notes in unregistered transactions to investors, many of whom were unsophisticated and/or unaccredited and of retirement age. *See* Complaint, ¶¶ 1–8, 27–62, 63–76. Further, the Complaint alleges that Mr. Mueller and Northridge misled certain of such investors to believe certain of their promissory notes were secured or equivalently "backed" by properties owned by the Receivership Defendants when in fact they were not. *Id.* at ¶ 72.

7. On September 9, 2019, the Court held a hearing on the TRO and Receivership Motions. On September 12, 2019, the Court entered the Receivership Order. [*See* Dkts. 15, 19, 22.]

8. Under the Receivership Order, the Receiver is authorized to engage and employ professionals (in his discretion) to assist him in carrying out the duties and responsibilities set forth therein. Receivership Order, ¶¶ 8K, 50. In accordance therewith, the Receiver engaged Fox Swibel as counsel for the Receiver.

9. On September 12, 2019, the Receiver filed the *Motion for Court Approval of the Rates to be Charged by Receiver's Counsel* [Dkt. No. 29] (the "Fox Swibel Rate Motion"). On September 24, 2019, the Court entered a minute entry Order [Dkt. No. 43] granting the Fox Swibel Rate Motion.

10. On October 30, 2019, the Receiver filed the *Motion for Court Approval of the Rates to be Charged by Receiver's Accountant* [Dkt. No. 58] (the "KRD Rate Motion"). On

November 6, 2020, the Court entered a minute entry Order [Dkt. No. 66] granting the KRD Rate Motion.

11.     On October 30, 2019, the Receiver filed the *Motion for Court Approval of the Rates to be Charged by Receiver's Forensic Accountant* [Dkt. No. 67] (the "AlixPartners Rate Motion").  On December 10, 2019, the Court entered a minute entry Order [Dkt. No. 79] granting the AlixPartners Rate Motion.

12.     On October 30, 2019, the Receiver filed the *Motion for Court Approval of the Rates to be Charged by Receiver's Accountant* [Dkt. No. 70] (the "PM Rate Motion").   On January 6, 2020, the Court entered a minute entry Order [Dkt. No. 92] granting the PM Rate Motion.

13.     On April 16, 2020, the Receiver filed the *Motion for Approval of Rates to be Charged by Dickler Kahn*[7] [Dkt. 134-135] (the "Dickler Kahn Rate Motion").  On May 22, 2020, the Court entered an Order granting the Dickler Kahn Rate Motion.  [Dkt. 149.]

14.     On November 2, 2020, the Receiver filed the *Motion for Approval of Rates to be Charged by ALAP* (the "ALAP Rate Motion").  [Dkt. 206.]  No amounts will be disbursed to the new professional until the engagement is fully approved by the Court. On November 19, 2020, the Court entered an Order granting the ALAP Rate Motion.  [Dkt. 224.]

15.     On May 25, 2021, the Receiver filed the *Motion for Retroactive Court Approval of Rates to be Charged by Receiver's Tax Consultant Miller Kaplan* (the "Miller Kaplan Rate Motion").  [Dkt. 259.]  On June 15, 2021, the Court entered an Order granting the Miller Kaplan Rate Motion.  [Dkt. 266.]

---

[7] For clarity, the Receiver notes that this motion was a combined motion that also sought approval of a settlement agreement unrelated to the matters addressed in this Application.

16.     Pursuant to the Receivership Order, and subject to Court approval, the Receiver and his professionals are entitled to "reasonable compensation and expense reimbursement" from the Receivership Estate, in compliance with the *Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission* (the "<u>Billing Instructions</u>") promulgated by the SEC, which are binding upon the Receiver.  *Id.* at ¶ 65.

## III.     FOX SWIBEL TENTH INTERIM APPLICATION

17.     Pursuant to (and in accordance with) the Billing Instructions and the Receivership Order, the Receiver provides the following information regarding the Application.

18.     ***First***, the Application covers the period from October 1, 2021 to and including December 31, 2021.

19.     ***Second***, as set forth above, the Receiver retained Fox Swibel as counsel for the Receiver.  On September 24, 2019, the Court entered an order granting the Fox Swibel Rate Motion.  [Dkt. No. 43.]

20.     ***Third***, the *Certification of Fox Swibel in Support of the Application* is attached hereto as **<u>Exhibit A</u>** and incorporated herein by reference.

21.     ***Fourth***, the names and hourly rates of all Fox Swibel professionals and paraprofessionals who billed time on this matter during the Application Period are attached hereto as **<u>Exhibit B</u>** and incorporated herein by reference.

22.     ***Fifth***, the Application constitutes the Receiver's tenth interim application for compensation for the fees and expenses of Fox Swibel.  The Receiver's first interim application for the firm sought compensation for fees and expenses incurred from the inception of the Receivership through October 31, 2019 in the amount of $114,779.88; all such fees and costs were approved by the Court and subsequently paid to Fox Swibel.  [*See* Dkt. Nos. 76 and 93.]

The Receiver's second interim application for Fox Swibel sought compensation for fees and expenses incurred from November 1, 2019 through December 31, 2019 in the amount of $68,045.66; all such fees and costs were approved by the Court and subsequently paid to Fox Swibel. [*See* Dkt. Nos. 118, 125, 132, 137 and 147.] The Receiver's third interim application for Fox Swibel sought compensation for fees and expenses incurred from January 1, 2020 through March 31, 2020 in the amount of $146,712.17; all such fees and costs were approved by the Court and subsequently paid to Fox Swibel. [*See* Dkt. Nos. 161-163, 171, 173.] The Receiver's fourth interim application for Fox Swibel sought compensation for fees and expenses incurred from April 1, 2020 through June 30, 2020 in the amount of $182,623.01; all such fees and costs were approved by the Court and subsequently paid to Fox Swibel. [*See* Dkt. 194-195, 200, 216.] The Receiver's fifth interim application for Fox Swibel sought compensation for fees and expenses incurred from July 1, 2020 through September 30, 2020 in the amount of $215,420.97; all such fees and costs were approved by the Court and subsequently paid to Fox Swibel. [*See* Dkts. 219, 226.] The Receiver's sixth interim application for Fox Swibel sought compensation for fees and expenses incurred from October 1, 2020 through December 31, 2020 in the amount of $143,222.84; all such fees and costs were approved by the Court and subsequently paid to Fox Swibel. [*See* Dkts. 243, 248.] The Receiver's seventh interim application for Fox Swibel sought compensation for fees and expenses incurred from January 1, 2021 through March 31, 2021 in the amount of $149,301.05; all such fees and costs were approved by the Court and subsequently paid to Fox Swibel. [*See* Dkts. 280, 287.] The Receiver's eighth interim application for Fox Swibel sought compensation for fees and expenses incurred from April 1, 2021 through June 30, 2021 in the amount of $138,856.52; all such fees and costs were approved by the Court and subsequently paid to Fox Swibel. [*See* Dkts. 289,

293.] The Receiver's ninth interim application for Fox Swibel sought compensation for fees and expenses incurred from July 1, 2021 through September 30, 2021 in the amount of $112,884.44; all such fees and costs were approved by the Court and subsequently paid to Fox Swibel. [*See* Dkts. 302, 311.]

## IV. NON-FOX SWIBEL PROFESSIONALS' NINTH INTERIM APPLICATION

23. Pursuant to (and in accordance with) the Billing Instructions and the Receivership Order, the Receiver provides the following information regarding the Application as it relates to the non-Fox Swibel professionals.

### A. **KRD**

24. *First*, the Application covers the period from October 1, 2021 to and including December 31, 2021.

25. *Second*, the Receiver retained KRD as accountant for the Receivership to provide accounting, tax, payroll and related services for the Receivership and the Receivership Defendants. During the Application Period, KRD continued to provide accounting, tax, payroll, and related services for the Receivership and the Receivership Defendants. Additionally, KRD prepared or is in the process of preparing 2020 and 2021 tax filings, filings for prior years that remain unfiled and final returns. The Receiver also utilized KRD's services in connection with implementing the court-ordered distribution plan and with paying out the Court-approved Interim Distribution (defined below).

26. *Third*, the *Certification of KRD in Support of the Application* is attached hereto as **Exhibit C** and incorporated herein by reference.

27. *Fourth*, Lois West was the only KRD professional or paraprofessional who billed time on this matter during the Application Period, and her hourly rate is $275.00.

11

28.  **Fifth**, the Application constitutes the Receiver's ninth interim application for compensation for the fees and expenses of KRD.  The Receiver's first interim application for compensation for KRD covered fees and expenses incurred from October 1, 2019 through December 31, 2019 in the amount of $3,767.50; all such fees and costs were approved by the Court and subsequently paid to KRD.  [*See* Dkt. Nos. 118, 125, 132, 137 and 147.]  The Receiver's second interim application for compensation for KRD covered fees and expenses incurred from January 1, 2020 through March 31, 2020 in the amount of $3,978.71; all such fees and costs were approved by the Court and subsequently paid to KRD.  [*See* Dkt. Nos. 161-163, 171, 173.]  The Receiver's third interim application for compensation for KRD covered fees and expenses incurred from April 1, 2020 through June 30, 2020 in the amount of $2,175.00; all such fees and costs were approved by the Court and subsequently paid to KRD.  [*See* Dkt. Nos. 194-195, 200, 216.]  The Receiver's fourth interim application for KRD sought compensation for fees and expenses incurred from July 1, 2020 through September 30, 2020 in the amount of $24,620.00; all such fees and costs were approved by the Court and subsequently paid to KRD. [*See* Dkts. 219, 226.]   The Receiver's fifth interim application for KRD sought compensation for fees and expenses incurred from October 1, 2020 through December 31, 2020 in the amount of $5,610.00; all such fees and costs were approved by the Court and subsequently paid to KRD. [*See* Dkts. 243, 248.]  The Receiver's sixth interim application for KRD sought compensation for fees and expenses incurred from January 1, 2021 through March 31, 2021 in the amount of $ $13,895.00; all such fees and costs were approved by the Court and subsequently paid to KRD. [*See* Dkts. 280, 287.] The Receiver's seventh interim application for KRD sought compensation for fees and expenses incurred from April 1, 2021 through June 30, 2021 in the amount of $14,630.00; all such fees and costs were approved by the Court and subsequently paid to KRD.

[*See* Dkts. 289, 293.]  The Receiver's eighth interim application for KRD sought compensation for fees and expenses incurred from July 1, 2021 through September 30, 2021 in the amount of $18,535.00; all such fees and costs were approved by the Court and subsequently paid to KRD. [*See* Dkts. 302, 311.]

      **B.**    **<u>AlixPartners</u>**

29.    ***First***, the Application covers the period from October 1, 2021 to and including December 31, 2021.

30.    ***Second***, the Receiver retained AlixPartners as forensic accountant for the Receivership to, among other things, determine the: (i) amount and validity of claims of the investors/creditors of the Receivership Defendants and (ii) legal and equitable rights of such parties in respect of the funds marshalled in this case.  Additionally, the Receiver engaged AlixPartners to perform, among other things, the following services: (a) tracing money in/money out at the investor level; (b) tracing funds between the Receivership Defendants (i.e., intercompany), including determining the amount of intercompany receivables and/or whether or not the Receivership Defendants' finances are hopelessly commingled; (c) assisting with discovery; (d) identifying receivable claims, "finder" claims, insider claims, potential claw-back targets, fraudulent conveyances or transfers (e.g., undisclosed insider transfers, suspicious transactions generally, etc.), professional liability targets and breach of fiduciary duty claims; (e) assisting in the design and implementation of a claims process (for investors and general creditors), including verifying claim amounts and identifying potential objections; (f) modeling potential distribution plans based on different distribution methods (e.g., pro rata, rising tide, etc.); and (g) supporting motions filed by the Receiver (e.g., motion(s) to approve a distribution plan).

31.     During this Application Period, AlixPartners specifically focused its efforts on: (1) assisting the Receiver with the claims process as approved by the Court in the Claims Procedure Order[8]; (2) assisting the Receiver with resolving claim disputes; (3) supporting the Receiver's efforts to collect claims of the Receivership Estate against third parties, including receivable claims, "finder" claims, "net winner" claims and insider claims; (4) assisting with implementing the court-approved distribution plan; (5) assisting with paying out the Court-approved Interim Distributions (defined below); and (6) assisting with case administration.[9]

32.     **Third**, the *Certification of AlixPartners in Support of the Application* is attached hereto as **Exhibit D** and incorporated herein by reference.

33.     **Fourth**, the names and hourly rates of all of AlixPartners' professionals and paraprofessionals who billed time on this matter during the Application Period are attached hereto as **Exhibit E** and incorporated herein by reference.

34.     **Fifth**, the Application constitutes the Receiver's ninth interim application for compensation for the fees and expenses of AlixPartners.  The Receiver's first interim application for compensation for AlixPartners covered fees and expenses from November 1, 2019 through December 31, 2019 in the amount of $143,130.16; all such fees and costs were approved by the Court and subsequently paid to AlixPartners.  [*See* Dkt. Nos. 118, 125, 132, 137 and 147.]  The Receiver's second interim application for compensation for AlixPartners covered fees and expenses from January 1, 2020 through March 31, 2020 in the amount of $598,630.51; all such fees and costs were approved by the Court and subsequently paid to AlixPartners.  [*See* Dkt. Nos.

---

[8] The Claims Procedure Order refers to the Order (1) Fixing Claims Bar Date (2) Approving Claims Procedures and Claims Forms (3) Approving Notices and (4) Approving the Pooling of Receivership Entities' Assets for Distribution Purposes.  [Dkt. 217.]

[9] A detailed explanation of these efforts is fully set forth in the Ninth Receiver Report (as defined below).

161-163, 171, 173.] The Receiver's third interim application for compensation for AlixPartners covered fees and expenses from April 1, 2020 through June 30, 2020 in the amount of $419,742.09[10]; all such fees and costs were approved by the Court and subsequently paid to AlixPartners [*See* Dkt. Nos. 194-195, 200, 216.] The Receiver's fourth interim application for AlixPartners sought compensation for fees and expenses incurred from July 1, 2020 through September 30, 2020 in the amount of $274.169.72; all such fees and costs were approved by the Court and subsequently paid to AlixPartners. [*See* Dkts. 219, 226.] The Receiver's fifth interim application for AlixPartners sought compensation for fees and expenses incurred from October 1, 2020 through December 31, 2020 in the amount of $84,780.98; all such fees and costs were approved by the Court and subsequently paid to AlixPartners. [*See* Dkts. 243, 248.] The Receiver's sixth interim application for AlixPartners sought compensation for fees and expenses incurred from January 1, 2021 through March 31, 2021 in the amount of $51,162.43; all such fees and costs were approved by the Court and subsequently paid to AlixPartners. [*See* Dkts. 287.] The Receiver's seventh interim application for AlixPartners sought compensation for fees and expenses incurred from April 1, 2021 through June 30, 2021 in the amount of $19,750.15; all such fees and costs were approved by the Court and subsequently paid to AlixPartners. [*See* Dkts. 289, 293.] The Receiver's eighth interim application for AlixPartners sought compensation for fees and expenses incurred from July 1, 2021 through September 30, 2021 in the amount of $34,312.88; all such fees and costs were approved by the Court and subsequently paid to AlixPartners. [*See* Dkts. 302, 311.]

---

[10] This amount incorporates an additional $100,000 reduction (over and above the hourly fee cap reduction) as agreed by AlixPartners. Additionally, AlixPartners agreed to a holdback of 25% of the reduced fees which it agrees will only be paid upon approval of a final fee application at the closing of this case.

C.     **PM**

35.     Although this Application does not seek compensation and reimbursement for PM as PM did not provide services during this Application Period, for comprehensiveness, the Receiver summarizes prior fees and expenses sought for PM and approved by the Court.  The Receiver's first interim application for compensation for PM covered the period November 1, 2019 through December 31, 2019 in the amount of $5,487.50; all such fees and costs were approved by the Court and subsequently paid to PM.  [*See* Dkt. Nos. 118, 125, 132, 137 and 147.]  The Receiver's second interim application for compensation for the fees and expenses of PM covered the period of January 1, 2020 through March 31, 2020 in the amount of $3,326.00; all such fees and costs were approved by the Court and subsequently paid to PM.  [*See* Dkt. Nos. 161-163, 171, and 173.]  PM has not performed any services or sought compensation since this application.

D.     **Dickler Kahn**

36.     ***First***, the Application covers the period from October 1, 2021 to and including December 31, 2021.

37.     ***Second***, the Receiver retained Dickler Kahn as counsel for the turnover of control of community associations from the developer to a board of managers comprised of a majority of unit owners at the properties located at (1) 486 N. Lakeshore Drive, Palatine, IL 60067; and (2) "441-447 Lakeshore Drive, Palatine, IL 60067."[11]  During the Application Period, Dickler Kahn continued to provide legal services relating to the contractually required turnover of certain community associations related to the sales of these Properties' Receivership Defendants.

---

[11] The Receiver's general counsel does not practice in the area of condominium and homeowner association law thus rendering the engagement of additional counsel necessary in order to ensure the efficient and proper execution of the turnover process in accordance with all statutory requirements.

38.     *Third*, the *Certification of Dickler Kahn in Support of the Application* is attached hereto **Exhibit F** and incorporated herein by reference.

39.     *Fourth*, James A. Slowikowski was the only Dickler Kahn professional or paraprofessional who billed time on this matter during the Application Period, and his hourly rate is $300.00

40.     *Fifth*, the Application constitutes the seventh interim application for the fees and expenses of Dickler Kahn.  The Receiver's first interim application for compensation for Dickler Kahn covered fees and expenses from April 1, 2020 through June 30, 2020 in the amount of $960.00; all such fees and costs were approved by the Court and subsequently paid to Dickler Kahn [*See* Dkt. Nos. 194-195, 200, 216.] The Receiver's second interim application for Dickler Kahn sought compensation for fees and expenses incurred from July 1, 2020 through September 30, 2020 in the amount of $810.00; all such fees and costs were approved by the Court and subsequently paid to Dickler Kahn.   [*See* Dkts. 219, 226.]   The Receiver's third interim application for Dickler Kahn sought compensation for fees and expenses incurred from October 1, 2021 through December 31, 2020 in the amount of $3,840.00; all such fees and costs were approved by the Court and subsequently paid to Dickler Kahn. [*See* Dkts. 243, 248.]   The Receiver's fourth interim application for Dickler Kahn sought compensation for fees and expenses incurred from January 1, 2021 through March 31, 2021 in the amount of $1,380.00; all such fees and costs were approved by the Court and subsequently paid to KRD.  [*See* Dkts. 280, 287.]  The Receiver's fifth interim application for Dickler Kahn sought compensation for fees and expenses incurred from April 1, 2021 through June 30, 2021 in the amount of $630.00; all such fees and costs were approved by the Court and subsequently paid to Dickler Kahn.  [*See* Dkts. 289, 293.]  The Receiver's sixth interim application for Dickler Kahn sought compensation

for fees and expenses incurred from July 1, 2021 through September 30, 2021 in the amount of $450.00; all such fees and costs were approved by the Court and subsequently paid to Dickler Kahn. [*See* Dkts. 302, 311.]

      **E.**      **ALAP**

     41.      ***First***, the Application covers the period from October 1, 2021 to and including December 31, 2021.

     42.      ***Second***, the Receiver retained ALAP as an accountant to assist KRD with the Receivership Defendants outstanding tax filings. During the Application period ALAP provided such assistance to KRD. As noted in the Receiver's Fourth Report (as defined below) and the ALAP Rate Motion, ALAP was the Receivership Defendants' prior tax accountant, and therefore had valuable knowledge as to the Receivership Defendants that was utilized to cost-effectively complete tax work in conjunction with KRD's efforts.

     43.      ***Third***, the *Certification of ALAP in Support of the Application* is attached hereto **Exhibit G** and incorporated herein by reference.

     44.      ***Fourth***, Michael A. Pazur, CPA was the only ALAP professional or paraprofessional who billed time on this matter during the Application Period, and his hourly rate is $200.00

     45.      ***Fifth***, this Application constitutes the sixth interim application for the fees and expenses of ALAP. The Receiver's first interim application for ALAP sought compensation for fees and expenses incurred from July 1, 2020 through September 30, 2020 in the amount of $13,700.00; all such fees and costs were approved by the Court and subsequently paid to ALAP. [*See* Dkts. 219, 226.] The Receiver's second interim application for ALAP sought compensation for fees and expenses incurred from October 1, 2020 through December 31, 2020 in the amount

of $2,690.00; all such fees and costs were approved by the Court and subsequently paid to ALAP. [*See* Dkts. 243, 248.] The Receiver's third interim application for ALAP sought compensation for fees and expenses incurred from January 1, 2021 through March 31, 2021 in the amount of $11,200.00; all such fees and costs were approved by the Court and subsequently paid to KRD. [*See* Dkts. 287.] The Receiver's fourth interim application for ALAP sought compensation for fees and expenses incurred from April 1, 2021 through June 30, 2021 in the amount of $4,470.00; all such fees and costs were approved by the Court and subsequently paid to ALAP. [*See* Dkts. 289, 293.] The Receiver's fifth interim application for ALAP sought compensation for fees and expenses incurred from July 1, 2021 through September 30, 2021 in the amount of $12,110.00; all such fees and costs were approved by the Court and subsequently paid to ALAP. [*See* Dkts. 302, 311.]

### F. Miller Kaplan

46. *First*, the Application covers the period from October 1, 2021 to and including December 31, 2021.

47. *Second*, the Receiver retained Miller Kaplan as a tax consultant to advise the Receiver on issues relating to outstanding tax filings and seeking a closing agreement or similar finality with the IRS and relevant taxing authorities. During the Application period assisted the Receiver with issues related to the Court-approved Interim Distribution (defined below), assisted KRD and ALAP with issues related to completing and filing outstanding tax returns, and performed work related to seeking a closing agreement with the IRS and other taxing authorities.

48. *Third*, the *Certification of Miller in Support of the Application* is attached hereto **Exhibit H** and incorporated herein by reference.

49.     **Fourth**, the names and hourly rates of all of Miller Kaplan's professionals and paraprofessionals who billed time on this matter during the Application Period are attached hereto as **Exhibit I** and incorporated herein by reference.

50.     **Fifth**, this Application constitutes the third interim application for the fees and expenses of Miller Kaplan.  The Receiver's first interim application for Miller Kaplan sought compensation for fees and expenses incurred from April 1, 2021 through June 30, 2021 in the amount of $11,784.00; all such fees and costs were approved by the Court and subsequently paid to Miller Kaplan.  [*See* Dkts. 289, 293.]  The Receiver's second interim application for Miller Kaplan sought compensation for fees and expenses incurred from July 1, 2021 through September 30, 2021 in the amount of $10,310.40; all such fees and costs were approved by the Court and subsequently paid to Miller Kaplan.  [*See* Dkts. 302, 311.]

## V.     Case Status

51.     Pursuant to the Billing Instructions, the Receiver must provide information regarding the services performed and activities undertaken by Fox Swibel, KRD, AlixPartners, Dickler Kahn, ALAP and Miller Kaplan during the Application Period.  In support of the Application and Motion, the Receiver incorporates by reference the Receiver's Report for the Period of October 1, 2021 Through December 31, 2021 (the "Ninth Receiver's Report"), including the Eighth Amended Liquidation Plan attached to the Ninth Receiver Report.  [Dkt. 314.]

52.     The Ninth Receiver Report and attached Amended Liquidation Plan contain a description of the work performed by Fox Swibel, KRD, AlixPartners, Dickler Kahn, ALAP and Miller Kaplan during the Application Period and attach the Receiver's Standardized Fund

20

Accounting Report ("SFAR") for the Application Period. Moreover, the Ninth Receiver Report sets forth the relevant balances of the Operating Accounts as of December 31, 2021.

53.     As of December 31, 2021, the balance in the Receivership accounts, including Operating Accounts, was **$24,314,993.96**.

## VI.    BILLING ADDRESSED IN THIS APPLICATION

54.     Pursuant to the Billing Instructions, the Receiver provides the following information regarding current billing:

a.     Total Compensation and Expenses Requested.  In connection with the legal services provided to the Receiver by Fox Swibel, the Receiver respectfully requests compensation for services rendered, along with reimbursement of expenses, totaling $84,999.28 for the Application Period.  The fees requested during the Application Period total $77,070.00 and the expenses for the Application Period total $7,929.28.  True and correct copies of Fox Swibel's invoices for the Application Period are attached hereto as **Exhibit J**.  A summary of the requested expenses and true and correct copies of invoices and other documents substantiating the requested expenses are attached hereto as group **Exhibit K**.

In connection with the accounting services provided to the Receiver by KRD, the Receiver and KRD respectfully request compensation for services rendered totaling $22,220.00 for the Application Period (no expenses are requested).  True and correct copies of KRD's invoices for the Application Period are attached hereto as **Exhibit L**.

In connection with the forensic accounting services provided to the Receiver by AlixPartners, the Receiver and AlixPartners respectfully requests compensation for services rendered, along with reimbursement of expenses, totaling $26,008.65 for the Application Period (this amount is net of the agreed upon holdback of $8,538.75).  The fees requested during the

21

Application Period total $25,616.25 and the expenses for the Application Period total $392.40.[12] True and correct copies of AlixPartners' invoices for the Application Period are attached hereto as **Exhibit M**.

In connection with the legal services provided to the Receiver by Dickler Kahn, the Receiver and Dickler Kahn respectfully request compensation for services rendered totaling $810.00 for the Application Period (no expenses are requested). A true and correct copy of Dickler Kahn's invoices for the Application Period is attached hereto as **Exhibit N**.

In connection with the accounting services provided to the Receiver by ALAP, the Receiver and ALAP respectfully request compensation for services rendered totaling $10,220.00 for the Application Period (no expenses are requested). A true and correct copy of ALAP's invoices for the Application Period is attached hereto as **Exhibit O**.

In connection with the tax consulting services provided to the Receiver by Miller Kaplan, the Receiver and Miller Kaplan respectfully request compensation for services rendered totaling $10,659.20 for the Application Period (no expenses are requested). A true and correct copy of Miller Kaplan's invoice for the Application Period is attached hereto as **Exhibit P**.

In total, the Receiver is requesting authority to pay a total of $154,917.13, comprised of $146,595.45 in fees and $8,321.68 in expenses to Fox Swibel, KRD, AlixPartners, Dickler Kahn, ALAP and Miller Kaplan for services rendered and expenses incurred during the Application Period.

      b.    <u>Source of Funds for Requested Compensation and Expenses</u>. The Receiver requests payment of the foregoing fees and expenses from the Receiver's accounts at the

---

[12] The Receiver has reviewed and confirmed the validity of all expenses requested by AlixPartners for the Application Period.

Receiver's reasonable discretion. As of December 31, 2021, the cash on hand was approximately $24,314,993.96. [*See* Dkt. No. 299 (Ninth Receiver Report).]

  c. <u>Summary of Activity</u>. A "Summary of Activity" providing the total hours billed and the amount of billing for each person who billed time during the Application Period precedes each of the professionals' invoices (*see* **Exhibits J, M, and P**).[13]

## VII. NO OBJECTION BY THE SEC

  50. Counsel for the SEC has indicated that the SEC has reviewed and approved the fees and costs requested herein.

## VIII. CONCLUSION

  WHEREFORE, for the foregoing reasons, the Receiver respectfully requests that the Court approve the Application as follows:

  a. finding the fees and expenses of counsel for the Receiver at Fox Swibel (as set forth in Exhibit J and Exhibit K) to be reasonable and necessary to the Receivership;

  b. finding the fees of KRD as accountant for the Receiver (as set forth in Exhibit L) to be reasonable and necessary to the Receivership;

  c. finding the fees and expenses of AlixPartners as forensic accountant for the Receiver (as set forth in Exhibit M) to be reasonable and necessary to the Receivership;

  d. finding the fees of Dickler Kahn as counsel to the Receiver (as set forth in Exhibit N) to be reasonable and necessary to the Receivership;

  e. finding the fees of ALAP as accounting consultant to the Receiver (as set forth as Exhibit O) to be reasonable and necessary to the Receivership;

---

[13] Because KRD, Dickler Kahn, and ALAP each had just one professional bill time during this Application Period, Summaries of Activity related to their work are not included as exhibits.

f.      finding the fees of Miller Kaplan as tax consultant to the Receiver (as set forth as Exhibit P) to be reasonable and necessary to the Receivership and

g.      granting all other or further relief that is just or proper.


Dated: March 31, 2022                              N. Neville Reid, Receiver


                                                   By: /s/ *Ryan T. Schultz*                        _

                                                   N. Neville Reid
                                                   Ryan T. Schultz
                                                   L. Brandon Liss
                                                   Kenneth M. Thomas
                                                   Fox Swibel Levin & Carroll LLP
                                                   200 West Madison Street, Suite 3000
                                                   Chicago, IL 60606
                                                   Tel: 312.224.1200
                                                   Fax: 312.224.1201
                                                   nreid@foxswibel.com
                                                   rschultz@foxswibel.com
                                                   bliss@foxswibel.com
                                                   kthomas@foxswibel.com

## EXHIBIT A

[Certificate of Ryan T. Schultz, Esq. in Support of the Fee Application]

(see attached)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES SECURITIES** ) | |
| **AND EXCHANGE COMMISSION,** ) | **Civil Action No. 19-cv-05957** |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **Hon. John Z. Lee** |
| ) | |
| **NORTHRIDGE HOLDINGS, LTD., ET AL.,** ) | |
| ) | **Magistrate Judge Susan E. Cox** |
| **Defendants.** ) | |
| ) | |

<u>**CERTIFICATION OF FOX SWIBEL IN SUPPORT OF THE APPLICATION**</u>

I, Ryan T. Schultz, Esq., counsel for the Receiver, hereby certify (the "<u>Certification</u>") the following on behalf of Fox Swibel Levin & Carroll LLP ("<u>Fox Swibel</u>"), counsel for the Receiver in the above-referenced matter:

1.      I am more than 18 years of age and have personal knowledge of the matters set forth in this Certification.

2.      I am an attorney at the law firm of Fox Swibel.

3.      Fox Swibel is submitting this Certification in support of the *Receiver's Combined (A) Tenth Interim Fee Application and Motion for Court Approval of Payment of Fees and Expenses of Counsel for the Receiver; and (B) Ninth Interim Fee Application and Motion for Court Approval of Payment of Fees and Expenses of Receiver's Non-Fox Swibel Professionals.* Capitalized terms not defined herein shall be given the same meaning ascribed to such terms in the Application.

4.      I have read the Application.

5.      To the best of my knowledge, information and belief formed after reasonable inquiry, the Application and all fees and expenses therein are true and accurate and comply with the Billing Instructions (with any exceptions specifically herein, if applicable and described in the Application).

6.      All fees set forth in the Application are based on the rates listed in the fee schedule attached to the Application and such fees are reasonable, necessary and commensurate with the skill and experience required for the activity performed.

7.      Fox Swibel has not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission).

8.      In seeking reimbursement for a service which Fox Swibel justifiably purchased or contracted for from a third-party (such as copying, imaging, bulk mail, messenger service, overnight courier, computerized research, or title and lien searches), Fox Swibel requests reimbursement only for the amount billed to Fox Swibel by the third-party vendor and paid by Fox Swibel to such vendor.

9.      The fees and expenses included in the Application were incurred in the best interest of the Receivership Estate.

10.     With the exception of the Billing Instructions, the Receiver has not entered into any agreement, written or oral, express or implied, with any person or entity concerning the amount of compensation paid or to be paid from the Receivership Estate, or any sharing thereof.

FURTHER AFFIANT SAYETH NAUGHT

Under penalties as provided by applicable law, the undersigned certifies that the statements set forth in this Certificate are true and correct.

Ryan T. Schultz, Esq.

Dated: March 25, 2022

## EXHIBIT B

[Hourly Rates of Fox Swibel Attorneys and Paraprofessionals]

(see attached)

**Rate Schedule for Professionals and Paraprofessionals During Application Period**

| Professional/Paraprofessional | Role | 2021 Published Rates | Approved Discounted Rates |
|---|---|---|---|
| N. Neville Reid | Receiver and Counsel | $560.00 | $385.00 |
| Ryan T. Schultz | Primary Counsel to Receiver | $470.00 | $360.00 |
| Terrence Stein | Counsel to Receiver (Tax) | $580.00 | $385.00 |
| Stephanie Shellenback | Counsel to Receiver (Real Estate) | $525.00 | $385.00 |
| L. Brandon Liss | Counsel to Receiver (Litigation) | $380.00 | $285.00 |
| Kenneth M. Thomas | Counsel to Receiver (Litigation) | $370.00 | $280.00 |
| Margy Bogdanowicz | Paralegal (Real Estate) | $235.00 | $180.00 |
| Eric Anderson | Paralegal (Litigation) | $235.00 | $180.00 |
| Danielle Gac | Paralegal (Corporate) | $235.00 | $180.00 |
| Blair Henderson | Paralegal (Litigation) | $235.00 | $180.00 |
| Erica Navarro | Paralegal (Corporate) | $235.00 | $180.00 |

## **EXHIBIT C**

[Certificate of KRD in Support of the Fee Application]

(see attached)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | **Civil Action No. 19-cv-05957** |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Hon. John Z. Lee** |
| **NORTHRIDGE HOLDINGS, LTD., ET AL.,** | ) ) ) | |
| **Defendants.** | ) ) ) | **Magistrate Judge Susan E. Cox** |

## CERTIFICATION OF KRD IN SUPPORT OF THE APPLICATION

I, Lois West, accountant for the Receiver, hereby certify (the "Certification") the following on behalf Kutchins, Robbins & Diamond Ltd. ("KRD"), accountant for the Receiver in the above-referenced matter:

1.       I am more than 18 years of age and have personal knowledge of the matters set forth in this Certification.

2.       I am an accountant at KRD.

3.       KRD is submitting this Certification in support of the *Receiver's Combined (A) Tenth Interim Fee Application and Motion for Court Approval of Payment of Fees and Expenses of Counsel for the Receiver; and (B) Ninth Interim Fee Application and Motion for Court Approval of Payment of Fees and Expenses of Receiver's Non-Fox Swibel Professionals.* Capitalized terms not defined herein shall be given the same meaning ascribed to such terms in the Application.

4.       I have read the Application.

5.      To the best of my knowledge, information and belief formed after reasonable inquiry, the Application and all fees and expenses therein are true and accurate and comply with the Billing Instructions (with any exceptions specifically herein, if applicable and described in the Application).

6.      All fees set forth in the Application are based on the rates listed in the fee schedule attached to the Application and such fees are reasonable, necessary and commensurate with the skill and experience required for the activity performed.

7.      KRD has not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission).

8.      In seeking reimbursement for a service which KRD justifiably purchased or contracted for from a third-party (such as copying, imaging, bulk mail, messenger service, overnight courier, computerized research, or title and lien searches), KRD requests reimbursement only for the amount billed to KRD by the third-party vendor and paid by KRD to such vendor.

9.      The fees and expenses included in the Application were incurred in the best interest of the Receivership Estate.

10.     With the exception of the Billing Instructions, KRD has not entered into any agreement, written or oral, express or implied, with any person or entity concerning the amount of compensation paid or to be paid from the Receivership Estate, or any sharing thereof.

FURTHER AFFIANT SAYETH NAUGHT

Under penalties as provided by applicable law, the undersigned certifies that the statements set forth in this Certificate are true and correct.

_Lois West_
Lois West

Dated: March 28, 2022

## **EXHIBIT D**

[Certificate of AlixPartners in Support of the Fee Application]

(see attached)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | **Civil Action No. 19-cv-05957** |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Hon. John Z. Lee** |
| **NORTHRIDGE HOLDINGS, LTD., ET AL.,** | ) ) ) | |
| **Defendants.** | ) ) ) | **Magistrate Judge Susan E. Cox** |

## CERTIFICATION OF ALIXPARTNERS IN SUPPORT OF THE APPLICATION

I, Denis O'Connor, forensic accountant for the Receiver, hereby certify (the "Certification") the following on behalf AlixPartners, LLP ("AlixPartners"), forensic accountant for the Receiver in the above-referenced matter:

1.      I am more than 18 years of age and have personal knowledge of the matters set forth in this Certification.

2.      I am a forensic accountant at AlixPartners.

3.      AlixPartners is submitting this Certification in support of the *Receiver's Combined (A) Tenth Interim Fee Application and Motion for Court Approval of Payment of Fees and Expenses of Counsel for the Receiver; (B) Ninth Interim Fee Application and Motion for Court Approval of Payment of Fees and Expenses of Receiver's Non-Fox Swibel Professionals.* Capitalized terms not defined herein shall be given the same meaning ascribed to such terms in the Application.

4.      I have read the Application.

5.     To the best of my knowledge, information and belief formed after reasonable inquiry, the Application and all fees and expenses therein are true and accurate and comply with the Billing Instructions (with any exceptions specifically herein, if applicable and described in the Application).

6.     All fees set forth in the Application are based on the rates listed in the fee schedule attached to the Application and such fees are reasonable, necessary and commensurate with the skill and experience required for the activity performed.

7.     AlixPartners has not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission).

8.     In seeking reimbursement for a service which AlixPartners justifiably purchased or contracted for from a third-party (such as copying, imaging, bulk mail, messenger service, overnight courier, computerized research, or title and lien searches), AlixPartners requests reimbursement only for the amount billed to AlixPartners by the third-party vendor and paid by AlixPartners to such vendor.

9.     The fees and expenses included in the Application were incurred in the best interest of the Receivership Estate.

10.     With the exception of the Billing Instructions, AlixPartners has not entered into any agreement, written or oral, express or implied, with any person or entity concerning the amount of compensation paid or to be paid from the Receivership Estate, or any sharing thereof

FURTHER AFFIANT SAYETH NAUGHT

Under penalties as provided by applicable law, the undersigned certifies that the statements set forth in this Certificate are true and correct.

_Denis O'Connor_

Denis O'Connor

Dated: March 25, 2022

## **EXHIBIT E**

[Hourly Rates of AlixPartners Professionals and Paraprofessionals]

(see attached)

**Rate Schedule for Professionals and Paraprofessionals During Application Period**

| Professional/Paraprofessional | Role | 2021 Published Rates | Approved Discounted Rates* |
|---|---|---|---|
| Thomas Hofner | Director | $865.00 | $550.00 |
| Cindy Wan | Vice President | $460.00 | $550.00 |
| *Approved discounted rates reflect AlixPartners' blended rate. | | | |

**<u>EXHIBIT F</u>**

[Certificate of Dickler Kahn in Support of the Fee Application]

(see attached)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES SECURITIES** ) | | |
| **AND EXCHANGE COMMISSION,** ) | | **Civil Action No. 19-cv-05957** |
| ) | | |
| **Plaintiff,** ) | | |
| **v.** ) | | **Hon. John Z. Lee** |
| ) | | |
| **NORTHRIDGE HOLDINGS, LTD., ET AL.,** ) | | |
| ) | | **Magistrate Judge Susan E. Cox** |
| **Defendants.** ) | | |
| ) | | |

## CERTIFICATION OF DICKLER KAHN IN SUPPORT OF THE APPLICATION

I, James A. Slowikowski, Esq., counsel for the Receiver, hereby certify (the "Certification") the following on behalf Dickler Kahn Slowikowski & Zavell, Ltd. ("Dickler Kahn"), counsel for the Receiver in the above-referenced matter:

1. I am more than 18 years of age and have personal knowledge of the matters set forth in this Certification.

2. I am an attorney at the law firm of Dickler Kahn.

3. Dickler Kahn is submitting this Certification in support of the *Receiver's Combined (A) Tenth Interim Fee Application and Motion for Court Approval of Payment of Fees and Expenses of Counsel for the Receiver; and (B) Ninth Interim Fee Application and Motion for Court Approval of Payment of Fees and Expenses of Receiver's Non-Fox Swibel Professionals.* Capitalized terms not defined herein shall be given the same meaning ascribed to such terms in the Application.

4. I have read the Application.

5.      To the best of my knowledge, information and belief formed after reasonable inquiry, the Application and all fees and expenses therein are true and accurate and comply with the Billing Instructions (with any exceptions specifically herein, if applicable and described in the Application).

6.      All fees set forth in the Application are based on the rates listed in the fee schedule attached to the Application and such fees are reasonable, necessary and commensurate with the skill and experience required for the activity performed.

7.      Dickler Kahn has not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission).

8.      In seeking reimbursement for a service which Dickler Kahn justifiably purchased or contracted for from a third-party (such as copying, imaging, bulk mail, messenger service, overnight courier, computerized research, or title and lien searches), Dickler Kahn requests reimbursement only for the amount billed to Dickler Kahn by the third-party vendor and paid by Dickler Kahn to such vendor.

9.      The fees and expenses included in the Application were incurred in the best interest of the Receivership Estate.

10.     With the exception of the Billing Instructions, Dickler Kahn has not entered into any agreement, written or oral, express or implied, with any person or entity concerning the amount of compensation paid or to be paid from the Receivership Estate, or any sharing thereof.

FURTHER AFFIANT SAYETH NAUGHT

Under penalties as provided by applicable law, the undersigned certifies that the statements set forth in this Certificate are true and correct.

_____
James A. Slowikowski

Dated:  March 25, 2022

## EXHIBIT G

[Certificate of ALAP in Support of the Fee Application]

(see attached)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES SECURITIES** | ) | |
| **AND EXCHANGE COMMISSION,** | ) | **Civil Action No. 19-cv-05957** |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Hon. John Z. Lee** |
| | ) | |
| **NORTHRIDGE HOLDINGS, LTD., ET AL.,** | ) | |
| | ) | **Magistrate Judge Susan E. Cox** |
| **Defendants.** | ) | |
| | ) | |

## CERTIFICATION OF ALAP IN SUPPORT OF THE APPLICATION

I, Michael A. Pazur, CPA, accountant for the Receiver, hereby certify (the "Certification") the following on behalf ALAP Limited ("ALAP"), accountant for the Receiver in the above-referenced matter:

1.      I am more than 18 years of age and have personal knowledge of the matters set forth in this Certification.

2.      I am an accountant at the ALAP.

3.      ALAP is submitting this Certification in support of the *Receiver's Combined (A) Tenth Interim Fee Application and Motion for Court Approval of Payment of Fees and Expenses of Counsel for the Receiver; and (B) Ninth Interim Fee Application and Motion for Court Approval of Payment of Fees and Expenses of Receiver's Non-Fox Swibel Professionals.* Capitalized terms not defined herein shall be given the same meaning ascribed to such terms in the Application.

4.      I have read the Application.

5. To the best of my knowledge, information and belief formed after reasonable inquiry, the Application and all fees and expenses therein are true and accurate and comply with the Billing Instructions (with any exceptions specifically herein, if applicable and described in the Application).

6. All fees set forth in the Application are based on the rates listed in the fee schedule attached to the Application and such fees are reasonable, necessary and commensurate with the skill and experience required for the activity performed.

7. ALAP has not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission).

8. In seeking reimbursement for a service which ALAP justifiably purchased or contracted for from a third-party (such as copying, imaging, bulk mail, messenger service, overnight courier, computerized research, or title and lien searches), ALAP requests reimbursement only for the amount billed to ALAP by the third-party vendor and paid by ALAP to such vendor.

9. The fees and expenses included in the Application were incurred in the best interest of the Receivership Estate.

10. With the exception of the Billing Instructions, ALAP has not entered into any agreement, written or oral, express or implied, with any person or entity concerning the amount of compensation paid or to be paid from the Receivership Estate, or any sharing thereof.

FURTHER AFFIANT SAYETH NAUGHT

Under penalties as provided by applicable law, the undersigned certifies that the statements set forth in this Certificate are true and correct.

_____
Michael A. Pazur

Dated: March 25, 2022

## EXHIBIT H

[Certificate of Miller Kaplan in Support of the Fee Application]

(see attached)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) ) | **Civil Action No. 19-cv-05957** |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Hon. John Z. Lee** |
| **NORTHRIDGE HOLDINGS, LTD., ET AL.,** | ) ) ) | |
| **Defendants.** | ) ) ) | **Magistrate Judge Susan E. Cox** |

<u>**CERTIFICATION OF MILLER KAPLAN IN SUPPORT OF THE APPLICATION**</u>

I, Julia Damasco, forensic accountant for the Receiver, hereby certify (the "<u>Certification</u>") the following on behalf Miller Kaplan Arase LLP ("<u>Miller Kaplan</u>"), tax consultant for the Receiver in the above-referenced matter:

1.      I am more than 18 years of age and have personal knowledge of the matters set forth in this Certification.

2.      I am a partner and tax attorney at Miller Kaplan.

3.      Miller Kaplan is submitting this Certification in support of the *Receiver's Combined (A) Tenth Interim Fee Application and Motion for Court Approval of Payment of Fees and Expenses of Counsel for the Receiver; (B) Ninth Interim Fee Application and Motion for Court Approval of Payment of Fees and Expenses of Receiver's Non-Fox Swibel Professionals.* Capitalized terms not defined herein shall be given the same meaning ascribed to such terms in the Application.

4.      I have read the Application.

5.      To the best of my knowledge, information and belief formed after reasonable inquiry, the Application and all fees and expenses therein are true and accurate and comply with the Billing Instructions (with any exceptions specifically herein, if applicable and described in the Application).

6.      All fees set forth in the Application are based on the rates listed in the fee schedule attached to the Application and such fees are reasonable, necessary and commensurate with the skill and experience required for the activity performed.

7.      Miller Kaplan has not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission).

8.      In seeking reimbursement for a service which Miller Kaplan justifiably purchased or contracted for from a third-party (such as copying, imaging, bulk mail, messenger service, overnight courier, computerized research, or title and lien searches), Miller Kaplan requests reimbursement only for the amount billed to Miller Kaplan by the third-party vendor and paid by Miller Kaplan to such vendor.

9.      The fees and, if applicable, expenses included in the Application were incurred in the best interest of the Receivership Estate.

10.     With the exception of the Billing Instructions, Miller Kaplan has not entered into any agreement, written or oral, express or implied, with any person or entity concerning the amount of compensation paid or to be paid from the Receivership Estate, or any sharing thereof

FURTHER AFFIANT SAYETH NAUGHT

Under penalties as provided by applicable law, the undersigned certifies that the statements set forth in this Certificate are true and correct.

_Julia Damasco_
Julia Damasco

Dated:  March 31, 2022

## **EXHIBIT I**

[Hourly Rates of Miller Kaplan Professionals and Paraprofessionals]

(see attached)

**Rate Schedule for Professionals and Paraprofessionals During Application Period**

| Professional/Paraprofessional | Role | 2021 Published Rates | Approved Discounted Rates* |
|---|---|---|---|
| Julia Damasco | Partner | $570 | $456 |
| Jude Damasco | Partner | $570 | $456 |
| Emily Ransom | Project Manager | $210 | $168 |
| | | | |

## **EXHIBIT J**

[Fox Swibel Invoices for October 2021 through December 2021]

(see attached)

| Timekeeper Name / Task Code - Task Name | Sum of Billed Hours | Sum of Billed Total |
|---|---|---|
| **Anderson, Eric B** | **48.3** | **8,586.00** |
| R103 - Case Administration | 23.5 | 4,230.00 |
| R113 - Tax Issues | 1.2 | 216.00 |
| R120 - Distribution Plan | 23.0 | 4,140.00 |
| R121 - Fee Applications | 0.6 | - |
| **Bogdanowicz, Margy** | **11.9** | **2,142.00** |
| R101 - Asset Disposition | 11.3 | 2,034.00 |
| R117 - Asset Disposition -  Bartlett | 0.3 | 54.00 |
| R119 - Asset Disposition – Elston | 0.3 | 54.00 |
| **Gac, Danielle** | **1.4** | **252.00** |
| R103 - Case Administration | 1.0 | 180.00 |
| R120 - Distribution Plan | 0.4 | 72.00 |
| **Henderson, Blair M** | **22.1** | **3,978.00** |
| R100 - Asset Analysis and Recovery | 2.5 | 450.00 |
| R103 - Case Administration | 1.3 | 234.00 |
| R113 - Tax Issues | 0.3 | 54.00 |
| R120 - Distribution Plan | 18.0 | 3,240.00 |
| **Liss, Brandon** | **4.2** | **85.50** |
| R102 - Business Operations | 0.1 | 28.50 |
| R103 - Case Administration | 0.3 | 57.00 |
| R121 - Fee Applications | 3.8 | - |
| **Navarro, Erica R** | **1.4** | **198.00** |
| R102 - Business Operations | 1.4 | 198.00 |
| **Reid, Neville N** | **72.7** | **27,065.50** |
| R100 - Asset Analysis and Recovery | 40.2 | 15,477.00 |
| R101 - Asset Disposition | 1.9 | 731.50 |
| R103 - Case Administration | 4.9 | 1,424.50 |
| R104 - Claims Administration and Objections | - | - |
| R113 - Tax Issues | 10.2 | 3,927.00 |
| R120 - Distribution Plan | 15.5 | 5,505.50 |
| **Schultz, Ryan T** | **42.9** | **12,384.00** |
| R100 - Asset Analysis and Recovery | 2.8 | 1,008.00 |
| R103 - Case Administration | 2.0 | 396.00 |
| R110 - Status Reports | 5.3 | 1,908.00 |
| R113 - Tax Issues | 11.1 | 3,996.00 |
| R120 - Distribution Plan | 14.4 | 5,076.00 |
| R121 - Fee Applications | 7.3 | - |
| **Shellenback, Stephanie B** | **7.5** | **2,887.50** |
| R101 - Asset Disposition | 6.7 | 2,579.50 |
| R117 - Asset Disposition -  Bartlett | 0.4 | 154.00 |
| R119 - Asset Disposition – Elston | 0.4 | 154.00 |
| **Stein, Terry W** | **22.7** | **8,739.50** |
| R113 - Tax Issues | 22.7 | 8,739.50 |
| **Thomas, Kenneth** | **46.8** | **10,752.00** |

| | | |
|---|---|---|
| R100 - Asset Analysis and Recovery | 3.9 | 1,092.00 |
| R103 - Case Administration | 0.9 | 56.00 |
| R104 - Claims Administration and Objections | 1.0 | 280.00 |
| R110 - Status Reports | 1.1 | 308.00 |
| R120 - Distribution Plan | 38.8 | 9,016.00 |
| R121 - Fee Applications | 1.1 | - |
| **Grand Total** | **281.9** | **77,070.00** |

# FOX SWIBEL
## Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200

December 13, 2021

N. Neville Reid

Invoice: 105518

File Number: 07183-001

Billed Through: 10/31/2021

## N. Neville Reid, not individually but as receiver/Northridge Receivership
### *PROFESSIONAL SERVICES*

*Asset Analysis and Recovery*

| | | | | | |
|---|---|---|---|---|---|
| 10/07/2021 | NNR | R100 | Follow up with J. Brakke re: D. Mueller deposition | 0.10 hrs @ 385.00/hr | 38.50 |
| 10/11/2021 | NNR | R100 | Follow up with B. Sercye re: Stefan claim status and his collecting the information relevant to the SEC inquiry | 0.20 hrs @ 385.00/hr | 77.00 |
| 10/13/2021 | NNR | R100 | Discussion with E. Anderson re: search for documents for D.Mueller deposition and organize other documents re: same | 0.30 hrs @ 385.00/hr | 115.50 |
| 10/14/2021 | NNR | R100 | Discussion with E. Anderson re: D. Mueller deposition documents | 0.30 hrs @ 385.00/hr | 115.50 |
| 10/15/2021 | NNR | R100 | Prepare for Dale Mueller deposition (1.6); review, edit, revise motion to pursue claims and talk with Ken Thomas re: K-1s and motion to approve suits (.5) | 2.10 hrs @ 385.00/hr | 808.50 |
| 10/15/2021 | KT | R100 | Draft and revise second motion for leave to sue certain parties (1.8); draft and revise proposed order (.2); draft and revise certificate of service (.4); draft and revise emails re: filing and service (.2) | 2.60 hrs @ 280.00/hr | 728.00 |
| 10/16/2021 | NNR | R100 | Review documents, prepare and outline and otherwise prepare for D. Mueller deposition | 6.10 hrs @ 385.00/hr | 2,348.50 |
| 10/17/2021 | NNR | R100 | Further prepare for D. Mueller deposition | 0.90 hrs @ 385.00/hr | 346.50 |
| 10/18/2021 | NNR | R100 | Prepare for and conduct deposition of D. Mueller (Part 1) | 6.00 hrs @ 385.00/hr | 2,310.00 |
| 10/18/2021 | BMH | R100 | Download and send exhibits to court reporter for deposition of D. Mueller | 0.60 hrs @ 180.00/hr | 108.00 |
| 10/25/2021 | NNR | R100 | Edit, revise, circulate tolling agreements | 1.00 hrs @ 385.00/hr | 385.00 |
| 10/26/2021 | NNR | R100 | Edit, revise tolling agreements and discussion with counsel for Peterson and B. Decker re: same | 2.30 hrs @ 385.00/hr | 885.50 |

N. Neville Reid, not individually but as receiver

Northridge Receivership

Invoice # 105518

Fox Swibel Levin & Carroll LLP

December 13, 2021

Page # 2

### Asset Analysis and Recovery

| 10/27/2021 | NNR | R100 | Resolve issues re: getting signatures on tolling agreements from Mueller parties | 0.30 hrs @ 385.00/hr | 115.50 |
| 10/28/2021 | RTS | R100 | Telephone conference with IL securities department and opposing counsel re: resolution of finder claim | 0.20 hrs @ 360.00/hr | 72.00 |
| | | | **Total for: Asset Analysis and** | | **$8,454.00** |

### Asset Disposition

| 10/11/2021 | SBS | R101 | Vacant California lots: Reviewed escrow documentation (1.5); drafted addendum (.2) | 1.70 hrs @ 385.00/hr | 654.50 |
| 10/11/2021 | MB | R101 | Review disclosures on 1358 Courth Ave, Thermal property and communicate with S. Schellenback; update disclosures and closing documents | 0.90 hrs @ 180.00/hr | 162.00 |
| 10/12/2021 | SBS | R101 | California vacant lots: Emails with N. Reid re: indemnification (.2); drafted indemnification provision (.4) | 0.60 hrs @ 385.00/hr | 231.00 |
| 10/12/2021 | MB | R101 | Attention to correspondence re: 1358 Court Ave, Thermal, Court appearance | 0.10 hrs @ 180.00/hr | 18.00 |
| 10/13/2021 | MB | R101 | Attention to correspondence re: documents and update documents per comments (Vacant CA lots sale) | 1.40 hrs @ 180.00/hr | 252.00 |
| 10/14/2021 | MB | R101 | Attention to correspondence from First Team Real Estate (.1); prepare form of FIRPTA and send to First Team Real Estate (.1) | 0.20 hrs @ 180.00/hr | 36.00 |
| 10/18/2021 | MB | R101 | Attention to correspondence with First Residential Re: and S. Schellenback re: 1358 Court Ave, Thermal, CA | 0.40 hrs @ 180.00/hr | 72.00 |
| 10/21/2021 | SBS | R101 | Vacant California lots: Reviewed closing documents | 0.30 hrs @ 385.00/hr | 115.50 |
| 10/28/2021 | MB | R101 | Prepare and finalize closing documents for execution | 0.70 hrs @ 180.00/hr | 126.00 |
| 10/29/2021 | SBS | R101 | California vacant lots:  reviewed disclosure documents with M. Bogdanowicz | 0.40 hrs @ 385.00/hr | 154.00 |
| 10/29/2021 | MB | R101 | Discuss disclosures with S. Schellenback; finalize forms for Receiver's signatures | 0.70 hrs @ 180.00/hr | 126.00 |
| | | | **Total for: Asset Disposition** | | **$1,947.00** |

### Business Operations

| 10/11/2021 | ERN | R102 | Follow up with N. Reid regarding officer's for Northridge Holdings, Ltd.; Update annual report and resubmit to state | 0.20 hrs @ 180.00/hr | 36.00 |
| 10/13/2021 | ERN | R102 | Telephone conference with G. Pearson re King Circle Limited Partnership's K-1 form. | 0.30 hrs @ 180.00/hr | N/C |
| 10/22/2021 | LBL | R102 | Reviewed mailed Secretary of State form re: Northridge Holdings, LTD and emailed E. Navarro re: same | 0.10 hrs @ 285.00/hr | 28.50 |

N. Neville Reid, not individually but as receiver

Northridge Receivership

Invoice # 105518

Fox Swibel Levin & Carroll LLP

December 13, 2021

Page # 3

### *Business Operations*

| | | | | | |
|---|---|---|---|---|---|
| 10/25/2021 | ERN | R102 | Draft and send Illinois annual report for Hawthorne Limited Partnership to be signed | 0.20 hrs @ 180.00/hr | 36.00 |
| 10/28/2021 | ERN | R102 | Receive and save copies of the annual report, registered agent name change and certificate of amendment receipts for Northridge Holdings Ltd. | 0.20 hrs @ 180.00/hr | 36.00 |

*Total for: Business Operations*     **$136.50**

### *Case Administration*

| | | | | | |
|---|---|---|---|---|---|
| 10/01/2021 | RTS | R103 | Telephone conference with investor re: resolution of initial distribution issues | 0.40 hrs @ 360.00/hr | N/C |
| 10/07/2021 | LBL | R103 | Returned investor call/spoke with investor re: distribution/tax inquiry and emailed K. Thomas for follow-up with investor | 0.10 hrs @ 285.00/hr | N/C |
| 10/08/2021 | NNR | R103 | Discussion with investor re: new address and related IRA issues | 0.20 hrs @ 385.00/hr | N/C |
| 10/13/2021 | EBA | R103 | Conferred with Receiver re stop payment and reissuing check for investors 131 and 715 (Kramer and Krol Living Trust respectively ) (.4); corrected information in TCMS, placed stop-payment and reissued checks (.5); conferred with Receiver re preparing search terms for Relativity database in preparation for D. Mueller deposition (.6); reviewed correspondence re returned certified mail (.2) | 1.70 hrs @ 180.00/hr | 306.00 |
| 10/14/2021 | EBA | R103 | Prepared Relativity Search Term Report for Receiver (.3); conferred with IST and Receiver re modifying search terms (.7); prepared PDFs for Receiver review (1); prepared wire instructions to Equity Trust Company re IRA account distributions and transmitted to Receiver for execution (.2); transmitted wire instructions re Q2 Fee App to Receiver for execution (.1); conferred with B. Henderson re tax returns (.2); issued checks re Tax Returns and to ALAP Limited per fee app (.3); multiple phone calls to IST regarding database indexing issues (1.1); prepared PDFs for Reciever's review re D. Mueller deposition prep based on search terms (1.2) | 5.10 hrs @ 180.00/hr | 918.00 |
| 10/14/2021 | BMH | R103 | Bates label documents for the upcoming deposition of D. Mueller; (.8) draft cover letter enclosing check for eighth fee app; (.2) | 1.00 hrs @ 180.00/hr | 180.00 |
| 10/14/2021 | NNR | R103 | Miscellaneous wire transfer, tax and investor identity issues (including with custodian companies) | 0.40 hrs @ 385.00/hr | 154.00 |
| 10/18/2021 | LBL | R103 | Conferred with B. Garland re: COS and emails with B. Garland and K. Thomas re: same/service on Stefan's counsel | 0.10 hrs @ 285.00/hr | 28.50 |
| 10/19/2021 | BMH | R103 | Email to court reporter re obtaining an expedited copy of Part 1 D. Mueller's deposition | 0.10 hrs @ 180.00/hr | 18.00 |

N. Neville Reid, not individually but as receiver

Fox Swibel Levin & Carroll LLP

Northridge Receivership

December 13, 2021

Invoice # 105518

Page # 4

### *Case Administration*

| | | | | | |
|---|---|---|---|---|---|
| 10/19/2021 | NNR | R103 | Process and execute extended tolling agreements and review/answer miscellaneous emails re: status of the case including distributions | 0.40 hrs @ 385.00/hr | 154.00 |
| 10/21/2021 | KT | R103 | Calls with investors | 0.40 hrs @ 280.00/hr | N/C |
| 10/25/2021 | KT | R103 | Call with investor re: distribution issue | 0.30 hrs @ 280.00/hr | N/C |
| 10/27/2021 | NNR | R103 | Further follow up re: execution and delivery of tolling agreements, tax return forms and proof of claim form for investor | 0.60 hrs @ 385.00/hr | 231.00 |
| 10/29/2021 | NNR | R103 | Address miscellaneous issues re: potential tax reserve and seek confirmation of WCUI shares sold | 0.30 hrs @ 385.00/hr | 115.50 |

*Total for: Case Administration* $2,105.00

### *Status Reports*

| | | | | | |
|---|---|---|---|---|---|
| 10/07/2021 | RTS | R110 | Drafted and revised Q3 receiver report and amended liquidation plan | 1.00 hrs @ 360.00/hr | 360.00 |
| 10/18/2021 | RTS | R110 | Drafted and revised Eighth Receiver Report and liquidation plan exhibit | 1.30 hrs @ 360.00/hr | 468.00 |
| 10/27/2021 | RTS | R110 | Finalizing Eight receiver report and related amended liquidation plan | 1.50 hrs @ 360.00/hr | 540.00 |
| 10/28/2021 | RTS | R110 | Finalizing Eighth Receiver report and exhibits | 1.00 hrs @ 360.00/hr | 360.00 |
| 10/29/2021 | RTS | R110 | Finalizing status report and exhibits | 0.50 hrs @ 360.00/hr | 180.00 |

*Total for: Status Reports* $1,908.00

### *Tax Issues*

| | | | | | |
|---|---|---|---|---|---|
| 10/07/2021 | NNR | R113 | Further discussions with T. Stein and J. Demasco re: W9 issues and edit/revise letter to IDOR | 1.00 hrs @ 385.00/hr | 385.00 |
| 10/08/2021 | NNR | R113 | Prepare for, conduct meeting re: tax issue status and follow up discussion with T. Stein re: additional distribution and timing of same (0.7); draft email re: additional employee distributions (0.3) | 1.00 hrs @ 385.00/hr | 385.00 |
| 10/08/2021 | RTS | R113 | Telephone conference with tax team re: closing agreement status, status of unfiled returns and other tax issues (.6); telephone conference with N. Reid re: same (.2) | 0.80 hrs @ 360.00/hr | 288.00 |
| 10/11/2021 | TWS | R113 | Analyze tax question from N. Reid; respond re: same | 0.40 hrs @ 385.00/hr | 154.00 |
| 10/17/2021 | TWS | R113 | Review document from K. Thomas; draft comment re: same | 0.30 hrs @ 385.00/hr | 115.50 |
| 10/20/2021 | RTS | R113 | Telephone conference with L. West re: IL tax withholding and refund issues (.6); email to N. Reid and tax team re: recommendations re: same (.3) | 0.90 hrs @ 360.00/hr | 324.00 |

N. Neville Reid, not individually but as receiver  Fox Swibel Levin & Carroll LLP

Northridge Receivership  December 13, 2021

Invoice # 105518  Page # 5

### Tax Issues

| 10/21/2021 | NNR | R113 | Discussion with R. Schultz and J. Demasco. re: status and strategy re: securing closing agreement and strategy re: same | 0.20 hrs @ 385.00/hr | 77.00 |
|---|---|---|---|---|---|
| 10/25/2021 | RTS | R113 | Responding to investor attorney re: out of state tax withholding issues (.3); emails to and from J. Damasco re: pending tax project status (.2) | 0.50 hrs @ 360.00/hr | 180.00 |
| 10/26/2021 | EBA | R113 | Email exchange with R. Schultz and L. West re obtaining tax returns to supplement audit documents | 0.10 hrs @ 180.00/hr | 18.00 |
| 10/29/2021 | EBA | R113 | Transmitted tax returns to Miller Kaplan client portal repository (.3); recorded into receipt log and deposited tax refund checks (.4) | 0.70 hrs @ 180.00/hr | 126.00 |
| 10/29/2021 | NNR | R113 | Discussion, emails with R. Schultz and Tax Team re: estimation of tax reserve | 0.70 hrs @ 385.00/hr | 269.50 |
| 10/29/2021 | TWS | R113 | Conference with N. Reid re: possible distribution | 0.30 hrs @ 385.00/hr | 115.50 |
| | | | **Total for: Tax Issues** | | **$2,437.50** |

### Asset Disposition - Bartlett

| 10/06/2021 | SBS | R117 | Attention to finalizing tax reprations | 0.20 hrs @ 385.00/hr | 77.00 |
|---|---|---|---|---|---|
| 10/21/2021 | SBS | R117 | Attention to reproration of taxes (.1); email to E. Weber re: legal fees for tax appeal (.1) | 0.20 hrs @ 385.00/hr | 77.00 |
| 10/28/2021 | MB | R117 | Review the tax credit calculations and draft proposed e-mail to buyer | 0.30 hrs @ 180.00/hr | 54.00 |
| | | | **Total for: Asset Disposition - Bartlett** | | **$208.00** |

### Asset Disposition – Elston

| 10/06/2021 | SBS | R119 | Attention to finalizing tax reprations | 0.20 hrs @ 385.00/hr | 77.00 |
|---|---|---|---|---|---|
| 10/21/2021 | SBS | R119 | Attention to reproration of taxes (.1); email to E. Weber re: legal fees for tax appeal (.1) | 0.20 hrs @ 385.00/hr | 77.00 |
| 10/28/2021 | MB | R119 | Review the tax credit calculations and draft proposed e-mail to buyer | 0.30 hrs @ 180.00/hr | 54.00 |
| | | | **Total for: Asset Disposition – Elston** | | **$208.00** |

### Distribution Plan

| 10/04/2021 | EBA | R120 | Reconciled bank account for outgoing wire transfers (.3); recorded investor claims in TCMS (interim distributions for Batch #2) (1.2); issued checks re same (.5); recorded employee distributions, tax checks, and gen unsecured claims in TCMS (.5); issued checks re same (.3) | 2.80 hrs @ 180.00/hr | 504.00 |
|---|---|---|---|---|---|

N. Neville Reid, not individually but as receiver

Fox Swibel Levin & Carroll LLP

Northridge Receivership

December 13, 2021

Invoice # 105518

Page # 6

### Distribution Plan

| Date | Initials | Code | Description | Time | Amount |
|---|---|---|---|---|---|
| 10/04/2021 | BMH | R120 | Retrieve messages from hotline and forward email of same to K. Thomas/R. Schultz (.1); track distribution checks and update spreadsheet re same (.5); phone conference with NNR re status of investor companies cooperation in issuing contact info for distribution (.1); handle incoming calls re status of first and upcoming distribution (.3) | 1.00 hrs @ 180.00/hr | 180.00 |
| 10/05/2021 | BMH | R120 | Track distribution checks and update spreadsheet of same (.3) retrieve messages from hotline (.2) search for any additional W-9s and letters of distribution (.5) | 1.00 hrs @ 180.00/hr | 180.00 |
| 10/05/2021 | RTS | R120 | Attention to issues related with making remaining initial distribution payment (.2); Telephone conference with team re: same (.6) | 0.80 hrs @ 360.00/hr | 288.00 |
| 10/05/2021 | EBA | R120 | Conference call with Receiver re Batch 2 status and other outstanding distribution issues (.4); QC batch 2 distribution payments to investors (.4); email exchange with AlixPartners to confirm correct distribution totals (.2) | 1.10 hrs @ 180.00/hr | 198.00 |
| 10/05/2021 | NNR | R120 | Emails and discussions, and meeting with team, re: finalizing IRA remaining distribution, fixing investor direction issues, and coordinating distributions to remaining investors yet to receive first distribution (1.5); respond to further emails re: IRA investor issues (0.3) | 1.80 hrs @ 385.00/hr | 693.00 |
| 10/05/2021 | DVG | R120 | Reviewed batch 2 cash distribution corporate entity names and distribution amounts for accuracy | 0.40 hrs @ 180.00/hr | 72.00 |
| 10/06/2021 | BMH | R120 | Work on second check distribution in preparation of envelopes, labels and certified mail (3.2); updated spreadsheet of initial distribution of checks cashed (.2); retrieve messages from the hotline submit via email same to R. Schultz and K. Thomas (.1) | 3.50 hrs @ 180.00/hr | 630.00 |
| 10/06/2021 | NNR | R120 | Call with T. Hofner re: his concerns and recommendations re: distribution documentation process (.3); review, sign second batch of distribution checks (.4); follow up with Provident and Harpalani claims and draft emails re: same (.8) | 1.50 hrs @ 385.00/hr | 577.50 |
| 10/06/2021 | NNR | R120 | Return investor calls re: distribution checks (.2); return investor calls and email to team re: status (Kozel and Harpalani) (.3); | 0.50 hrs @ 385.00/hr | N/C |
| 10/06/2021 | EBA | R120 | Conferred with Receiver re issues with investor distribution checks and direction letters (.3); placed stop-payment and voided certain investor checks and reissued with correct information (.5) | 0.80 hrs @ 180.00/hr | 144.00 |
| 10/06/2021 | RTS | R120 | Telephone conference with various investors re: resolving initial distribution issues | 0.20 hrs @ 360.00/hr | 72.00 |

N. Neville Reid, not individually but as receiver

Northridge Receivership

Invoice # 105518

Fox Swibel Levin & Carroll LLP

December 13, 2021

Page # 7

### Distribution Plan

| | | | | | |
|---|---|---|---|---|---|
| 10/07/2021 | EBA | R120 | Conferred with Receiver re City of Chicago claim (.2); prepared wire instructions to Provident Trust Group re IRA investor distributions and transmitted executed instructions to AXOS (.3); conferred with Receiver and BMH re employee distribution check status (.3); conferred with Receiver regarding withholding tax issued re employee claims (.3) | 1.10 hrs @ 180.00/hr | 198.00 |
| 10/07/2021 | NNR | R120 | Miscellaneous emails and analysis to complete interim distribution, including review of Forge distribution documents for website, discussion with RTS re: status, emails to set up meeting for status with team, discussion with Lois West re: tax withholdings and related tasks | 0.80 hrs @ 385.00/hr | 308.00 |
| 10/07/2021 | NNR | R120 | Further resolve miscellaneous issues re: IRA distributions, including conference call with Provident, email to R. Schultz re: status (1.0); follow up confirmation of "Batch 2" checks distribution (.5) | 1.50 hrs @ 385.00/hr | 577.50 |
| 10/07/2021 | RTS | R120 | Emails to and from team regarding IRA initial distribution issues (.6); draft spreadsheet of all investor directions (1.3); telephone conferences with investor re: receipt of initial distribution issues (.3) | 2.20 hrs @ 360.00/hr | 792.00 |
| 10/08/2021 | EBA | R120 | Call with team regarding interim investor check distributions status (1); conferred with Receiver and BMH re employee cover letters (.5); conferred with Lois West re tax withholdings re employee claim checks (.3); prepared spreadsheet regarding employee claims and conferred with Carol Higgins re same (.9); prepared wire instructions re employee claim distribution and transmitted to AXOS (.4); conferred with AXOS re ACH capabilities (.3); conferred with trustee re reissuing checks for investor Arjun Harpalani (.2); email exchange with AlixPartners re check distribution status (.2); conferred with Receiver re Kramer Trust check reissue (.2) | 4.00 hrs @ 180.00/hr | 720.00 |
| 10/08/2021 | NNR | R120 | Discussion with J. Demasco re: using same distribution approach for other custodians (0.2); team conference call re: status of distributions and related mechanics (1.0); follow up discussion with Blair and Eric re: letters to creditors (0.2); follow up emails and calls o coordinate distribution to Equity Trust and miscellaneous tasks reL funding accounts for checks, confirming issuance of distribution checks and drafting letters to distributees re: same (.5). | 1.90 hrs @ 385.00/hr | 731.50 |
| 10/08/2021 | RTS | R120 | Telephone conference with team re: all outstanding initial distribution payments and issues relating to investor direction letters (1.0); telephone conference with investor re: resolution of initial distribution issues (.4); review of files for claimants that have not received an initial distribution and assist with issues related to resolving issues (1.0) | 2.40 hrs @ 360.00/hr | 864.00 |

N. Neville Reid, not individually but as receiver

Northridge Receivership

Invoice # 105518

Fox Swibel Levin & Carroll LLP

December 13, 2021

Page # 8

### Distribution Plan

| | | | | | |
|---|---|---|---|---|---|
| 10/11/2021 | EBA | R120 | Status update with T.Hofner (.1); compared issued payroll checks to spreadsheet (.3) | 0.40 hrs @ 180.00/hr | 72.00 |
| 10/11/2021 | NNR | R120 | Review checks and related information to/re employees and cover letter and discussion with B. Henderson re: same (.3); return investor calls (Bleth, Maria Monoche) and follow up with team re: issues that need to be resolved for various claims (.3). | 0.60 hrs @ 385.00/hr | 231.00 |
| 10/11/2021 | BMH | R120 | Finalize cover letters for employee distributions and submit copy of same to C. Higgins for mailing (.2); phone call with R. Gibson re status of distribution check (.1) | 0.30 hrs @ 180.00/hr | 54.00 |
| 10/11/2021 | KT | R120 | Call with investors re: distribution issues and resolving same (1.5); call with IRA company re: distribution to investors (.9); call with R. Schultz to discuss investor direction letters and related items (.4); review investor direction letter chart and follow up with investors (.7) | 3.50 hrs @ 280.00/hr | 980.00 |
| 10/12/2021 | RTS | R120 | Resolving issues re: investor payment direction letters | 0.30 hrs @ 360.00/hr | 108.00 |
| 10/12/2021 | NNR | R120 | Discussion with K. Thomas and review emails re: moving an investor's funds from Forge to Schwab | 0.20 hrs @ 385.00/hr | 77.00 |
| 10/12/2021 | KT | R120 | Review and update investor direction letter chart (.3); calls with investors re: distribution issues and resolving same (.7) | 1.00 hrs @ 280.00/hr | 280.00 |
| 10/13/2021 | BMH | R120 | Retrieve messages from hotline; submit same in email to R. Schultz and K. Thomas as well as update spreadsheet of same; (.2) update spreadsheet of cashed checks from first distribution and email same to  T. Hofner; (.4) prepare to distribute third batch of initial distribution checks (2.2) | 2.80 hrs @ 180.00/hr | 504.00 |
| 10/13/2021 | KT | R120 | Calls with investors and IRA companies re: distribution issues and resolving same | 1.10 hrs @ 280.00/hr | 308.00 |
| 10/14/2021 | KT | R120 | Call with investor re: distribution plan. | 0.30 hrs @ 280.00/hr | N/C |
| 10/15/2021 | BMH | R120 | Update spreadsheet of cashed checks and submit list of same to T. Hofner | 0.20 hrs @ 180.00/hr | 36.00 |
| 10/15/2021 | KT | R120 | Calls with investors re: tax issues (.4); call with tax advisors re: tax issues (.6) | 1.00 hrs @ 280.00/hr | 280.00 |
| 10/19/2021 | BMH | R120 | Update spreadsheet of cashed checks; (.1) send list to T. Hofner re same; (.1) retrieve messages from hotline and update spreadsheet of same, send a copy via email to K. Thomas and R. Schultz (.1) | 0.30 hrs @ 180.00/hr | 54.00 |
| 10/19/2021 | EBA | R120 | Prepared spreadsheet of outstanding checks from distribution batches 1 and 2 and transmitted to team | 0.60 hrs @ 180.00/hr | 108.00 |

N. Neville Reid, not individually but as receiver          Fox Swibel Levin & Carroll LLP
Northridge Receivership          December 13, 2021
Invoice # 105518          Page # 9

### Distribution Plan

| Date | Init | Code | Description | Time/Rate | Amount |
|------|------|------|-------------|-----------|--------|
| 10/19/2021 | RTS | R120 | Telephone conference with T. Hofner re: preparing for second distribution and other related issues (.2); reviewed chart of uncashed first interim distributions (.2); email to team re: same (.1) | 0.50 hrs @ 360.00/hr | 180.00 |
| 10/20/2021 | KT | R120 | Call with investor re: distribution checks. | 0.20 hrs @ 280.00/hr | 56.00 |
| 10/21/2021 | EBA | R120 | Conferred with Receiver re IRA/Cash investors and distribution procedure (.2) reviewed and entered investor information in TCMS and issued checks (1.8); transmitted same to Receiver for approval (.1) | 2.10 hrs @ 180.00/hr | 378.00 |
| 10/22/2021 | NNR | R120 | Review checks re: IRA distributions and draft coverletter re: same | 1.00 hrs @ 385.00/hr | 385.00 |
| 10/22/2021 | EBA | R120 | Coordinated the distribution of batch of IRA/Cash checks | 0.30 hrs @ 180.00/hr | 54.00 |
| 10/25/2021 | EBA | R120 | Recorded outgoing wire transfers and tax refund receipts in TCMS (.6); remotely deposited tax refund checks (.2) | 0.80 hrs @ 180.00/hr | 144.00 |
| 10/25/2021 | NNR | R120 | Review, deposit refund checks and emails, correspondence re: miscellaneous distribution isssues | 0.40 hrs @ 385.00/hr | 154.00 |
| 10/26/2021 | RTS | R120 | Telephone conference with investor re: distribution direction for future distributions (.3) | 0.30 hrs @ 360.00/hr | N/C |
| 10/27/2021 | BMH | R120 | Retrieve messages from hotline, document same and send via email to K. Thomas and R. Schultz | 0.20 hrs @ 180.00/hr | 36.00 |
| 10/27/2021 | RTS | R120 | Emails to team re: tax reserve project and closing agreement project | 0.20 hrs @ 360.00/hr | 72.00 |
| 10/28/2021 | EBA | R120 | Prepared spreadsheet of outstanding checks from batches 1 and 2 (.3); investigated investor J. Taylor check issue (.3) | 0.60 hrs @ 180.00/hr | 108.00 |
| 10/29/2021 | RTS | R120 | Emails to and from N. Reid re: analysis for second interim distribution (.3); revised reserve analysis for second interim distribution (.2) | 0.50 hrs @ 360.00/hr | 180.00 |

*Total for: Distribution Plan*      **$12,568.50**

### Fee Applications

| Date | Init | Code | Description | Time/Rate | Amount |
|------|------|------|-------------|-----------|--------|
| 10/01/2021 | RTS | R121 | Drafted Q3 professional fee application | 3.00 hrs @ 360.00/hr | N/C |
| 10/13/2021 | EBA | R121 | Prepared wire instructions for fee application | 0.60 hrs @ 180.00/hr | N/C |
| 10/13/2021 | KT | R121 | Draft and revise email to chambers re: proposed order | 0.40 hrs @ 280.00/hr | N/C |

*Total for: Fee Applications*      **$0.00**

**Total Professional Services:**      **$29,972.50**

*Total No Charge (N/C):*      **$2,184.00**

N. Neville Reid, not individually but as receiver

Northridge Receivership

Invoice # 105518

Fox Swibel Levin & Carroll LLP

December 13, 2021

Page # 10

## *DISBURSEMENTS*

| Date | Description | Amount |
|---|---|---|
| 10/16/2021 | US Messenger & Logistics, Inc-753550410<br>Service 10/04 - 10/15 - Delivery services/messengers | $130.73 |
| 10/26/2021 | Innovative Service Technology Management Services, Inc.-118613<br>Monthly Data Storage<br>Client Exp Other | $902.16 |

**Total Disbursements:** $1,032.89

| ID | Timekeeper Name | Hours | Total Fees |
|---|---|---|---|
| TWS | Stein, Terry W | 1.00 | $385.00 |
| NNR | Reid, Neville N | 34.60 | $13,051.50 |
| RTS | Schultz, Ryan T | 18.50 | $5,328.00 |
| SBS | Shellenback, Stephanie B | 3.80 | $1,463.00 |
| LBL | Liss, Brandon | 0.30 | $57.00 |
| KT | Thomas, Kenneth | 10.80 | $2,632.00 |
| ERN | Navarro, Erica R | 0.90 | $108.00 |
| EBA | Anderson, Eric B | 22.80 | $3,996.00 |
| MB | Bogdanowicz, Margy | 5.00 | $900.00 |
| DVG | Gac, Danielle | 0.40 | $72.00 |
| BMH | Henderson, Blair M | 11.00 | $1,980.00 |

## *BILL SUMMARY*

TOTAL CHARGES THIS INVOICE $31,005.39

**BALANCE DUE UPON RECEIPT** $31,005.39

# FOX SWIBEL
## Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200

January 27, 2022

N. Neville Reid

Invoice: 106742

File Number: 07183-001

Billed Through: 11/30/2021

## N. Neville Reid, not individually but as receiver/Northridge Receivership
### PROFESSIONAL SERVICES

#### Asset Analysis and Recovery

| Date | Init | Code | Description | Time | Amount |
|---|---|---|---|---|---|
| 11/02/2021 | NNR | R100 | Discussion with J. Brakke re: prep for deposition (.1); review deposition transcript of D. Mueller (.6) | 0.70 hrs @ 385.00/hr | 269.50 |
| 11/02/2021 | RTS | R100 | Telephone conference with counsel for finder and IL securities dept. attorney re: resolution of claim (.1); email to N. Reid re: recommendations re: same (.1) | 0.20 hrs @ 360.00/hr | 72.00 |
| 11/03/2021 | NNR | R100 | Prepare for /conduct D. Mueller continued deposition | 5.90 hrs @ 385.00/hr | 2,271.50 |
| 11/04/2021 | NNR | R100 | Review Dale Deposition notes and draft summary email/strategy memo to T. Hofner and R. Schultz (.6); call with J. Brakke re: D. Mueller settlement terms (.2) | 0.80 hrs @ 385.00/hr | 308.00 |
| 11/05/2021 | KT | R100 | Draft and revise proposed order email to chambers | 0.30 hrs @ 280.00/hr | 84.00 |
| 11/05/2021 | NNR | R100 | Email to B. Sercye re: status of Stefan | 0.10 hrs @ 385.00/hr | 38.50 |
| 11/08/2021 | NNR | R100 | Call with J. Brakke re: Mueller settlement | 0.10 hrs @ 385.00/hr | 38.50 |
| 11/09/2021 | NNR | R100 | Edit, revise, send to counsel subpoena rider for C. Mueller deposition | 1.30 hrs @ 385.00/hr | 500.50 |
| 11/27/2021 | NNR | R100 | Review documents and prepare for deposition of C. Mueller | 0.80 hrs @ 385.00/hr | 308.00 |
| | | | **Total for: Asset Analysis and** | | **$3,890.50** |

#### Asset Disposition

| Date | Init | Code | Description | Time | Amount |
|---|---|---|---|---|---|
| 11/01/2021 | SBS | R101 | Palatine: Attention to turnover of homeowner association | 0.10 hrs @ 385.00/hr | 38.50 |
| 11/01/2021 | SBS | R101 | California lots: Call with M. Bogdanowicz to review disclosure documents | 0.30 hrs @ 385.00/hr | 115.50 |
| 11/01/2021 | MB | R101 | Finalize closing disclosures and email the same to Received for execution (.1); communicate with First Team Real Estate on title commitment (.1); start reviewing title commitment (.3) | 0.50 hrs @ 180.00/hr | 90.00 |

N. Neville Reid, not individually but as receiver

Northridge Receivership

Invoice # 106742

Fox Swibel Levin & Carroll LLP

January 27, 2022

Page # 2

### *Asset Disposition*

| 11/01/2021 | NNR | R101 | Review sale documents re: vacant land sale and receiver report/liquidation plan and convey email re: same (1.0); review WCUI information and email to team re: status of sales (.6) | 1.60 hrs @ 385.00/hr | 616.00 |
|---|---|---|---|---|---|
| 11/02/2021 | MB | R101 | Review executed disclosures (.5); communicate with First Residential Real Estate (.1); further review of title commitment (.1) discuss various items with S. Schellenback (.5); communicate with Receiver re: various items (.1); review escrow documents and communicate findings with escrow company (.5) | 1.80 hrs @ 180.00/hr | 324.00 |
| 11/02/2021 | SBS | R101 | California vacant lot:  Attention to closing documents | 0.30 hrs @ 385.00/hr | 115.50 |
| 11/02/2021 | NNR | R101 | Review and execute closing documents re: vacant land sale | 0.30 hrs @ 385.00/hr | 115.50 |
| 11/03/2021 | MB | R101 | Review executed disclosures and organize final package (.6); forward the same to First Residential Real Estate (.1) | 0.70 hrs @ 180.00/hr | 126.00 |
| 11/04/2021 | SBS | R101 | California lots:  Attention to closing documents | 0.10 hrs @ 385.00/hr | 38.50 |
| 11/04/2021 | MB | R101 | Attention to correspondence (.1); review updated closing documents and submitted comments (.3); review further response and communicate with S. Schellenback (.1) | 0.50 hrs @ 180.00/hr | 90.00 |
| 11/05/2021 | SBS | R101 | California lots:  Call with M. Bogdanowicz re: escrow's refusal to change grantor name on documents | 0.20 hrs @ 385.00/hr | 77.00 |
| 11/08/2021 | SBS | R101 | California vacant lots:  Email correspondence to escrow company re: proper designation of receiver in documents | 0.20 hrs @ 385.00/hr | 77.00 |
| 11/13/2021 | SBS | R101 | California vacant lots:  Reviewed revised closing documents from escrow agent | 0.10 hrs @ 385.00/hr | 38.50 |
| 11/13/2021 | MB | R101 | Revise disclosures and escrow documents (1.1); communicate notes with escrow closer (0.3) | 1.40 hrs @ 180.00/hr | 252.00 |
| 11/15/2021 | MB | R101 | Collect required signature to disclosures and send the same to First Residential | 0.40 hrs @ 180.00/hr | 72.00 |
| 11/29/2021 | MB | R101 | Communicate with First Real Estate re: status of executed documents and revised title | 0.10 hrs @ 180.00/hr | 18.00 |

|  |  |  | ***Total for: Asset Disposition*** | | **$2,204.00** |
|---|---|---|---|---|---|

### *Business Operations*

| 11/05/2021 | ERN | R102 | Draft annual report for Guardian Investment Group, Ltd. and send for signature | 0.50 hrs @ 180.00/hr | 90.00 |
|---|---|---|---|---|---|

|  |  |  | ***Total for: Business Operations*** | | **$90.00** |
|---|---|---|---|---|---|

### *Case Administration*

N. Neville Reid, not individually but as receiver

Northridge Receivership

Invoice # 106742

Fox Swibel Levin & Carroll LLP

January 27, 2022

Page # 3

### *Case Administration*

| Date | | | Description | | Amount |
|------|------|------|-------------|------|--------|
| 11/01/2021 | EBA | R103 | Prepared interim investor distribution checks via TCMS (.6); coordinated distribution of same (.2) | 0.80 hrs @ 180.00/hr | 144.00 |
| 11/04/2021 | EBA | R103 | Coordinated mailing of investor check (.2); conferred with Lois West re transmission of tax return files (.2); uploaded tax return files to Miller Kaplan portal (.1) | 0.50 hrs @ 180.00/hr | 90.00 |
| 11/08/2021 | NNR | R103 | Call with investor and email correspondence with RTS re: same | 0.30 hrs @ 385.00/hr | N/C |
| 11/08/2021 | RTS | R103 | Telephone conference with multiple investors re: status of distributions | 0.50 hrs @ 360.00/hr | N/C |
| 11/12/2021 | NNR | R103 | Call with investor re: IRA distribution instructions | 0.20 hrs @ 385.00/hr | N/C |
| 11/12/2021 | NNR | R103 | Discussion with J. Bingham (Forge Trust) re: waiving fees for investors and email to K. Thomas and R. Schultz re: same | 0.30 hrs @ 385.00/hr | 115.50 |
| 11/15/2021 | NNR | R103 | Discussion with investor re: status of distributions, timing of additional distribution | 0.30 hrs @ 385.00/hr | N/C |
| 11/16/2021 | EBA | R103 | Transmitted wire instructions to AXOS re Investor 119 Hulfmark | 0.20 hrs @ 180.00/hr | 36.00 |
| 11/17/2021 | EBA | R103 | Telephone call with K. Thomas re interim distributions (.3); issued check to K. Haffner (Coast to Coast Investments) (.2); prepared spreadsheet of uncashed checks (.2); created Relativity search for "Cornelia Mueller"  and provided results to Receiver (.8) | 1.50 hrs @ 180.00/hr | 270.00 |
| 11/24/2021 | RTS | R103 | Telephone conference with M. Foster re: case status | 0.20 hrs @ 360.00/hr | 72.00 |
| 11/24/2021 | BMH | R103 | Retrieve messages from hotline, send via email a copy to K. Thomas and R. Schultz, update spreadsheet re same | 0.20 hrs @ 180.00/hr | 36.00 |
| 11/24/2021 | NNR | R103 | Emails, discussion re: C. Higgins comp | 0.20 hrs @ 385.00/hr | 77.00 |
| 11/29/2021 | EBA | R103 | Email exchange with TAB re obtaining W-9 (.1); organized and transmitted 2020 tax return files for Mueller's tax counsel (.4) | 0.50 hrs @ 180.00/hr | 90.00 |
| 11/30/2021 | EBA | R103 | Telephone call with K. Thomas re filing notice of second distribution and service of same (.2); telephone call with Kwik Kopy re service of notice filing (.1); filed Notice of Additional Interim Distribution - Second Distribution (.4) | 0.70 hrs @ 180.00/hr | 126.00 |

*Total for: Case Administration*   **$1,056.50**

### *Claims Administration and Objections*

| | | | | | |
|------|------|------|-------------|------|--------|
| 11/22/2021 | KT | R104 | Call with T. Hofner re: analysis of proof of claim | 0.30 hrs @ 280.00/hr | 84.00 |

*Total for: Claims Administration and*   **$84.00**

### *Status Reports*

N. Neville Reid, not individually but as receiver

Northridge Receivership

Invoice # 106742

Fox Swibel Levin & Carroll LLP

January 27, 2022

Page # 4

### *Status Reports*

| Date | Init | Code | Description | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 11/02/2021 | KT | R110 | Review and revise receiver report and exhibits (.3); review and revise certificate of service (.2); coordinate filing (.1) | 0.60 hrs @ 280.00/hr | 168.00 |
| 11/03/2021 | KT | R110 | Review and revise amended Receiver's Report (.3); coordinate filing (.2) | 0.50 hrs @ 280.00/hr | 140.00 |
| | | | **Total for: Status Reports** | | **$308.00** |

### *Tax Issues*

| Date | Init | Code | Description | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 11/01/2021 | TWS | R113 | Multiple conferences with L. West re: tax issues (1.0); evaluate amount of tax reserve (1.6) | 2.60 hrs @ 385.00/hr | 1,001.00 |
| 11/01/2021 | NNR | R113 | Review, sign tax-related documents and send same to Lois West | 0.40 hrs @ 385.00/hr | 154.00 |
| 11/01/2021 | RTS | R113 | Edited letter to the IRS re: request for closing agreement | 1.10 hrs @ 360.00/hr | 396.00 |
| 11/02/2021 | TWS | R113 | Conference call re: tax reserve and related issues (1.2); conference with L. West re: tax liability exposures (.6) | 1.80 hrs @ 385.00/hr | 693.00 |
| 11/02/2021 | RTS | R113 | Call with tax team re: tasks related to creating tax reserve and closing agreement (1.2); email to tax team re: task list (.2); email to C. Higgins et al. re: information needed to collect all receivership W9s for closing agreement (.2); revised IRS tax letter (1.0) | 2.60 hrs @ 360.00/hr | 936.00 |
| 11/02/2021 | NNR | R113 | Conference call with team re: distribution and tax issues | 1.20 hrs @ 385.00/hr | 462.00 |
| 11/04/2021 | RTS | R113 | Zoom with J. Damasco et al. re: letter to IRS for closing agreement | 0.90 hrs @ 360.00/hr | 324.00 |
| 11/04/2021 | NNR | R113 | Discussion with M. Pazur re: 1099's and general status | 0.20 hrs @ 385.00/hr | 77.00 |
| 11/05/2021 | BMH | R113 | Prepare checks to send to IRS re Town Square Management Ltd. and mail copy of same | 0.30 hrs @ 180.00/hr | 54.00 |
| 11/05/2021 | TWS | R113 | Conference with tax advisors re: tax reserve (1.0); research re: information reporting requirements (1.0); review emails (.1) | 2.10 hrs @ 385.00/hr | 808.50 |
| 11/08/2021 | TWS | R113 | Review recent emails (.2); review latest tax returns (1.1) | 1.30 hrs @ 385.00/hr | 500.50 |
| 11/08/2021 | NNR | R113 | Review, file tax returns | 0.30 hrs @ 385.00/hr | 115.50 |
| 11/09/2021 | EBA | R113 | Issued checks for 2016 and 2017 Town Square Management I, Ltd. taxes (IRS and IDOR) | 0.20 hrs @ 180.00/hr | 36.00 |
| 11/10/2021 | TWS | R113 | Review emails re: tax returns and related issues | 0.30 hrs @ 385.00/hr | 115.50 |
| 11/10/2021 | EBA | R113 | Prepared wire instructions re 2018-2020 Town Square Management Tax Return payments (.1) initiated payment to AXOS (.1) | 0.20 hrs @ 180.00/hr | 36.00 |

N. Neville Reid, not individually but as receiver | Fox Swibel Levin & Carroll LLP
Northridge Receivership | January 27, 2022
Invoice # 106742 | Page # 5

### *Tax Issues*

| 11/15/2021 | TWS | R113 | Review draft motion re: tax withholdings | 0.40 hrs @ 385.00/hr | 154.00 |
|---|---|---|---|---|---|
| 11/16/2021 | TWS | R113 | Conference with L. West re: tax issues (.4); review and revise Motion (1.0) | 1.40 hrs @ 385.00/hr | 539.00 |
| 11/17/2021 | TWS | R113 | Review and revise letter to IRS | 1.80 hrs @ 385.00/hr | 693.00 |
| 11/17/2021 | RTS | R113 | Reviewed and revised letter to IRA re: closing agreement | 0.80 hrs @ 360.00/hr | 288.00 |
| 11/18/2021 | RTS | R113 | Reviewed T. Stein revisions to letter to IRS and additional revisions to same | 0.70 hrs @ 360.00/hr | 252.00 |
| 11/18/2021 | TWS | R113 | Review and revise letter to IRS | 1.00 hrs @ 385.00/hr | 385.00 |
| 11/19/2021 | RTS | R113 | Additional revisions to letter to IRS re: closing agreement | 0.10 hrs @ 360.00/hr | 36.00 |
| 11/22/2021 | TWS | R113 | Revise letter to IRS re: closing agreement | 1.00 hrs @ 385.00/hr | 385.00 |
| 11/23/2021 | NNR | R113 | Edit, revise closing agreement request | 0.80 hrs @ 385.00/hr | 308.00 |

|  |  |  | *Total for: Tax Issues* | | **$8,749.00** |
|---|---|---|---|---|---|

### *Distribution Plan*

| 11/01/2021 | BMH | R120 | Look up returned receipts for remaining investors with uncashed checks, confirm same with B. Decker and R. Schultz | 0.60 hrs @ 180.00/hr | 108.00 |
|---|---|---|---|---|---|
| 11/01/2021 | NNR | R120 | Review and sign further checks for distribution | 0.20 hrs @ 385.00/hr | 77.00 |
| 11/02/2021 | BMH | R120 | Retrieve messages from hotline, send update to R. Schultz and K. Thomas, update spreadsheet reflecting same | 0.10 hrs @ 180.00/hr | 18.00 |
| 11/02/2021 | KT | R120 | Calls with investors re: resolving distribution issues (.3); draft and finalize Forge Trust distribution instructions (.2) | 0.50 hrs @ 280.00/hr | 140.00 |
| 11/03/2021 | EBA | R120 | Placed stop payment on investor 862 check and reissued | 0.20 hrs @ 180.00/hr | 36.00 |
| 11/03/2021 | KT | R120 | Draft and revise emails responding to investor issues re: distribution. | 0.20 hrs @ 280.00/hr | 56.00 |
| 11/04/2021 | KT | R120 | Calls with investors re: resolving distribution plan issues (1.3); draft and revise emails to investors re: same (.7) | 2.00 hrs @ 280.00/hr | 560.00 |
| 11/05/2021 | NNR | R120 | Discussion with tax team re: distributions (0.3); discussion with R. Schultz re: same (.1) | 0.40 hrs @ 385.00/hr | 154.00 |
| 11/05/2021 | KT | R120 | Calls with investors re: distribution checks | 0.50 hrs @ 280.00/hr | N/C |
| 11/05/2021 | RTS | R120 | Emails among legal and tax teams re: tax reserve for second interim distribution | 0.30 hrs @ 360.00/hr | 108.00 |

N. Neville Reid, not individually but as receiver | Fox Swibel Levin & Carroll LLP

Northridge Receivership | January 27, 2022

Invoice # 106742 | Page # 6

### *Distribution Plan*

| 11/05/2021 | BMH | R120 | Status meeting with R. Schultz, T. Hofner, E. Anderson and K. Thomas re first distribution and next steps towards second distribution | 0.70 hrs @ 180.00/hr | 126.00 |
|---|---|---|---|---|---|
| 11/08/2021 | KT | R120 | Call with investor re: distribution | 0.30 hrs @ 280.00/hr | N/C |
| 11/08/2021 | EBA | R120 | Prepared spreadsheet of outstanding checks from all distributions and transmitted to R. Schultz | 0.20 hrs @ 180.00/hr | 36.00 |
| 11/08/2021 | RTS | R120 | Review status of first interim distribution payments and uncashed checks (.3); email to team re: second interim distribution (.2) | 0.50 hrs @ 360.00/hr | 180.00 |
| 11/10/2021 | KT | R120 | Call with internal team re: second distribution (.7); calls with investors from hotline re: distribution (.7); draft and revise emails to investors from receivership e-mail box (.3) | 1.70 hrs @ 280.00/hr | 476.00 |
| 11/10/2021 | EBA | R120 | Telephone call with Kwik Kopy re next distribution (.2); attended second distribution meeting (.7) | 0.90 hrs @ 180.00/hr | 162.00 |
| 11/11/2021 | KT | R120 | Calls with investors re: resolving distribution issues | 1.80 hrs @ 280.00/hr | 504.00 |
| 11/12/2021 | KT | R120 | Calls with E. Anderson re: distribution of W. Hultmark (.5); draft and revise email responses re: distribution (.2); draft and revise email responses re: receivership e-mail box (.6) | 1.30 hrs @ 280.00/hr | 364.00 |
| 11/15/2021 | EBA | R120 | Prepared wire instructions for investor 119 into Schwab IRA and Roth IRA accounts (.3) | 0.40 hrs @ 180.00/hr | 72.00 |
| 11/15/2021 | RTS | R120 | Drafted notice of second interim distribution (.5); drafted motion to authorize amendments to distribution procedures (1.5) | 2.00 hrs @ 360.00/hr | 720.00 |
| 11/15/2021 | KT | R120 | Draft and revise email responses to investors re: resolving distribution plan issues | 0.60 hrs @ 280.00/hr | 168.00 |
| 11/15/2021 | BMH | R120 | Retrieve messages from hotline, record same on spreadsheet and send copy of same to R. Schultz and K. Thomas | 0.30 hrs @ 180.00/hr | 54.00 |
| 11/15/2021 | NNR | R120 | Review distribution documents and email to R. Schultz re: comments on same | 0.50 hrs @ 385.00/hr | 192.50 |
| 11/16/2021 | KT | R120 | Calls with investors re: distribution questions (1.2); draft and revise emails re: distribution for W. Hultmark (.3) | 1.50 hrs @ 280.00/hr | 420.00 |
| 11/17/2021 | BMH | R120 | Retrieve Messages from hotline, send via email to K. Thomas and R. Schultz for follow up and update spreadsheet for message re same (.2); prepare check and cover letter to investor and mail same (.2). | 0.40 hrs @ 180.00/hr | 72.00 |
| 11/17/2021 | KT | R120 | Call with E. Anderson to discuss distribution checks (.3); call with investors re: distributions (.4) | 0.70 hrs @ 280.00/hr | 196.00 |

N. Neville Reid, not individually but as receiver

Northridge Receivership

Invoice # 106742

Fox Swibel Levin & Carroll LLP

January 27, 2022

Page # 7

### *Distribution Plan*

| Date | Init | Code | Description | Hours/Rate | Amount |
|------|------|------|-------------|------------|--------|
| 11/17/2021 | RTS | R120 | Reviewed second distribution spreadsheet from AlixPartners (.2); email to T. Hofner re: same (.1); revised notice of second distribution (.1) | 0.40 hrs @ 360.00/hr | 144.00 |
| 11/18/2021 | RTS | R120 | Telephone conference with T. Hofner re: second interim distribution | 0.60 hrs @ 360.00/hr | 216.00 |
| 11/19/2021 | BMH | R120 | Retrieve messages from hotline, send copy of same to K. Thomas and R. Schultz, update spreadsheet re same | 0.20 hrs @ 180.00/hr | 36.00 |
| 11/22/2021 | BMH | R120 | Retrieve messages from hotline, submit copy of same via email to R. Schultz and K. Thomas, update hotline spreadsheet re same | 0.10 hrs @ 180.00/hr | 18.00 |
| 11/22/2021 | KT | R120 | Call with investor re: distribution plan | 0.10 hrs @ 280.00/hr | N/C |
| 11/23/2021 | RTS | R120 | Reviewed draft exhibits to Second Distribution notice and sent email to T. Hofner re: comments to same | 0.30 hrs @ 360.00/hr | 108.00 |
| 11/23/2021 | BMH | R120 | Follow up on checks not cashed in first distribution, send copy of findings to R. Schultz for review | 0.40 hrs @ 180.00/hr | 72.00 |
| 11/24/2021 | KT | R120 | Calls with investors re: distributions. (1.0); draft and revise response emails to investors re: distributions (.4) | 1.40 hrs @ 280.00/hr | 392.00 |
| 11/24/2021 | RTS | R120 | Reviewed status of all unpaid investors and uncashed first distribution checks and emails to team re: same | 0.40 hrs @ 360.00/hr | 144.00 |
| 11/29/2021 | BMH | R120 | Retrieve messages from hotline | 0.10 hrs @ 180.00/hr | 18.00 |
| 11/29/2021 | NNR | R120 | Review notice of  distribution and send email re: same | 0.20 hrs @ 385.00/hr | 77.00 |
| 11/30/2021 | KT | R120 | Call with E. Anderson to discuss preparation of notice of second distribution (.4); draft, review, and revise notice and prepare for filing (.5) | 0.90 hrs @ 280.00/hr | 252.00 |

*Total for: Distribution Plan*     **$6,476.50**

### *Fee Applications*

| Date | Init | Code | Description | Hours/Rate | Amount |
|------|------|------|-------------|------------|--------|
| 11/05/2021 | RTS | R121 | Drafted Q3 fee application | 1.60 hrs @ 360.00/hr | N/C |
| 11/08/2021 | RTS | R121 | Drafted Q3 fee application | 1.00 hrs @ 360.00/hr | N/C |
| 11/08/2021 | LBL | R121 | Reviewed/edited fee application and prepared exhibits for same (1.6); emails with R. Schultz and K. Thomas re: same and accounting re: aggregation of expenses (.1) | 1.70 hrs @ 285.00/hr | N/C |
| 11/09/2021 | LBL | R121 | Emails with R. Schultz, K. Thomas and M. Foster re: fee application review (.1); updated fee application exhibits and emailed R. Schultz and K. Thomas re: same (.2) | 0.30 hrs @ 285.00/hr | N/C |
| 11/18/2021 | RTS | R121 | Review invoices for Q4 2021 fee application | 1.00 hrs @ 360.00/hr | N/C |

N. Neville Reid, not individually but as receiver                    Fox Swibel Levin & Carroll LLP
Northridge Receivership                                                          January 27, 2022
Invoice # 106742                                                                          Page # 8

### *Fee Applications*

| | | | | | |
|---|---|---|---|---|---|
| 11/24/2021 | RTS | R121 | Telephone conference with M. Foster re: fee application comments (.1); finalized Q3 fee application (.3) | 0.40 hrs @ 360.00/hr | N/C |
| 11/24/2021 | LBL | R121 | Emails with R. Schultz re: fee application finalization and reviewed draft fee application re: remaining items for completion | 0.10 hrs @ 285.00/hr | N/C |
| 11/26/2021 | LBL | R121 | Emailed accounting re: revising FLSC invoice/task breakdown for fee application | 0.10 hrs @ 285.00/hr | N/C |
| 11/30/2021 | LBL | R121 | Revised fee application and emailed professionals re: declaration pages | 1.00 hrs @ 285.00/hr | N/C |
| 11/30/2021 | RTS | R121 | Revised Q3 fee app | 0.30 hrs @ 360.00/hr | N/C |

|  |  |
|---|---|
| *Total for: Fee Applications* | *$0.00* |
| **Total Professional Services:** | **$22,858.50** |
| *Total No Charge (N/C):* | *$3,200.00* |

## *DISBURSEMENTS*

| | | |
|---|---|---|
| 11/09/2021 | Chicago Print Plus (Formerly Kwik Kopy)-95102<br>1 Set 240 Names Certifiied Mail Envelope and Complete Mail Service<br>Client Exp Other professionals | $3,602.00 |

|  |  |
|---|---|
| **Total Disbursements:** | **$3,602.00** |

N. Neville Reid, not individually but as receiver

Northridge Receivership

Invoice # 106742

Fox Swibel Levin & Carroll LLP

January 27, 2022

Page # 9

| ID | Timekeeper Name | Hours | Total Fees |
|----|-----------------|-------|------------|
| NNR | Reid, Neville N | 17.10 | $6,275.50 |
| TWS | Stein, Terry W | 13.70 | $5,274.50 |
| RTS | Schultz, Ryan T | 15.90 | $3,996.00 |
| SBS | Shellenback, Stephanie B | 1.30 | $500.50 |
| LBL | Liss, Brandon | 3.20 | $0.00 |
| KT | Thomas, Kenneth | 15.20 | $4,004.00 |
| MB | Bogdanowicz, Margy | 5.40 | $972.00 |
| BMH | Henderson, Blair M | 3.40 | $612.00 |
| ERN | Navarro, Erica R | 0.50 | $90.00 |
| EBA | Anderson, Eric B | 6.30 | $1,134.00 |

## *BILL SUMMARY*

TOTAL CHARGES THIS INVOICE                     $26,460.50

**BALANCE DUE UPON RECEIPT**                     **$26,460.50**

# FOX SWIBEL

## Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200

January 28, 2022

N. Neville Reid

Invoice: 107424

File Number: 07183-001

Billed Through: 12/31/2021

## N. Neville Reid, not individually but as receiver/Northridge Receivership

### *PROFESSIONAL SERVICES*

**Asset Analysis and Recovery**

| | | | | | |
|---|---|---|---|---|---|
| 12/02/2021 | NNR | R100 | Prepare for C. Mueller deposition and call with her counsel re: same | 2.40 hrs @ 385.00/hr | 924.00 |
| 12/02/2021 | BMH | R100 | Download dep exhibits for upcoming deposition of C. Mueller; (.5) bates label same (.2) | 0.70 hrs @ 180.00/hr | 126.00 |
| 12/06/2021 | NNR | R100 | Discussion with J, Brakke re: Dale Mueller settlement | 0.30 hrs @ 385.00/hr | 115.50 |
| 12/07/2021 | BMH | R100 | Download additional documents in preparation of C. Mueller deposition (1.0); bates label same (.2) | 1.20 hrs @ 180.00/hr | 216.00 |
| 12/14/2021 | NNR | R100 | Email to Stefan counsel re: agreement to confidentiality. | 0.30 hrs @ 385.00/hr | 115.50 |
| 12/14/2021 | RTS | R100 | Reviewed disclosures from C. Mueller and drafted outline for N. Reid re: same (.4) | 0.40 hrs @ 360.00/hr | 144.00 |
| 12/15/2021 | RTS | R100 | Reviewed disclosures from C. Mueller and drafted outline for N. Reid re: same | 0.50 hrs @ 360.00/hr | 180.00 |
| 12/15/2021 | NNR | R100 | Prepare for C. Mueller deposition | 1.50 hrs @ 385.00/hr | 577.50 |
| 12/16/2021 | RTS | R100 | Reviewed document production from C. Mueller and drafted questions for her deposition | 1.50 hrs @ 360.00/hr | 540.00 |
| 12/18/2021 | NNR | R100 | Prepare, edit revise tollng agreements and emails to other parties re: same (.5); review, analyze, propose settlements with Y. Peterson and B. Decker and emails to team re: same (1.0); prepare for CM deposition (1.0) | 2.50 hrs @ 385.00/hr | 962.50 |
| 12/20/2021 | NNR | R100 | Resolve issues and scheduling re deposition of C. Mueller and review documents re: same (.6); Resolve issues re: B. Decker claim (.2). | 0.80 hrs @ 385.00/hr | 308.00 |
| 12/22/2021 | NNR | R100 | Review tolling agreements and discussion with T. Hofner re: C. Mueller and B. Decker claims | 0.20 hrs @ 385.00/hr | 77.00 |

N. Neville Reid, not individually but as receiver

Northridge Receivership

Invoice # 107424

Fox Swibel Levin & Carroll LLP

January 28, 2022

Page # 2

### *Asset Analysis and Recovery*

| | | | | | |
|---|---|---|---|---|---|
| 12/23/2021 | NNR | R100 | Finalize, execute, circulate and file tolling agreements (.5); Discussion with T. Hofner re: B. Decker and C. Mueller claims (.3). | 0.80 hrs @ 385.00/hr | 308.00 |
| 12/27/2021 | NNR | R100 | Discussion with K. Thomas re: Y. Peterson settlement agreement | 0.10 hrs @ 385.00/hr | 38.50 |
| 12/27/2021 | NNR | R100 | Discussion with C. Higgins re: condo and C. Mueller issues (0.3); email to R. Schultz and T. Hofner re: Carol Higgins comp (0.4); review settlement agreement for Peterson and circulate same (0.3) | 1.00 hrs @ 385.00/hr | 385.00 |
| 12/27/2021 | KT | R100 | Draft and revise settlement agreement with net-winner (.7); call with N. Reid re: same (.1) | 0.80 hrs @ 280.00/hr | 224.00 |
| 12/28/2021 | NNR | R100 | Edit, revise tolling agreement for Peterson and discussion with counsel (and email to SEC) re: clarification of settlement amount (0.4); edit, revise B. Decker tolling agreement and send same (0.2) | 0.60 hrs @ 385.00/hr | 231.00 |
| 12/29/2021 | KT | R100 | Draft and revise settlement agreement for net-winner | 0.20 hrs @ 280.00/hr | 56.00 |
| 12/29/2021 | NNR | R100 | Resolve Yolanda Peterson settlement agreement and tolling agreement. | 0.40 hrs @ 385.00/hr | 154.00 |

*Total for: Asset Analysis and* — $5,682.50

### *Asset Disposition*

| | | | | | |
|---|---|---|---|---|---|
| 12/01/2021 | MB | R101 | Call with S. Shellenback to discuss outstanding closing items (.2); communicate with receiver re: closing documents (.3) | 0.50 hrs @ 180.00/hr | 90.00 |
| 12/01/2021 | SBS | R101 | California vacant lot: Call with M. Bogdanowicz to review status of closing and documentation | 0.20 hrs @ 385.00/hr | 77.00 |
| 12/03/2021 | MB | R101 | Organize items missing for closing and prepare correspondence to address such items | 0.40 hrs @ 180.00/hr | 72.00 |
| 12/14/2021 | MB | R101 | Attention to correspondence re: California vacant land closing items (.2); communicate with title company re: same (.1) | 0.30 hrs @ 180.00/hr | 54.00 |
| 12/15/2021 | MB | R101 | Order certified copy of court order | 0.30 hrs @ 180.00/hr | 54.00 |
| 12/29/2021 | SBS | R101 | California lots: Call with broker and escrow agent re: closing matters (.3); reviewed all closing documents for execution (.7); attention to emails (.4) Palatine: email to J. Slowikowski re: turnover matters (.1) | 1.50 hrs @ 385.00/hr | 577.50 |
| 12/30/2021 | SBS | R101 | California lots: Reviewed additional closing documents (.3); attention to emails (.4) | 0.70 hrs @ 385.00/hr | 269.50 |

*Total for: Asset Disposition* — $1,194.00

### *Case Administration*

N. Neville Reid, not individually but as receiver

Northridge Receivership

Invoice # 107424

Fox Swibel Levin & Carroll LLP

January 28, 2022

Page # 3

### *Case Administration*

| | | | | | |
|---|---|---|---|---|---|
| 12/02/2021 | KT | R103 | Review and analyze website to provide feedback on updating home page and key documents page. | 0.20 hrs @ 280.00/hr | 56.00 |
| 12/02/2021 | EBA | R103 | Entered receipt of IRS refund check to Northridge Holdings Ltd into TCMS (.1) deposited check remotely and transmitted receipt to Receiver (.1) review notice and spreadsheet/transmitted to Chicago Print Plus re service of notice (.2) prepared and distributed spreadsheet of uncashed distribution checks (.2) | 0.60 hrs @ 180.00/hr | 108.00 |
| 12/07/2021 | EBA | R103 | Placed stop-payment on check to investor #897 (.1) reconciled bank account (.3) | 0.40 hrs @ 180.00/hr | 72.00 |
| 12/07/2021 | NNR | R103 | Respond to investor inquiry | 0.20 hrs @ 385.00/hr | N/C |
| 12/08/2021 | EBA | R103 | Reviewed spreadsheet of outstanding first distribution checks, updated and transmitted to team (.3); issued stop payments for investor #s 237, 341, 337 and 883 (.3); reviewed MK portal re QSF tax docs (.1) | 0.70 hrs @ 180.00/hr | 126.00 |
| 12/09/2021 | EBA | R103 | Prepared and transmitted copies of Town Square Management I, Ltd. 2015-2020 and Northridge Holdings Receivership Settlement Fund 2020 tax return to Miller Kaplan portal (.3); reviewed bank account ledger for tax return payments re Town Square Management I, Ltd 2015-2017 and Northridge Holdings Receivership Settlement Fund 2020 (.6); revisions to claims in TCMS for address or beneficiary changes and issued checks (1.2) | 2.10 hrs @ 180.00/hr | 378.00 |
| 12/13/2021 | EBA | R103 | Attention to I. Melendez change of address (.1); reviewed letter of ruling request to IRS and emailed comments to Receiver (.4); revised investor information in TCMS and prepared checks for 3 beneficiaries of investor 883 (.8); prepared composite backup email for Receiver review re distribution checks (.2); worked with BMH to print checks and set up for delivery (.3); attention to investor 504 beneficiary W-9s (.3) | 2.10 hrs @ 180.00/hr | 378.00 |
| 12/14/2021 | EBA | R103 | Reviewed correspondence re investor address change or direction to issue check to beneficiaries (.2); entered investor information in TCMS and prepared checks for investors 85, 345 and split between beneficiaries for investor 875 (.6); worked with BMH to print checks and set up for delivery (.1) | 0.90 hrs @ 180.00/hr | 162.00 |
| 12/14/2021 | RTS | R103 | Review status of all outstanding matters in preparation for status hearing and emails to legal team re: same | 0.50 hrs @ 360.00/hr | 180.00 |
| 12/14/2021 | NNR | R103 | Email to R. Schultz re: status of various matters. | 0.30 hrs @ 385.00/hr | 115.50 |
| 12/15/2021 | EBA | R103 | Conferred with team re second distribution (.5); prepared C. Mueller deposition documents for N. Reid (1.4). | 1.90 hrs @ 180.00/hr | 342.00 |

N. Neville Reid, not individually but as receiver

Northridge Receivership

Invoice # 107424

Fox Swibel Levin & Carroll LLP

January 28, 2022

Page # 4

### *Case Administration*

| 12/15/2021 | RTS | R103 | Attend status hearing | 0.10 hrs @ 360.00/hr | 36.00 |
|---|---|---|---|---|---|
| 12/16/2021 | EBA | R103 | Telephone conference with AXOS re batch printing second distribution (.3); prepared and transmitted wire instructions to AXOS to enable property related expenses for DEC-JAN (.2); reviewed spreadsheet as to second interim distribution (.7) entered investor 852 in TCMS in preparation of issuing check (.2); telephone call with Tom Hoffner (.3); email to AXOS with instructions to prepare checks (.2); conferred with Receiver re status updates (.3) | 2.20 hrs @ 180.00/hr | 396.00 |
| 12/16/2021 | RTS | R103 | Updated expense, distribution and reserve spreadsheet | 0.30 hrs @ 360.00/hr | 108.00 |
| 12/17/2021 | EBA | R103 | Email to Kwik Kopy instructing to prepare envelopes to mail second interim distribution checks (.2) reviewed AXOS proposed distribution (.2) email exchange with Alix Partners re investor 852 and created first distribution check (.2) | 0.60 hrs @ 180.00/hr | 108.00 |
| 12/20/2021 | EBA | R103 | Telephone calls with AXOS re proofs of check printing (.1); telephone calls with Chicago Print Plus re second interim distribution mailing (.1); prepared PDF of potential documents to use in Cornelia Mueller deposition (.6); record outgoing wire transfer to operating account (12/16) in TCMS (.1) conferred with Receiver re closing $0 balance bank accounts (.1) | 1.00 hrs @ 180.00/hr | 180.00 |
| 12/20/2021 | LBL | R103 | Attention to Secretary of State documents and coordinated distribution of same to corporate paralegal | 0.10 hrs @ 285.00/hr | 28.50 |
| 12/27/2021 | NNR | R103 | Call with C. Higgins re: competition of the wind down, including tax return information and condo association information | 0.50 hrs @ 385.00/hr | 192.50 |
| 12/28/2021 | NNR | R103 | Talk with T. Hofner re: Forge Trust distribution and Barb Decker claim (.3); call to B. Decker re: analysis of claims and potential tolling k extension (.1) ; call with investor re: 401K plan treatment regarding distributions and call with C. Higgins re: same (.3) | 0.70 hrs @ 385.00/hr | 269.50 |
| 12/30/2021 | DVG | R103 | Coordinated signature page signing, attended to closing matters | 1.00 hrs @ 180.00/hr | 180.00 |

|  |  |  | ***Total for: Case Administration*** | | **$3,416.00** |
|---|---|---|---|---|---|

### *Claims Administration and Objections*

| 12/03/2021 | KT | R104 | Call with claimant to discuss claim (.3); draft and revise emails re: claims (.2); review and analyze claims chart for change of status from disputed to resolved (.2) | 0.70 hrs @ 280.00/hr | 196.00 |
|---|---|---|---|---|---|

|  |  |  | ***Total for: Claims Administration and*** | | **$196.00** |
|---|---|---|---|---|---|

### *Tax Issues*

N. Neville Reid, not individually but as receiver                    Fox Swibel Levin & Carroll LLP
Northridge Receivership                                              January 28, 2022
Invoice # 107424                                                     Page # 5

### Tax Issues

| Date | Initials | Code | Description | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 12/08/2021 | NNR | R113 | Review IRS letter and circulate comments re: same (.6); Conference call re: IRS letter (.9) | 1.50 hrs @ 385.00/hr | 577.50 |
| 12/08/2021 | RTS | R113 | Reviewed and revised letter to IRS re: request for meeting (.5); Telephone conference with tax team re: finalizing same (.9) | 1.40 hrs @ 360.00/hr | 504.00 |
| 12/08/2021 | TWS | R113 | Review and revise letter to IRS (1.0); conference call re: letter to IRS (.9) | 1.90 hrs @ 385.00/hr | 731.50 |
| 12/10/2021 | RTS | R113 | Attention to issues re: finalizing IRS letter and QSF tax returns | 0.50 hrs @ 360.00/hr | 180.00 |
| 12/10/2021 | TWS | R113 | Review draft tax return (.5); conference with Mike Pazur and Lois West re: same (.5); review revised letter to IRS (.5) | 1.50 hrs @ 385.00/hr | 577.50 |
| 12/13/2021 | TWS | R113 | Multiple conference with L. West and J. Damasco re: tax issues (1.7); review QSF tax returns (.5); research re: same; attention to Power of Attorney documentation (.5) | 2.70 hrs @ 385.00/hr | 1,039.50 |
| 12/13/2021 | RTS | R113 | Attention to issues re: finalizing IRS letter (.5) | 0.50 hrs @ 360.00/hr | 180.00 |
| 12/13/2021 | NNR | R113 | Edit, revise letter to IRS | 0.70 hrs @ 385.00/hr | 269.50 |
| 12/13/2021 | NNR | R113 | Execute, return Power of Attorney | 0.30 hrs @ 385.00/hr | 115.50 |
| 12/13/2021 | NNR | R113 | Finalize IRS letter | 0.40 hrs @ 385.00/hr | 154.00 |
| 12/14/2021 | NNR | R113 | Emails to tax team re: status of QSF and need to amend same, and analysis of issues re: same. | 0.60 hrs @ 385.00/hr | 231.00 |
| 12/14/2021 | NNR | R113 | Follow up with T. Stein re: edits to letter and QSF returns | 0.20 hrs @ 385.00/hr | 77.00 |
| 12/14/2021 | RTS | R113 | Emails among tax team regarding status of certain tax filings and questions related to non-filing entities | 0.30 hrs @ 360.00/hr | 108.00 |
| 12/14/2021 | TWS | R113 | Conference with L. West re: tax return issues (.2); conference with N. Reid re: same (.2); exchange emails re: same (.5) | 0.90 hrs @ 385.00/hr | 346.50 |
| 12/15/2021 | NNR | R113 | Further edit, analysis re: IRS letter | 0.70 hrs @ 385.00/hr | 269.50 |
| 12/27/2021 | TWS | R113 | Begin review amended tax returns | 1.00 hrs @ 385.00/hr | 385.00 |

|  |  |  | **Total for: Tax Issues** | | **$5,746.00** |

### Distribution Plan

| Date | Initials | Code | Description | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 12/01/2021 | BMH | R120 | Retrieve messages from hotline, send copy of messages to K. Thomas and R. Schultz, update spreadsheet of same | 0.30 hrs @ 180.00/hr | 54.00 |
| 12/02/2021 | BMH | R120 | Retrieve messages from hotline | 0.10 hrs @ 180.00/hr | 18.00 |
| 12/02/2021 | RTS | R120 | Revised motion to amend distribution plan order | 0.20 hrs @ 360.00/hr | 72.00 |

N. Neville Reid, not individually but as receiver

Northridge Receivership

Invoice # 107424

Fox Swibel Levin & Carroll LLP

January 28, 2022

Page # 6

### *Distribution Plan*

| 12/03/2021 | EBA | R120 | Revised spreadsheet to include investor name and number | 0.30 hrs @ 180.00/hr | 54.00 |
|---|---|---|---|---|---|
| 12/03/2021 | KT | R120 | Draft and revise COS for Notice of Second Distribution (.1); Calls with investors re: distribution plan (.5); draft and revise emails re: distribution plan questions (.5) | 1.10 hrs @ 280.00/hr | 308.00 |
| 12/06/2021 | KT | R120 | Calls with investors re: distribution plan | 0.80 hrs @ 280.00/hr | N/C |
| 12/07/2021 | BMH | R120 | Retreive messages from hotline; send draft in email to K. Thomas and R. Schultz and update call log spreadsheet re same | 0.30 hrs @ 180.00/hr | 54.00 |
| 12/07/2021 | KT | R120 | Calls with various investors resolving issues related to the second distribution. | 2.70 hrs @ 280.00/hr | 756.00 |
| 12/08/2021 | BMH | R120 | Retrieve messages from hotline; send via email to K. Thomas and R. Schultz; update spreadsheet re same | 0.20 hrs @ 180.00/hr | 36.00 |
| 12/08/2021 | NNR | R120 | Assist S. Grossman regarding her distribution and answer questions re: same | 0.70 hrs @ 385.00/hr | N/C |
| 12/08/2021 | KT | R120 | Calls with multiple investors re: resolving distribution plan issues (1.6); draft and revise email re: distribution plan and rising tide (.7) | 2.30 hrs @ 280.00/hr | 644.00 |
| 12/09/2021 | BMH | R120 | Retrieve messages from hotline, forward copy of messages to R. Schultz and K. Thomas, update spreadsheet re same | 0.20 hrs @ 180.00/hr | 36.00 |
| 12/10/2021 | RTS | R120 | Attention to issues re: making second interim distribution | 0.50 hrs @ 360.00/hr | 180.00 |
| 12/10/2021 | KT | R120 | Calls with investors re: distribution plan. | 0.30 hrs @ 280.00/hr | N/C |
| 12/13/2021 | BMH | R120 | Retrieve messages from hotline, update spreadsheet, send email to K. Thomas and R. Schultz re messages | 0.30 hrs @ 180.00/hr | 54.00 |
| 12/13/2021 | KT | R120 | Call with investor re: distribution plan. | 0.50 hrs @ 280.00/hr | N/C |
| 12/14/2021 | BMH | R120 | Retrieve messages from hotline, send email to K. Thomas and R. Schultz re same; update hotline spreadsheet | 0.10 hrs @ 180.00/hr | 18.00 |
| 12/14/2021 | KT | R120 | Calls with investors who left messages on hotline re: distribution. | 0.40 hrs @ 280.00/hr | N/C |
| 12/15/2021 | EBA | R120 | Review investor direction letters and compared them against prior spreadsheets and correspondence. | 0.50 hrs @ 180.00/hr | 90.00 |
| 12/15/2021 | RTS | R120 | Zoom with T. Hofner and team re: resolving outstanding second distribution issues (.6); resolving outstanding second distribution issues (.5) | 1.10 hrs @ 360.00/hr | 396.00 |

N. Neville Reid, not individually but as receiver

Northridge Receivership

Invoice # 107424

Fox Swibel Levin & Carroll LLP

January 28, 2022

Page # 7

### Distribution Plan

| Date | Atty | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/15/2021 | KT | R120 | Review and revise motion to authorize tax refund/return finder fee payments (.5); draft and revise proposed order (.5); call with internal team re: logistics for second distribution (.6); calls with investors re: second distribution (1.2) | 2.80 hrs @ 280.00/hr | 784.00 |
| 12/16/2021 | RTS | R120 | Reviewed revised motion and proposed order re: tax withholding reserve and finder fee recovery (.2); attention to issues re: making second distribution (.5) | 0.70 hrs @ 360.00/hr | 252.00 |
| 12/16/2021 | BMH | R120 | Retrieve messages from hotline; email messages to R. Schultz and K. Thomas; update spreadsheet (.2); Send email to investor Y. Zhang re first distribution; draft letter to investor T. Nation explaining her distribution (.9). | 1.10 hrs @ 180.00/hr | 198.00 |
| 12/16/2021 | KT | R120 | Draft, review, and revise motion to amend distribution plan (.3); coordinate filing (.1); Calls with investors re: second distribution (1.6); draft and revise emails responding to receivership mailbox re: second distribution (.4); draft and revise letter responding to investor re: second distribution (.5) | 2.90 hrs @ 280.00/hr | 812.00 |
| 12/17/2021 | KT | R120 | Draft and revise COS for distribution plan amendment motion (.3); coordinate filing (.2) | 0.50 hrs @ 280.00/hr | 140.00 |
| 12/17/2021 | KT | R120 | Calls with investors re: second distribution. | 1.20 hrs @ 280.00/hr | N/C |
| 12/20/2021 | BMH | R120 | Retrieve messages from hotline | 0.10 hrs @ 180.00/hr | 18.00 |
| 12/20/2021 | KT | R120 | Call with investors re: distribution amounts and timing | 0.40 hrs @ 280.00/hr | N/C |
| 12/21/2021 | EBA | R120 | Attention to Northridge second interim distribution mailing project (.8); drafted second interim distribution cover letter to investors (.3) | 1.10 hrs @ 180.00/hr | 198.00 |
| 12/21/2021 | KT | R120 | Call with investor re: second distribution. | 0.20 hrs @ 280.00/hr | N/C |
| 12/22/2021 | BMH | R120 | Prepare second interim check distribution (2.5); Retrieve messages from hotline, send email to K. Thomas and R. Schultz re same; update message spreadsheet (.2). | 2.70 hrs @ 180.00/hr | 486.00 |
| 12/22/2021 | EBA | R120 | QC'ed and mailed second interim distribution | 4.80 hrs @ 180.00/hr | 864.00 |
| 12/22/2021 | NNR | R120 | Review, verify checks for second distribution and resolve issues with E. Anderson and B. Henderson re: same (1.0); review and approve wires (0.3) | 1.30 hrs @ 385.00/hr | 500.50 |
| 12/22/2021 | KT | R120 | Call with investor re: second distribution | 0.20 hrs @ 280.00/hr | N/C |
| 12/23/2021 | BMH | R120 | Prepare first and second letter for distribution enclosing checks of same to N. Lundquist (.2) draft letter to ALAP Limited encl check for fee application (.2) | 0.40 hrs @ 180.00/hr | 72.00 |
| 12/23/2021 | NNR | R120 | Emails, analysis and follow-up re: IRA distributions for second distribution | 1.50 hrs @ 385.00/hr | 577.50 |

N. Neville Reid, not individually but as receiver

Northridge Receivership

Invoice # 107424

Fox Swibel Levin & Carroll LLP

January 28, 2022

Page # 8

### Distribution Plan

| 12/27/2021 | KT | R120 | Calls with investors re: second distribution. | 0.90 hrs @ 280.00/hr | N/C |
|---|---|---|---|---|---|
| 12/28/2021 | KT | R120 | Calls with investors re: distribution timing | 0.50 hrs @ 280.00/hr | N/C |
| 12/29/2021 | KT | R120 | Calls with investors re: second distribution.(.4); call with N. Reid, T. Hofner, and Forge Trust re: same (.1) | 0.50 hrs @ 280.00/hr | 140.00 |
| 12/29/2021 | NNR | R120 | Resolve issues and draft emails re: Forge Trust wire. | 0.50 hrs @ 385.00/hr | 192.50 |

**Total for: Distribution Plan** **$8,004.50**

### Fee Applications

| 12/02/2021 | LBL | R121 | Emailed M. Pazur re: follow-up to obtain certification for fee application and revised/finalized fee application and coordinated filing of same | 0.40 hrs @ 285.00/hr | N/C |
|---|---|---|---|---|---|
| 12/06/2021 | LBL | R121 | Emails with R. Schultz re: request to court to set objection deadline | 0.10 hrs @ 285.00/hr | N/C |
| 12/07/2021 | LBL | R121 | Emailed court re: request for objection deadline as to fee application | 0.10 hrs @ 285.00/hr | N/C |
| 12/22/2021 | KT | R121 | Draft and revise proposed order email (.5); review and revise proposed order (.2) | 0.70 hrs @ 280.00/hr | N/C |

**Total for: Fee Applications** *$0.00*

**Total Professional Services:** **$24,239.00**

## DISBURSEMENTS

**Total No Charges (N/C):** **$2,225.50**

| 12/09/2021 | Veritext Midwest-5350166 Deposition Transcript for Dale Mueller - Expedited delivery Client Exp Deposition transcripts | $1,024.61 |
|---|---|---|
| 12/13/2021 | Innovative Service Technology Management Services, Inc.-119586 Storage fee Client Exp Other | $1,177.28 |
| 12/15/2021 | U.S. District Court Clerk - Northern Dist., IL-1221-37 CERTIFIED COPIES OF SEVERAL DOCS Client Exp Other | $12.50 |
| 12/20/2021 | (IST) Innovative Service Technology Management Services, Inc.-120977 Monthly Data Storage Client Exp Other | $1,028.32 |
| 12/23/2021 | FedEx-7-613-81557 Account #: 1339-6006-6 - Delivery services/messengers | $25.09 |
| 12/30/2021 | FedEx-7-620-34367 Account #: 1339-6006-6 - Delivery services/messengers | $26.59 |

**Total Disbursements:** **$3,294.39**

N. Neville Reid, not individually but as receiver

Northridge Receivership

Invoice # 107424

Fox Swibel Levin & Carroll LLP

January 28, 2022

Page # 9

| ID | Timekeeper Name | Hours | Total Fees |
|----|-----------------|-------|------------|
| NNR | Reid, Neville N | 21.00 | $7,738.50 |
| TWS | Stein, Terry W | 8.00 | $3,080.00 |
| RTS | Schultz, Ryan T | 8.50 | $3,060.00 |
| SBS | Shellenback, Stephanie B | 2.40 | $924.00 |
| LBL | Liss, Brandon | 0.70 | $28.50 |
| KT | Thomas, Kenneth | 20.80 | $4,116.00 |
| MB | Bogdanowicz, Margy | 1.50 | $270.00 |
| DVG | Gac, Danielle | 1.00 | $180.00 |
| BMH | Henderson, Blair M | 7.70 | $1,386.00 |
| EBA | Anderson, Eric B | 19.20 | $3,456.00 |

### *BILL SUMMARY*

| | |
|---|---|
| TOTAL CHARGES THIS INVOICE | $27,533.39 |

| | |
|---|---|
| **BALANCE DUE UPON RECEIPT** | **$27,533.39** |

## **GROUP EXHIBIT K**

[Fox Swibel Expenses for October 2021 through December 2021]

(see attached)



| | | |
|---|---|---|
| Invoice Date | | 10/16/21 |
| Invoice No. | | 7535-50410 |
| Acct. No. | | |
| Period Ending | | 10/16/21 |
| Current Charge | | |
| Applied Payments | | $0.00 |
| Finance Charges | | $0.00 |
| DUE DATE | | 11/15/2021 |

Fox Swibel Levin & Carroll LLP - OD
Barbara E. Petrie
200 W Madison St
Suite 3000
Chicago, IL 60606-3414

**Our preferred method of payment is ACH. Call 630-230-5630 for more info. ACH forms are online at usmessenger.net Call 630-286-0550 for Order Entry Personnel.**

| Date | OrdTrkID Caller/Ref# | Origin | Destination/POD | Service Vehicle | Total |
|---|---|---|---|---|---|
| 10/14/21 | 1574.101421 Blair | Blair Henderson | Fox, Swibel, Levin & Carroll LLP 200 | 4 Direct - Car/Van | $130.73 |
| | 07183 | 327 Nassau St | W Madison St Ste 3000 Chicago, IL | Car | ($0.00) |
| | | Park Forest, IL 60466-2301 | 60606-3414 | | |
| | | | Antoine 15:18 | | |

| Please include Account Number with Remittance | |
|---|---|
| Invoice Number | 7535-50410 |
| Account Number | |
| Purchase Order | |
| Page | 2 |

| | |
|---|---|
| Current Charges | (cont'd...) |
| 31-60 | $0.00 |
| Over 60 | $0.00 |
| Less Current Payment | (cont'd...) |
| TOTAL DUE | (cont'd...) |

**US Messenger & Logistics, Inc. ~ 7790 S. Quincy Street, Willowbrook, IL 60527 ~ 630-286-0550 ~ usmessenger.net**



**The Company with** *Passion*

**934 Glenwood Ave**
**Suite 250**
**Atlanta, GA 30316-1816**
**404-582-8850**

# Invoice 118613

### Date 09/30/21

**Bill To:**

Fox, Swibel, Levin & Carroll, LLP
200 W. Madison St.
STE 3000
Chicago, IL 60606

Fox, Swibel, Levin & Carroll, LLP
FOX-011_SEC v. Northridge Holdings
Ryan Schultz

| Customer | Purchase Order Number | | Terms | |
|---|---|---|---|---|
| 01FOX1 | | | Net 60 Days | |

| Quantity | | Item Description | Unit Price | Tax | Amount |
|---|---|---|---|---|---|
| Qty Ordered | Qty. Shipped | | | | |
| 112.77 | 112.77 | Hosted Review - Monthly Data Storage per GB | 8.00 | Y | 902.16 |

**Coverage Period**   09/01/21 - 09/30/21

Ryan Schultz /

| | |
|---|---|
| NonTaxable | 0.00 |
| Taxable Subtotal | 902.16 |
| Tax | 0.00 |
| Total Invoice | 902.16 |

## IST eDiscovery - Backup Invoice - by Job

### September 2021

#### Client Fox, Swibel, Levin & Carroll

| User Name | Case Name | Processing IN | | | Processing OUT | | | Labor | | | Nearline | | | Misc* | Data Collection | Managed Review | Hosting | | | Subscription | User | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | GB | Cost/ GB | Total | GB | Cost/ GB | Total | Hrs | Cost/ Hour | Total | GB | Cost/ GB | Total | | | | GB | Cost/ GB | Total | | # Users | Cost/ User | Total |
| Ryan Schultz | FOX-011 SEC v. Northridge Holdings (4581998) | 0.00 | $0.00 | $0.00 | 0.00 | $80.00 | $0.00 | 0.00 | $150.00 | $0.00 | 0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | 112.77 | $8.00 | $902.16 | | 0 | $85.00 | $0.00 |
| Subtotals | | | | $0.00 | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $902.16 | | | | $0.00 |
| **GRANDTOTALS** | | | | **$0.00** | | | **$0.00** | | | **$0.00** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | | | **$902.16** | | | | **$0.00** |

Total Monthly Charges: **$902.16**

*See attached sheet for miscellaneous charges.

This material is confidential and proprietary in form, format, and design. Any use of this material other than for specifically expressed purposes designated by IST Management Services is prohibited.

10/15/2021


**CHICAGO PRINT***plus*

120 West Madison, Suite 510
Chicago, Illinois 60602
Phone: 312.407.0100 | Fax: 312.407.0383
Sales: darryl@kwikkopy.com

**Invoice**

No: **95102**

Date: 9/29/21
Customer PO: FID293053-Northridge

**Ship To:**

Mindy Hennessey
Fox , Swibel Levin & Carroll , LLP
200 W. Madison Str Suite 3000
Chicago, IL 60606

**Bill To:**

Mindy Hennessey
Fox, Swibel , Levin & Carroll, LLP
200 W. Madison Str Suite 3000
Chicago, IL 60606

| Quantity | Description | Amount |
|---|---|---|
| 1 | set  240 Names  Certified Mail Envelope and Complete Mail  Service | $ 3,602.00 |

Sales Rep:    House

Thank you for your business.

Postage $ 2381.210+127.20      $ 2508.30

| | |
|---|---|
| SUBTOTAL | $ 3,602.00 |
| SHIPPING | $ 0.00 |
| TOTAL | $ 3,602.00 |
| AMOUNT DUE | $ 3,602.00 |

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Neville Reid | | |
|---|---|---|---|
| | Fox Swibel Levin & Carroll LLP | **Invoice #:** | **5350166** |
| | 200 W Madison Street | **Invoice Date:** | **10/27/2021** |
| | Suite 3000 | **Balance Due:** | **$1,024.61** |
| | Chicago, IL, 60606-3417 | | |

| **Case: U.S. Securities And Exchange Commission v. Northridge Holdings, Ltd., Et Al. (1 9-cv-05957)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4846048 | Job Date: 10/18/2021 | Delivery: Expedited

| Location: | Fargo, ND |
|---|---|
| Billing Atty: | Neville Reid |
| Scheduling Atty: | Neville Reid | Fox Swibel Levin & Carroll LLP |

| **Witness: Dale Mueller** | **Amount** |
|---|---|
| Transcript Services | $516.65 |
| Transcript - Expedited | $187.46 |
| Professional Attendance | $292.50 |
| Delivery and Handling | $28.00 |

| Notes: | **Invoice Total:** | **$1,024.61** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,024.61** |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5350166** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **10/27/2021** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$1,024.61** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

38461

**IST**
**The Company with**
*Passion*

**934 Glenwood Ave**
**Suite 250**
**Atlanta, GA 30316-1816**
**404-582-8850**

# Invoice 119586

### Date 10/31/21

**Bill To:**

Fox, Swibel, Levin & Carroll, LLP
200 W. Madison St.
STE 3000
Chicago, IL 60606

Fox, Swibel, Levin & Carroll, LLP
FOX-011_SEC v. Northridge Holdings
Ryan Schultz

| Customer | Purchase Order Number | | Terms | | |
|---|---|---|---|---|---|
| 01FOX1 | | | Net 60 Days | | |

| Quantity | | | | | | |
|---|---|---|---|---|---|---|
| Qty Ordered | Qty. Shipped | Item Description | Unit Price | Tax | Amount |
| 1.00 | 1.00 | Project Management Time | 150.00 | N | 150.00 |
| 128.41 | 128.41 | Hosted Review - Monthly Data Storage per GB | 8.00 | Y | 1027.28 |

**Coverage Period**  10/01/21 - 10/31/21

Ryan Schultz /

| | |
|---|---|
| NonTaxable | 150.00 |
| Taxable Subtotal | 1027.28 |
| Tax | 0.00 |
| Total Invoice | 1177.28 |

**IST eDiscovery Backup Invoice - by Job**

**October 2021**

**Client: Fox, Swibel, Levin & Carroll**

| User Name | Case Name | Processing IN | | | Processing OUT | | | Labor | | | Nearline | | | Misc* | Data Collection | Managed Review | Credit | Hosting | | | Subscription | # Users | Cost/ User | User Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | GB | Cost/ GB | Total | GB | Cost/ GB | Total | Hrs | Cost/ Hour | Total | GB | Cost/ GB | Total | | | | | GB | Cost/ GB | Total | | | | | |
| Ryan Schultz | FOX-011_SEC v. Northridge Holdings | 0.00 | $0.00 | $0.00 | 0.00 | $80.00 | $0.00 | 1.00 | $150.00 | $150.00 | 0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 128.41 | $8.00 | $1,027.28 | | 0 | $85.00 | $0.00 | $0.00 |
| Subtotals | | | | $0.00 | | | $0.00 | | | $150.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | $1,027.28 | | | | $0.00 | $0.00 |
| **GRANDTOTALS** | | | | **$0.00** | | | **$0.00** | | | **$150.00** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | | | **$1,027.28** | | | | **$0.00** | **$0.00** |

Total Monthly Charges: $1,177.28

*See attached sheet for miscellaneous charges.*

This material is confidential and proprietary in form, format, and design. Any use of this material other than for specifically expressed purposes designated by IST Management Services is prohibited.

11/10/2021



**UNITED STATES DISTRICT COURT**
**United States Courthouse**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                    **Office of the Clerk**

**Date:**      12/15/2021

**Request No.**  1221-37

**In Re:**  19cv5957 [284] - Certified

| Request Type | Price Per Item | Quantity | Sub Total |
|---|---|---|---|
| Photocopies (per page) | $ 0.50 | 3 | $ 1.50 |
| Certification of Documents | $ 11.00 | 1 | $ 11.00 |
| Exemplification of Documents | $ 23.00 | | $ 0.00 |
| Apostille | $ 47.00 | | $ 0.00 |
| Certificate of Good Standing | $ 20.00 | | $ 0.00 |
| Certificate of Admission | $ 20.00 | | $ 0.00 |
| Certificate of Search/Recording Production | $ 32.00 | | $ 0.00 |
| Certification of Judgment | $ 11.00 | | $ 0.00 |
| Retrieval of Case File/Docket Sheet – 1st box | $ 64.00 | | $ 0.00 |
| Retrieval of Case File/Docket Sheet – additional boxes | $ 39.00 | | $ 0.00 |
| *Federal Record Center* SmartScan – non certified copies only.           $19.90<br>Per page fee $0.65           $0.65 | $ 19.90<br><br>$ 0.65 | | $ 0.00<br><br>$ 0.00 |

**The total cost of the service that you requested is**      $ 12.50

**Please make your remittance in the form of a check or money order. Indicate the request number shown above on the check or money order. <u>DO NOT SEND CASH.</u>  For questions, please call the Certified Copy Desk at 312-435-5699**

Return this form with your check made payable to

      Clerk
      United States District Court
      219 South Dearborn Street
      Chicago, IL 60604

               Sincerely,
               CCD Clerk

               Deputy Clerk

Rev. 12/01/2020

# IST
**The Company with** *Passion*

**Invoice 120977**

**Date 11/30/21**

**934 Glenwood Ave**
**Suite 250**
**Atlanta, GA 30316-1816**
**404-582-8850**

**Bill To:**

Fox, Swibel, Levin & Carroll, LLP
200 W. Madison St.
STE 3000
Chicago, IL 60606

Fox, Swibel, Levin & Carroll, LLP
FOX-011_SEC v. Northridge Holdings
Ryan Schultz

| Customer | Purchase Order Number | | Terms | |
|---|---|---|---|---|
| 01FOX1 | | | Net 60 Days | |

| Quantity | | Item Description | Unit Price | Tax | Amount |
|---|---|---|---|---|---|
| Qty Ordered | Qty. Shipped | | | | |
| 128.54 | 128.54 | Hosted Review - Monthly Data Storage per GB | 8.00 | Y | 1028.32 |

**Coverage Period**   11/01/21 - 11/30/21

Ryan Schultz /

| | |
|---|---|
| NonTaxable | 0.00 |
| Taxable Subtotal | 1028.32 |
| Tax | 0.00 |
| Total Invoice | 1028.32 |

**IST eDiscovery - Backup Invoice - by Job**

**November 2021**

**Client: Fox, Swibel, Levin & Carroll**

| User Name | Case Name | Processing IN | | | Processing OUT | | | Labor | | | Nearline | | | Misc* | Data Collection | Managed Review | Credit | Hosting | | | Subscription | # Users | Cost/ User | User |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | GB | Cost/ GB | Total | GB | Cost/ GB | Total | Hrs | Cost/ Hour | Total | GB | Cost/ GB | Total | | | | | GB | Cost/ GB | Total | | | | Total |
| Ryan Schultz | FOX-011_SEC v. Northridge Holdings | 0.00 | $ 0.00 | $ 0.00 | 0.00 | $ 80.00 | $ 0.00 | 0.00 | $ 150.00 | $ 0.00 | 0.00 | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 128.54 | $ 8.00 | $ 1,028.32 | | 0 | $ 85.00 | $ 0.00 |
| Subtotals | | | | $ 0.00 | | | $ 0.00 | | | $ 0.00 | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | | | $ 1,028.32 | $ 0.00 | | | $ 0.00 |
| **GRANDTOTALS** | | | | **$ 0.00** | | | **$ 0.00** | | | **$ 0.00** | | | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | | | **$ 1,028.32** | | | | **$ 0.00** |

Total Monthly Charges: $ 1,028.32

*See attached sheet for miscellaneous charges.*

This material is confidential and proprietary in form, format, and design. Any use of this material other than for specifically expressed purposes designated by IST Management Services is prohibited.



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-613-81557 | Dec 29, 2021 | | 8 of 9 |

**Ship Date:** Dec 23, 2021     **Cust. Ref.:** 07183.001     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

Fuel Surcharge   FedEx has applied a fuel surcharge of 11.50% to this shipment.
Distance Based Pricing, Zone 2
Package Delivered to Recipient Address   Release Authorized

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | | | |
| Tracking ID | 775592778513 | Evelyn Watts | Attn: Michael A. Pazur | |
| Service Type | FedEx Standard Overnight | Fox | ALAP Limited | |
| Package Type | FedEx Envelope | 200 West Madison Street | 3511 Elsie Lane | |
| Zone | 02 | CHICAGO IL 60606 US | HOFFMAN ESTATES IL 60192 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 25.81 |
| Delivered | Dec 24, 2021 11:16 | Discount | | -5.68 |
| Svc Area | A1 | Automation Bonus Discount | | -2.58 |
| Signed by | see above | Fuel Surcharge | | 2.59 |
| FedEx Use | 000000000/200/02 | Residential Delivery | | 4.95 |
| | | **Total Charge** | **USD** | **$25.09** |

**FedEx** ®

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-620-34367 | Jan 05, 2022 | | 4 of 4 |

Tracking ID: 775633068388 continued

| | | | |
|---|---|---|---|
| **Ship Date:** Dec 30, 2021 | **Cust. Ref.:** 07183.001 | | **Ref.#2:** |
| **Payor:** Shipper | **Ref.#3:** | | |

Fuel Surcharge  FedEx has applied a fuel surcharge of 11.50% to this shipment.
Distance Based Pricing, Zone 7
Package sent from: 60062 zip code

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 775633500271 | Margy Bogdanowicz | Linda Hougen | |
| Service Type | FedEx 2Day | 200 W Madison Street | Hallmark Escrow Co., Inc | |
| Package Type | FedEx Envelope | CHICAGO IL  60606  US | 18200 Yorba Linda Blvd | |
| Zone | 07 | | YORBA LINDA CA  92886  US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.67 |
| Delivered | Jan 03, 2022 08:49 | Discount | | -5.55 |
| Svc Area | A1 | Automation Bonus Discount | | -3.27 |
| Signed by | T.THERESA | Fuel Surcharge | | 2.74 |
| FedEx Use | 000000000/1113/ | **Total Charge** | **USD** | **$26.59** |

## **EXHIBIT L**

[KRD Invoice for October 2021 through December 2021]

(see attached)



**KRD, LTD.**

1051 Perimeter Drive
9th Floor
Schaumburg, IL 60173
Phone: (847) 278-4430
www.krdcpas.com

invoices@krdcpas.com

Northridge Holdings, Ltd.
c/o Fox Swibel Levin & Carroll LLP
200 W. Madison St., Suite 3000
Chicago, IL 60606

| | |
|---|---|
| Date: | 12/31/2021 |
| Due Date: | Net 30 |
| Invoice Number: | 117940 |
| Client: | 166555 |
| Amount Due: | $22,220.00 |

***Do we have your correct contact information?*** Invoices are sent to the email or mailing address we have on file for you. Please send any updates to invoices@krdcpas.com.

*For Professional Services Rendered as Follows:*

**All work performed per the attached detail.**

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return this portion with your check payment.
Client ID: 166555
Northridge Holdings, Ltd.
Invoice Date: 12/31/2021
Invoice #: 117940
Cumulative Amount Due: $22,220.00

Payment Amount: $_____

Please make checks payable to: KRD, Ltd.

Pay with credit card or e-check online at:
https://secure.cpacharge.com/pages/krdcpas/payments-convenience

Thank you for your prompt payment.

Client: 166555.
Page: 2

| Date | Staff | Hours | Amount | Rate |
|------|-------|-------|--------|------|

**10/06/2021**

10/06/2021    West, Lois      2.60    $715.00   $275.00
Review workpapers for initial QSF return - form 1120-SF. Calculate transfers made to the receivership by entity and accrual of 2020 professional fee allocation to partnerships paid in 2021.

**10/07/2021**

10/07/2021    West, Lois      4.00    $1,100.00   $275.00
Prepare amended 1065 for 2019 for 610 Lincoln. Prepare disclosure statement and attachment re: line items corrected with filing of Amended 1065. Set up return to be electronically filed.

**10/08/2021**

10/08/2021    West, Lois      0.50    $137.50   $275.00
Attend phone conference with N. Reid, R. Schultz, J. Damascus and M. Pazur re: tax status update.

10/08/2021    West, Lois      3.20    $880.00   $275.00
Review intercompany write-off's and debt cancellation for Amberwood and Northridge - to make revisions to returns for additional write-offs on 2019 610 Lincoln returns.

**10/11/2021**

10/11/2021    West, Lois      5.50    $1,512.50   $275.00
Finalize workpapers for Amberwood Holdings and Northridge Holdings for 2020 - make revisions to returns for 610 Lincoln intercompany write-offs. Added statement re: transfers to QSF on Northridge Holdings 2020 return. Send returns to N. Reid for approval. Finalize 2020 QSF returns.

**10/13/2021**

10/13/2021    West, Lois      0.50    $137.50   $275.00
Phone call with investor Kramer and accountant re: K-1 items and presentation.

**10/20/2021**

10/20/2021    West, Lois      0.50    $137.50   $275.00
Phone call with R. Schultz re: Illinois pass through withholding for 2020 returns and potential for refund to out-of-state partners.

**10/22/2021**

10/22/2021    West, Lois      0.70    $192.50   $275.00
Phone call with T. Stein re: IDOR and potential refunds for 2020 - nature of refunds and how to reserve and distribute.

**10/25/2021**

10/25/2021    West, Lois      2.00    $550.00   $275.00
Finalize 2019 Amended 1065 for 610 Lincoln and send authorization to client for signature. Prepare IL-1065-X and hold until federal return is accepted.

**10/26/2021**

10/26/2021    West, Lois      2.50    $687.50   $275.00
Set up worksheet to track returns prepared during the Receivership. Enter dates for all returns filed into spreadsheet. Retrieve and save confirmations from IRS and IDOR for 2019 returns filed.

10/26/2021    West, Lois      2.20    $605.00   $275.00
Final review of 2018 corporate returns for Brookstone, Eastridge, Unity and Guardian - upload

Client: 166555.
Page: 3

to e-file system.

**10/27/2021**

| | | | |
|---|---|---|---|
| 10/27/2021 West, Lois | 2.50 | $687.50 | $275.00 |

Prepare 2018 corporate returns for Southridge Holdings. Upload to e-file system. Send e-file authorization forms to N. Reid for signature. Release Brookstone, Eastridge, Unity, Guardian, and Southridge returns to taxing authorities.

**10/28/2021**

| | | | |
|---|---|---|---|
| 10/28/2021 West, Lois | 0.70 | $192.50 | $275.00 |

Zip files for 2020 tax returns and 2018 tax returns filed during the Receivership and upload to Mimecast File Share.

**10/29/2021**

| | | | |
|---|---|---|---|
| 10/29/2021 West, Lois | 7.00 | $1,925.00 | $275.00 |

Prepare 2019 corporate tax returns for Brookstone, Eastridge, Southridge, Unity and Guardian.

**11/01/2021**

| | | | |
|---|---|---|---|
| 11/01/2021 West, Lois | 1.00 | $275.00 | $275.00 |

Final review Upload the 2019 corporate returns for Brookstone, Guardian, Eastridge, Southridge and Unity to e-file system and send authroizations forms to N. Reid for signature.

| | | | |
|---|---|---|---|
| 11/01/2021 West, Lois | 0.50 | $137.50 | $275.00 |

Phone call with T. Stein re: projection of potential tax liability for 2020 returns - discuss issue re: transfer of assets and deduction for professional fees.

| | | | |
|---|---|---|---|
| 11/01/2021 West, Lois | 4.50 | $1,237.50 | $275.00 |

Input 2020 partnership K-1 forms into tax software - generate potential tax liability calculations - prepare spreadsheet and send to T. Stein.

**11/02/2021**

| | | | |
|---|---|---|---|
| 11/02/2021 West, Lois | 1.10 | $302.50 | $275.00 |

Attend conference call with N. Reid, R. Schultz, T. Stein, M. Pazur and J. Damasco re: various tax issues.

| | | | |
|---|---|---|---|
| 11/02/2021 West, Lois | 5.90 | $1,622.50 | $275.00 |

Prepare corporate tax returns for Brookstone, Unity and Guardian - forms 1120 and IL-1120.

**11/03/2021**

| | | | |
|---|---|---|---|
| 11/03/2021 West, Lois | 4.50 | $1,237.50 | $275.00 |

Finalize corporate returns for 2020 - forms 1120 and IL-1120 for- Brookstone, Guardian, Unity, Eastridge and Southridge. Upload to e-file system - send authorizations to N. Reid for signature.

**11/04/2021**

| | | | |
|---|---|---|---|
| 11/04/2021 West, Lois | 4.00 | $1,100.00 | $275.00 |

Prepare 2015 - 2020 corporate returns forms 1120 & IL-1120 for Town Square Management Co. Calculate penalties and interest for late filed returns.

| | | | |
|---|---|---|---|
| 11/04/2021 West, Lois | 0.30 | $82.50 | $275.00 |

Prepare spreadsheet to summarize tax, penalties and interest for 2015-2020 for Town Square Management.

**11/08/2021**

| | | | |
|---|---|---|---|
| 11/08/2021 West, Lois | 2.00 | $550.00 | $275.00 |

Final review of 2015, 2016, 2017, 2018, 2019 and 2020 tax returns for Town Square Management. Send 2015 - 2017 to processing for paper filing. Send 2018-2020 to Receiver

Thank you for your business.

Client: 166555.
Page: 4

for authorization to file returns electronically.

11/08/2021     West, Lois                    0.40       $110.00    $275.00
Check assembly and sign returns for 2015, 2016 and 2017.  File returns electronically for 2018, 2019 and 2020.

12/08/2021
12/08/2021     West, Lois                    0.50       $137.50    $275.00
Review closing letter - phone call with M. Pazur re: same.

12/10/2021
12/10/2021     West, Lois                    0.50       $137.50    $275.00
Phone call with T. Stein re: QSF return presentation and preparation.

12/10/2021     West, Lois                    1.70       $467.50    $275.00
Prepare draft return for 2019 for QSF and send to T. Stein & M. Pazur for review and comment.

12/13/2021
12/13/2021     West, Lois                    0.30       $82.50    $275.00
Phone call with T. Stein re: QSF tax returns - email to Jude Damasco re: same.

12/13/2021     West, Lois                    1.40       $385.00    $275.00
Phone conference with T. Stein and J. Damasco re: QSF tax returns and presentation changes to be made on 2020 returns..

12/14/2021
12/14/2021     West, Lois                    9.00     $2,475.00    $275.00
Review partnership returns for 2020 that reported transfers to the QSF.  Reconcile transfers reported with cash account balances to revise 2020 QSF returns.  Prepare amended partnership returns for 8 partnership to attach 1.468B statement.  Send draft of revised QSF returns to T. Stein & J. Damasco for review.

12/15/2021
12/15/2021     West, Lois                    3.00       $825.00    $275.00
Add amended statement to 106 Surrey, 139 Austin, 149 Mason LP, 149 Mason Trust, 561 Deere Park, Timber Lake Apartments, 5528 Hyde Park and Midtown Two.

12/19/2021
12/19/2021     West, Lois                    0.80       $220.00    $275.00
Review document provided by receiver re: deposition of C. Mueller.

12/27/2021
12/27/2021     West, Lois                    5.00     $1,375.00    $275.00
Review amended returns prepared for 2020 to add statement re: transfers to the QSF.  Finalize summary and scan and send statements and summary to tax team.

Invoice Total:    $22,220.00

### Statement of Open Accounts Receivable

| Invoice | Date | Description | Charge | Credit | Balance |
|---|---|---|---|---|---|
| | | Balance forward as of 12/08/2021 | | | $18,535.00 |
| | 12/23/2021 | Payment | | $18,535.00 | $0.00 |
| 117940 | 12/31/2021 | Invoice | $22,220.00 | | $22,220.00 |

Current Amount Due    $22,220.00

Thank you for your business.

Client:  166555.
Page:  5

Thank you for your business.

Thank you for your business.

# **EXHIBIT M**

[AlixPartners Invoices for October 2021 through December 2021]

(see attached)

## AlixPartners – Summary of Fees

| Timekeeper Name | Sum of Billed Hours | Sum of Billed Amount |
|---|---|---|
| Thomas Hofner | 62.1 | $53,716.50 |
| Cindy Wan | 6.2 | $2,852.00 |
| **Total (before discounts below)** | **68.3** | **$56,568.50** |
| Discounts to be Applied | | |
| Less Hours for Website & Hotline Setup | 6.2 | |
| Total (after Website & hotline Setup) | 62.1 (x $550 discounted blended rate) | $34,155.00 |
| Less 25% Holdback | | -$8,538.75 |
| **Grand Total** (after all applicable discounts) | | **$26,616.25** |

# *Alix*Partners

November 30, 2021

N. Neville Reid
Partner
Fox, Swibel, Levin  Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

Inv. No. :    90003004
Customer:    20004464

For Professional Services: October 1, 2021 through October 31, 2021

| Current Charges | | Hours | Rate | Amount |
|---|---|---|---|---|
| Thomas Hofner | Director | 14.70 | 865.00 | 12,715.50 |
| **Total Hours & Fees** | | **14.70** | | **12,715.50** |
| Expenses | | | | 105.60 |
| **Total Amount Due** | | | **USD** | **12,821.10** |
| Less:  Blended Rate Adjustment | | | | (4,630.50) |
| **Total Amount Due** | | | **USD** | **8,190.60** |

Payment Terms: Today - Due upon receipt

**Please reference the invoice number noted above on any payment remittance. Thank You.**

**Alix**Partners

Wire ABA/Routing & Transit: 026 009 593
SWIFT: BOFAUS3N

909 Third Avenue    **T** 212.490.2500
New York, NY 10022    **F** 212.490.1344
                     **alixpartners.com**

# AlixPartners

N. Neville Reid
Partner
Fox, Swibel, Levin  Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

| Invoice # | 90003004 |
|---|---|
| Re: | Claims Administration and Objections |
| Code: | 20004464P00001.1.5 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 10/05/21 | TH | Produce and review next batch of IRA custodian file for counsel. Audit and update address tracker and missing W9 tracker. | 0.70 |
| 10/05/21 | TH | Prep and participate in call with counsel and staff to discuss interim distributions. | 0.80 |
| 10/06/21 | TH | Prep and participate in call with receiver to discuss distributions, processes, and areas of improvement for the team. | 0.70 |
| 10/07/21 | TH | Update Master tracking file to incorporate payments made, IRA custodian updates, and address updates. | 0.80 |
| 10/08/21 | TH | Prep and participate in call with counsel and team regarding status update for the initial distribution. | 0.60 |
| 10/08/21 | TH | Review and produce next IRA custodian payment file. Update IRA payment information in tracker. Incorporate investor direction details into tracker. | 0.70 |
| 10/11/21 | TH | Audit and prepare Batch 3 cash distributions. Incorporate W9 updates, update investor comments and notes, update address tracker, and circulate unpaid investor list to counsel and team. Incorporate all files, audit, and update master tracker. | 1.80 |
| 10/12/21 | TH | Incorporate feedback from counsel and distribute batch 3 distribution list. Update and circulate unpaid investor list. | 0.60 |
| 10/12/21 | TH | Research and prepare investor 48 file for team. Draft email and circulate instructions for further audit and research needed for investor 48. | 0.60 |
| 10/19/21 | TH | Build-out report for Batch payment, cleared check status, and final known address for inclusion into master tracker and second distribution. | 1.70 |
| 10/19/21 | TH | Prep and participate in call with counsel to discuss setting up second distribution model. | 0.40 |
| 10/20/21 | TH | Prepare and audit distribution list for IRA customers where no contact has been made with IRA custodians. Distribute payment file for these FBO checks. | 0.60 |
| 10/20/21 | TH | Work on batch 2 analysis and status reporting for counsel. Update files to incorporate latest round of distributions. Begin to break apart ira/cash investors for analysis. | 1.40 |

**AlixPartners**

N. Neville Reid
Partner
Fox, Swibel, Levin  Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

| Invoice # | 90003004 |
|---|---|
| Re: | Claims Administration and Objections |
| Code: | 20004464P00001.1.5 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 10/21/21 | TH | Update unpaid investor tracker with comments and notes from team and circulate file for follow-up. | 0.40 |
| 10/22/21 | TH | Work on second distribution analysis and status reporting for counsel. Update tracker to incorporate latest payment information for this analysis. | 1.20 |
| 10/25/21 | TH | Work on second distribution analysis and status reporting for counsel. | 0.80 |
| 10/28/21 | TH | Program and continue build out of second distribution file to incorporate latest payments made, checks cashed, and address updates. Circulate latest tracker for missing W9. | 0.90 |
| | | **Total Hours** | **14.70** |

**AlixPartners**

N. Neville Reid
Partner
Fox, Swibel, Levin  Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

Invoice #            90003004

Re:                  Claims Administration and Objections
Code:                20004464P00001.1.5

**Fee Recap :**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Thomas Hofner | 14.70 | 865.00 | 12,715.50 |
| **Total Hours & Fees** | **14.70** | | **12,715.50** |

**Alix**Partners

N. Neville Reid
Partner
Fox, Swibel, Levin  Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

| Invoice: # | 90003004 |
| --- | --- |
| Re: | Billable Expense |
| Code: | 20004464P00001.1.20 |

| Date | Disbursement Description | Amount |
| --- | --- | --- |
| 10/15/21 | Postage/Messenger/Couri-Countdown | 52.80 |
| 10/31/21 | Postage/Messenger/Couri-Countdown | 52.80 |
| | **Total Disbursements** | **105.60** |

**AlixPartners**

January 4, 2022

N. Neville Reid
Partner
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

Inv. No. :      90005198
Customer:      20004464

For Professional Services: November 1, 2021 through November 30, 2021

| Current Charges | | Hours | Rate | Amount |
|---|---|---|---|---|
| Tom Hofner | Director | 19.20 | 865.00 | 16,608.00 |
| Cindy Wan | Vice President | 4.10 | 460.00 | 1,886.00 |
| **Total Hours & Fees** | | **23.30** | | **18,494.00** |
| Expenses | | | | 52.80 |
| **Total Amount Due** | | | **USD** | **18,546.80** |
| Less: Website & Hotline Setup (4.10 hours) | | | | (1,886.00) |
| **Total Amount Due** | | | **USD** | **16,660.80** |
| Less: Blended Rate Adjustment | | | | (6,048.00) |
| **Total Amount Due** | | | **USD** | **10,612.80** |

Payment Terms: Today - Due upon receipt

**Please reference the invoice number noted above on any payment remittance. Thank You.**

# AlixPartners

N. Neville Reid
Partner
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

| Code | Description | Amount |
|------|-------------|--------|
| 20004464P00001.1.4 | Case Administration | 346.00 |
| 20004464P00001.1.5 | Claims Administration and Objections | 16,262.00 |
| 20004464P00001.1.16 | Claimant Website Setup | 1,886.00 |
| **Total Fees Incurred** | | **18,494.00** |

| Expenses | Amount |
|----------|--------|
| Postage/Messenger/Courier | 52.80 |
| **Total Disbursements** | **52.80** |

**AlixPartners**

N. Neville Reid
Partner
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

| | | |
|---|---|---|
| Invoice # | 90005198 | |
| Re: | Case Administration | |
| Code: | 20004464P00001.1.4 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/03/21 | TH | Document review for website update. Coordinate with development team. | 0.40 |
| | | **Total Hours** | **0.40** |

909 Third Avenue    **T** 212.490.2500
New York, NY 10022    **F** 212.490.1344
alixpartners.com

# AlixPartners

N. Neville Reid
Partner
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

| Invoice # | 90005198 |
|---|---|
| Re: | Case Administration |
| Code: | 20004464P00001.1.4 |

**Fee Recap :**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Tom Hofner | 0.40 | 865.00 | 346.00 |
| **Total Hours & Fees** | **0.40** | | **346.00** |

**Alix**Partners

N. Neville Reid
Partner
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

| | |
|---|---|
| Invoice # | 90005198 |
| Re: | Claims Administration and Objections |
| Code: | 20004464P00001.1.5 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/03/21 | TH | Research and report back to receiver on distributions and claim calculations for investors 264 and 265. | 0.50 |
| 11/10/21 | TH | Prep and participate in call with counsel to discuss next distribution, exhibits needed, and rising tide methodology. | 0.80 |
| 11/10/21 | TH | Update claims model and prep data for rising tide methodology. | 0.50 |
| 11/11/21 | TH | Research and correspond with counsel regarding death beneficiaries and transfers noted by IRA custodians. | 0.40 |
| 11/15/21 | TH | Audit rising tide results and build out logic for allocating distribution to multiple IRA and cash/IRA investor accounts. | 1.90 |
| 11/15/21 | TH | Review rising tide results and confirm distribution amounts for GUC, Cash Only, and IRA Only investors. Build out template for exhibits for these groups. | 2.40 |
| 11/15/21 | TH | Update rising tide results into claims model and begin building out requested exhibits to mirror exhibits from first distribution. | 2.30 |
| 11/15/21 | TH | Prepare investor data and load into rising tide model. Review scenario analysis and report back to counsel on investor counts for proposed distribution. | 2.10 |
| 11/16/21 | TH | Format and prep investor and GUC exhibits for turnover to counsel. | 1.70 |
| 11/16/21 | TH | Audit allocation for IRA/Cash and Multiple IRA investor accounts and finalize exhibits for these groups. | 2.50 |
| 11/18/21 | TH | Prep and participate in call with counsel regarding updates to exhibit for distribution motion. Build out exhibit for non-participants to distribution. | 1.10 |
| 11/22/21 | TH | Prep and participate in call with counsel to discuss tax motion and needed exhibit. Also discuss investor 48 claim. | 0.50 |
| 11/23/21 | TH | Review instructions for exhibit updates and review distribution motion. | 0.60 |
| 11/24/21 | TH | Update investor exhibits for second distribution and circulate to counsel. | 0.80 |

909 Third Avenue
New York, NY 10022

**T** 212.490.2500
**F** 212.490.1344
alixpartners.com

**AlixPartners**

N. Neville Reid
Partner
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

| Invoice # | 90005198 |
|---|---|
| Re: | Claims Administration and Objections |
| Code: | 20004464P00001.1.5 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/30/21 | TH | Research investor 611 and beneficiary that funded account, research investor 598, and report findings back to counsel. | 0.70 |
| | | **Total Hours** | **18.80** |

909 Third Avenue    **T** 212.490.2500
New York, NY 10022    **F** 212.490.1344
alixpartners.com

**Alix**Partners

N. Neville Reid
Partner
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

Invoice #            90005198

Re:                  Claims Administration and Objections

Code:                20004464P00001.1.5

**Fee Recap :**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Tom Hofner | 18.80 | 865.00 | 16,262.00 |
| **Total Hours & Fees** | **18.80** | | **16,262.00** |

909 Third Avenue    **T** 212.490.2500
New York, NY 10022    **F** 212.490.1344
alixpartners.com

**AlixPartners**

N. Neville Reid
Partner
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

| | | |
|---|---|---|
| Invoice # | 90005198 | |
| Re: | Claimant Website Setup | |
| Code: | 20004464P00001.1.16 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/03/21 | CW | Update, remove, and embed new PDF documents to homepage and back up to key documents page on website; Draft email notifcation. | 2.10 |
| 11/05/21 | CW | Draft and send email notifcation regarding embedded PDFs. | 0.90 |
| 11/09/21 | CW | Update homepage embedded document on web portal. | 1.10 |
| | | **Total Hours** | **4.10** |

**AlixPartners**

N. Neville Reid
Partner
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

| | |
|---|---|
| Invoice # | 90005198 |
| Re: | Claimant Website Setup |
| Code: | 20004464P00001.1.16 |

**Fee Recap :**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Cindy Wan | 4.10 | 460.00 | 1,886.00 |
| **Total Hours & Fees** | **4.10** | | **1,886.00** |

909 Third Avenue    **T** 212.490.2500
New York, NY 10022   **F** 212.490.1344
                     **alixpartners.com**

# **Alix**Partners

N. Neville Reid
Partner
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

| | | |
|---|---|---|
| Invoice: # | 90005198 | |
| Re: | Billable Expense | |
| Code: | 20004464P00001.1.20 | |

| Date | Disbursement Description | Amount |
|---|---|---|
| 11/30/21 | Postage/Messenger/Couri-Countdown | 52.80 |
| | **Total Disbursements** | **52.80** |

# AlixPartners

January 21, 2022

N. Neville Reid
Partner
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

Inv. No. :     90006385
Customer:     20004464

For Professional Services: December 1, 2021 through December 31, 2021

| Current Charges | | Hours | Rate | Amount |
|---|---|---|---|---|
| Tom Hofner | Director | 28.20 | 865.00 | 24,393.00 |
| Cindy Wan | Vice President | 2.10 | 460.00 | 966.00 |
| **Total Hours & Fees** | | **30.30** | | **25,359.00** |
| Expenses | | | | 234.00 |
| **Total Amount Due** | | | **USD** | **25,593.00** |
| Less:  Website & Hotline Setup (2.10) | | | | (966.00) |
| **Total Amount Due** | | | **USD** | **24,627.00** |
| Less:  Blended Rate Adjustment | | | | (8,883.00) |
| **Total Amount Due** | | | **USD** | **15,744.00** |

Payment Terms: Today - Due upon receipt

**Please reference the invoice number noted above on any payment remittance. Thank You.**

909 Third Avenue          **T** 212.490.2500
New York, NY 10022     **F** 212.490.1344
                                    **alixpartners.com**

**AlixPartners**

N. Neville Reid
Partner
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

| Code | Description | Amount |
|------|-------------|--------|
| 20004464P00001.1.4 | Case Administration | 778.50 |
| 20004464P00001.1.5 | Claims Administration and Objections | 23,614.50 |
| 20004464P00001.1.16 | Claimant Website Setup | 966.00 |
| **Total Fees Incurred** | | **25,359.00** |

| Expenses | Amount |
|----------|--------|
| Postage/Messenger/Courier | 234.00 |
| **Total Disbursements** | **234.00** |

909 Third Avenue        **T** 212.490.2500
New York, NY 10022     **F** 212.490.1344
                       **alixpartners.com**

**AlixPartners**

N. Neville Reid
Partner
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

| | |
|---|---|
| Invoice # | 90006385 |
| Re: | Case Administration |
| Code: | 20004464P00001.1.4 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/01/21 | TH | Review docs for update to Receiver website. | 0.30 |
| 12/03/21 | TH | Review documents and website and coordinate updates with developers. | 0.60 |
| | | **Total Hours** | **0.90** |

**Alix**Partners

N. Neville Reid
Partner
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

Invoice #               90006385

Re:                     Case Administration
Code:                   20004464P00001.1.4

**Fee Recap :**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Tom Hofner | 0.90 | 865.00 | 778.50 |
| **Total Hours & Fees** | **0.90** | | **778.50** |

# AlixPartners

N. Neville Reid
Partner
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

| | |
|---|---|
| Invoice # | 90006385 |
| Re: | Claims Administration and Objections |
| Code: | 20004464P00001.1.5 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/01/21 | TH | Create exhibits for counsel with investor names to assist with investor calls. | 0.40 |
| 12/01/21 | TH | Update and merge multiple data sources to create one investor file for noticing purposes. | 1.10 |
| 12/02/21 | TH | Prepare and review multiple exhibits for tax and property refund motions to be filed by counsel. Include versions with investor names for assistance with investor calls. | 0.80 |
| 12/02/21 | TH | Coordinate with counsel and update noticing list to incorporate latest updates from disparate sources. | 2.30 |
| 12/03/21 | TH | Research and report back on claim status for investor 851. | 0.30 |
| 12/08/21 | TH | Research and report on investor 743 for counsel. | 0.50 |
| 12/08/21 | TH | Research investor 883 and any investor direction given. | 0.20 |
| 12/08/21 | TH | Review documentation and narrative for counsel and IRS documents. | 0.20 |
| 12/13/21 | TH | Research investor 218 and report to counsel on nature of transactions, compare claim to NOID, and explain current return on cash in. | 0.60 |
| 12/13/21 | TH | Prepare data for next distribution into the appropriate distribution bucket of cash, cash/IRA, or IRA only. | 2.30 |
| 12/13/21 | TH | Build out and audit investor direction table and implement into distribution. | 0.80 |
| 12/14/21 | TH | Investigate investor 851, calculate first and second distribution amounts, research and confirm IRA account numbers with IRA custodian. | 0.90 |
| 12/14/21 | TH | Run analytics and audit results for IRA Only investors and incorporate address information. | 0.90 |
| 12/14/21 | TH | Run analytics and audit results for Cash Only investors and incorporate address information. | 1.10 |
| 12/14/21 | TH | Run analytics for IRA/Cash Investors and audit results. Incorporate address information. | 1.40 |
| 12/15/21 | TH | Prepare and QC files for cash distribution checks to be written and servicing file for mailings. | 1.10 |
| 12/15/21 | TH | Research investor direction for investor 218 and 260. Report findings back to counsel and incorporate new directions into model. | 0.40 |

# AlixPartners

N. Neville Reid
Partner
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

| | |
|---|---|
| Invoice # | 90006385 |
| Re: | Claims Administration and Objections |
| Code: | 20004464P00001.1.5 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/15/21 | TH | Prep and participate in team call with counsel to discuss pending distribution and mechanics for executing. | 0.80 |
| 12/16/21 | TH | Research investor 260 and 634 and report to counsel on payment status. | 0.40 |
| 12/16/21 | TH | Prep and participate in call with counsel to discuss investor checks to be cut by bank. | 0.40 |
| 12/16/21 | TH | Research responses and forward to counsel regarding noticing files and tax refund motion. | 0.20 |
| 12/17/21 | TH | Review question from counsel and respond to differences for investor 820 and 821 and explain tax withholdings. | 0.40 |
| 12/17/21 | TH | Research check amounts to be written for investor 852 for first and second distribution. | 0.10 |
| 12/20/21 | TH | Review details for investor 802, 926, and 945 and review finders fees, respond to inquiry from Receiver and offer opinion on claim settlement. | 0.60 |
| 12/21/21 | TH | Create payment schedule for investor 851 checks and wires to account for first and second distribution. | 0.40 |
| 12/21/21 | TH | Prep and audit IRA custodian files to be sent for wire distributions. | 1.40 |
| 12/21/21 | TH | Create FBO file and audit against investor directions. | 0.90 |
| 12/21/21 | TH | Update Master file for second distribution and ready for next distribution. | 1.50 |
| 12/22/21 | TH | Update and prepare final wire files for IRA custodians based on feedback from counsel and team. | 2.40 |
| 12/22/21 | TH | Research investor 38 remaining claim amount after distributions for IRA component and report back to Receiver and custodian. | 0.40 |
| 12/22/21 | TH | Discuss insider claims and payment status with Receiver. | 0.30 |
| 12/23/21 | TH | Prepare and discuss insider claims with Receiver. | 0.60 |
| 12/27/21 | TH | Review comments from IRA custodian and update notes accordingly in Master file. | 0.70 |
| 12/28/21 | TH | Discuss IRA wires with Receiver and follow-up with custodian. | 0.30 |
| 12/29/21 | TH | Review investor direction for investors 775 and 844. Report back to counsel. | 0.20 |

**AlixPartners**

N. Neville Reid
Partner
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

| | |
|---|---|
| Invoice # | 90006385 |
| Re: | Claims Administration and Objections |
| Code: | 20004464P00001.1.5 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | **Total Hours** | **27.30** |

# AlixPartners

N. Neville Reid
Partner
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

| | |
|---|---|
| Invoice # | 90006385 |
| Re: | Claims Administration and Objections |
| Code: | 20004464P00001.1.5 |

**Fee Recap :**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Tom Hofner | 27.30 | 865.00 | 23,614.50 |
| **Total Hours & Fees** | **27.30** | | **23,614.50** |

909 Third Avenue    **T** 212.490.2500
New York, NY 10022   **F** 212.490.1344
**alixpartners.com**

# AlixPartners

N. Neville Reid
Partner
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

| | |
|---|---|
| Invoice # | 90006385 |
| Re: | Claimant Website Setup |
| Code: | 20004464P00001.1.16 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/03/21 | CW | Update embedded HTML documents on homepage and load removed items to Key Documents on web portal; Compose and send out email notification to registered users. | 2.10 |
| | | **Total Hours** | **2.10** |

# AlixPartners

N. Neville Reid
Partner
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

Invoice #          90006385

Re:                Claimant Website Setup

Code:              20004464P00001.1.16

**Fee Recap :**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Cindy Wan | 2.10 | 460.00 | 966.00 |
| **Total Hours & Fees** | **2.10** | | **966.00** |

# **Alix**Partners

N. Neville Reid
Partner
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

| | |
|---|---|
| Invoice: # | 90006385 |
| Re: | Billable Expense |
| Code: | 20004464P00001.1.20 |

| Date | Disbursement Description | Amount |
|---|---|---|
| 12/01/21 | Postage/Messenger/Couri-Eagle Postal Center Uptown-6 month Postal Box rental fee | 168.00 |
| 12/31/21 | Postage/Messenger/Couri-Countdown | 66.00 |
| | **Total Disbursements** | **234.00** |

## **EXHIBIT N**

[Dickler Kahn Invoices for October 2021 through December 2021]

(see attached)

# DICKLER, KAHN, SLOWIKOWSKI & ZAVELL, LTD.

ATTORNEYS AND COUNSELORS

SUITE 420

85 WEST ALGONQUIN ROAD

ARLINGTON HEIGHTS, ILLINOIS 60005-4424

TELEPHONE (847) 593-5595
FAX (847) 593-5632
WEBSITE: www.dicklerlaw.com

N. NEVILLE REID as RECEIVER
200 W. MADISON ST., SUITE #3000
CHICAGO IL 60606

Page: 1
11/01/2021
ACCOUNT NO: 220027M

ATTN: RYAN SCHULTZ

| PREVIOUS BALANCE | FEES | COSTS | ADVANCES | PAYMENTS | BALANCE DUE |
|---|---|---|---|---|---|
| 220027-0003 480-486 Lakeshore - Palatine Development CV (Reg) | | | | | |
| 450.00 | 240.00 | 0.00 | 0.00 | 0.00 | $690.00 |
| 220027-0004 441-447 Lakeshore - Palatine Development CV (Reg) | | | | | |
| 630.00 | 0.00 | 0.00 | 0.00 | -630.00 | $0.00 |
| 1,080.00 | 240.00 | 0.00 | 0.00 | -630.00 | $690.00 |

*This is attorney/client privileged communication*
*It is a report on services rendered and a statement*

### DICKLER, KAHN, SLOWIKOWSKI & ZAVELL, LTD.

ATTORNEYS AND COUNSELORS

SUITE 420

85 WEST ALGONQUIN ROAD

ARLINGTON HEIGHTS, ILLINOIS 60005-4424

TELEPHONE (847) 593-5595
FAX (847) 593-5632
WEBSITE: www.dicklerlaw.com

N. NEVILLE REID as RECEIVER
200 W. MADISON ST., SUITE #3000
CHICAGO IL 60606

Page: 1
11/01/2021
ACCOUNT NO: 220027-0003M
INVOICE NO: 15

ATTN: RYAN SCHULTZ

480-486 Lakeshore - Palatine Development  CV (Reg)

|  |  | HOURS |  |
|---|---|---|---|
| 10/27/2021 | Prepare and send email inquiring if financials have turned over; review reply that they have not. | | |
| 10/28/2021 | Review various emails from homeowners inquiring about turnover (.1); review owner email regarding leak at property and inquiry on status (.1); review replies from C. Higgins and waiting for approval and direction from receiver (.1). | | |
| 10/29/2021 | Review additional emails from homeowners inquiring on turnover (.1); prepare email to Attorney Shellenback with update . (.1) | | |
| | | 0.80 | 240.00 |
| | CURRENT FEES BILLED SUB-TOTAL | 0.80 | 240.00 |
| | **TOTAL CURRENT BILLED & DUE** | | 240.00 |
| | PREVIOUS BALANCE | | $450.00 |
| | BALANCE DUE | | $690.00 |

*This is attorney/client privileged communication*
*It is a report on services rendered and a statement*

# DICKLER, KAHN, SLOWIKOWSKI & ZAVELL, LTD.

ATTORNEYS AND COUNSELORS

SUITE 420

85 WEST ALGONQUIN ROAD

ARLINGTON HEIGHTS, ILLINOIS 60005-4424

TELEPHONE (847) 593-5595
FAX (847) 593-5632
WEBSITE: www.dicklerlaw.com

N. NEVILLE REID as RECEIVER
200 W. MADISON ST., SUITE #3000
CHICAGO IL 60606

ATTN: RYAN SCHULTZ

Page: 1
11/01/2021
ACCOUNT NO: 220027-0004M
INVOICE NO: 14

441-447 Lakeshore - Palatine Development CV (Reg)

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $630.00 |
| 10/14/2021 | FEE PAYMENT | -630.00 |
| | BALANCE DUE | $0.00 |

*This is attorney/client privileged communication*
*It is a report on services rendered and a statement*

## DICKLER, KAHN, SLOWIKOWSKI & ZAVELL, LTD.

ATTORNEYS AND COUNSELORS

SUITE 420

85 WEST ALGONQUIN ROAD

ARLINGTON HEIGHTS, ILLINOIS 60005-4424

TELEPHONE (847) 593-5595
FAX (847) 593-5632
WEBSITE: www.dicklerlaw.com

Page: 1
12/01/2021
ACCOUNT NO: 220027-0003M
INVOICE NO: 16

N. NEVILLE REID as RECEIVER
200 W. MADISON ST., SUITE #3000
CHICAGO IL 60606

ATTN: RYAN SCHULTZ

480-486 Lakeshore - Palatine Development  CV (Reg)

| | | Rate | HOURS | |
|---|---|---|---|---|
| 11/01/2021 | JAS Review email from C. Higgins to receiver and reply regarding turnover of financials and funds. | 300.00 | 0.10 | 30.00 |
| 11/03/2021 | JAS Review file for information requested by C. Higgins for turnover and prepare send email to forward information. | 300.00 | 0.20 | 60.00 |
| | CURRENT FEES BILLED SUB-TOTAL | | 0.30 | 90.00 |

RECAP

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| JAMES A. SLOWIKOWSKI | 0.30 | $300.00 | $90.00 |

| | |
|---|---|
| **TOTAL CURRENT BILLED & DUE** | 90.00 |
| PREVIOUS BALANCE | $690.00 |
| BALANCE DUE | $780.00 |

*This is attorney/client privileged communication*
*It is a report on services rendered and a statement*

## DICKLER, KAHN, SLOWIKOWSKI & ZAVELL, LTD.

ATTORNEYS AND COUNSELORS

SUITE 420

85 WEST ALGONQUIN ROAD

ARLINGTON HEIGHTS, ILLINOIS 60005-4424

TELEPHONE (847) 593-5595
FAX (847) 593-5632
WEBSITE: www.dicklerlaw.com

N. NEVILLE REID as RECEIVER
200 W. MADISON ST., SUITE #3000
CHICAGO IL 60606

Page: 1
01/01/2022
ACCOUNT NO: 220027M

ATTN: RYAN SCHULTZ

| PREVIOUS BALANCE | FEES | COSTS | ADVANCES | PAYMENTS | BALANCE DUE |
|---|---|---|---|---|---|
| 220027-0003 480-486 Lakeshore - Palatine Development CV (Reg) | | | | | |
| 780.00 | 270.00 | 0.00 | 0.00 | -450.00 | $600.00 |
| 220027-0004 441-447 Lakeshore - Palatine Development CV (Reg) | | | | | |
| 0.00 | 210.00 | 0.00 | 0.00 | 0.00 | $210.00 |
| 780.00 | 480.00 | 0.00 | 0.00 | -450.00 | $810.00 |

*This is attorney/client privileged communication*
*It is a report on services rendered and a statement*

# DICKLER, KAHN, SLOWIKOWSKI & ZAVELL, LTD.

ATTORNEYS AND COUNSELORS

SUITE 420

85 WEST ALGONQUIN ROAD

ARLINGTON HEIGHTS, ILLINOIS 60005-4424

TELEPHONE (847) 593-5595
FAX (847) 593-5632
WEBSITE: www.dicklerlaw.com

N. NEVILLE REID as RECEIVER
200 W. MADISON ST., SUITE #3000
CHICAGO IL 60606

Page: 1
01/01/2022
ACCOUNT NO: 220027-0003M
INVOICE NO: 17

ATTN: RYAN SCHULTZ

480-486 Lakeshore - Palatine Development  CV (Reg)

| | | Rate | HOURS | |
|---|---|---|---|---|
| 12/15/2021 | JAS Review email from Attorney Alexander regarding petition for tax parcels and lack of response from County. | 300.00 | 0.10 | 30.00 |
| 12/17/2021 | JAS Prepare email to S. Shellenback and forward email from K. Alexander. | 300.00 | 0.10 | 30.00 |
| 12/27/2021 | JAS Telephone call with Receiver and C. Higgins regarding still waiting for county to complete tax divisions and we are to pick this up from prior attorney and follow up with county; discuss plan to complete turnover while the division is still pending. Prepare and send email to Attorney K. Alexander and ask for copies of tax division petitions (.1); review response email and review partial information provided and reply to forward the remainder (.1) | 300.00 | 0.40 | 120.00 |
| 12/28/2021 | JAS Prepare email to C. Higgins regarding sending initial communication to owners that completing turnover shortly and we will prepare letter regarding status of tax parcel division which can be provided when records turned over; she agreed. | 300.00 | 0.10 | 30.00 |
| 12/30/2021 | JAS Review property tax petition and prepare and send email to K. Donahue at County Assessor regarding same and asking for update on status so it can be completed. | 300.00 | 0.20 | 60.00 |
| | CURRENT FEES BILLED SUB-TOTAL | | 0.90 | 270.00 |

RECAP

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| JAMES A. SLOWIKOWSKI | 0.90 | $300.00 | $270.00 |

# DICKLER, KAHN, SLOWIKOWSKI & ZAVELL, LTD.

ATTORNEYS AND COUNSELORS

SUITE 420

85 WEST ALGONQUIN ROAD

ARLINGTON HEIGHTS, ILLINOIS 60005-4424

TELEPHONE (847) 593-5595
FAX (847) 593-5632
WEBSITE: www.dicklerlaw.com

N. NEVILLE REID as RECEIVER

480-486 Lakeshore - Palatine Development  CV (Reg)

|  |  |
|---|---|
| Page: | 2 |
| | 01/01/2022 |
| ACCOUNT NO: | 220027-0003M |
| INVOICE NO: | 17 |

| | |
|---|---|
| **TOTAL CURRENT BILLED & DUE** | 270.00 |
| PREVIOUS BALANCE | $780.00 |

12/23/2021   FEE PAYMENT                                      -450.00

BALANCE DUE                                                   $600.00

*This is attorney/client privileged communication*
*It is a report on services rendered and a statement*

# DICKLER, KAHN, SLOWIKOWSKI & ZAVELL, LTD.

ATTORNEYS AND COUNSELORS

SUITE 420

85 WEST ALGONQUIN ROAD

ARLINGTON HEIGHTS, ILLINOIS 60005-4424

TELEPHONE (847) 593-5595
FAX (847) 593-5632
WEBSITE: www.dicklerlaw.com

N. NEVILLE REID as RECEIVER
200 W. MADISON ST., SUITE #3000
CHICAGO IL 60606

Page: 1
01/01/2022
ACCOUNT NO: 220027-0004M
INVOICE NO: 15

ATTN: RYAN SCHULTZ

441-447 Lakeshore - Palatine Development CV (Reg)

|  |  | Rate | HOURS |  |
|---|---|---|---|---|
| 12/27/2021 | JAS Telephone call with Receiver and C. Higgins regarding still waiting for county to complete tax divisions and we are to pick this up from prior attorney and follow up with county; discuss plan to complete turnover while the division is still pending. Prepare and send email to Attorney K. Alexander and ask for copies of tax division petitions (.1); review response email and review and partial information provided and reply to forward the remainder (.1) | 300.00 | 0.40 | 120.00 |
| 12/28/2021 | JAS Prepare email to C. Higgins regarding sending initial communication to owners that completing turnover shortly and we will prepare letter regarding status of tax parcel division which can be provided when records turned over; she agreed. | 300.00 | 0.10 | 30.00 |
| 12/30/2021 | JAS Review property tax petition and prepare and sent email to K. Donahue at County Assessor regarding same and asking for update on status so it can be completed. | 300.00 | 0.20 | 60.00 |
|  | CURRENT FEES BILLED SUB-TOTAL |  | 0.70 | 210.00 |

RECAP

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| JAMES A. SLOWIKOWSKI | 0.70 | $300.00 | $210.00 |

**TOTAL CURRENT BILLED & DUE**     210.00

BALANCE DUE     $210.00

**EXHIBIT O**

[ALAP Invoice for October 2021 through December 2021]

(see attached)

**ALAP Limited**
Michael A. Pazur, CPA
3511 Elsie Lane
Hoffman Estates, IL  60192

# Invoice

**Invoice #:** 2112076
**Invoice Date:** 12/31/2021
**Due Date:** 1/30/2022

**Bill To:**

Northridge Holdings, Ltd - Receivership
1020 W Fullerton Avenue
Suite G
Addison, IL 60101

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 10/04/2021 – 610 Lincoln LP – Prepare proposed adjusting journal entries and prepare "For Illustration Purposes Only" amended 2019 return to match the 2020 treatment of sale proceeds transferred to receivership on property sales and telephone coordination with Lois West (12 minutes) on the same | 2.00 | 200.00 | 400.00 |
| 10/05/2021 – 610 Lincoln LP – Telephone coordination with Lois West (6 minutes) on electronically filing the 2019 amended return, waiting to file amended Illinois return, and issuing amended Schedule K-1s to investors | 0.10 | 200.00 | 20.00 |
| 10/08/2021 – Northridge Holdings Ltd – Conference call with Lois West, FSLC attorneys, and Julia Damasco for weekly tax matters check in (14 minutes) and post call with Neville Reid regarding C corporation filing schedule (10 minutes) | 0.40 | 200.00 | 80.00 |
| 10/13/2021 – Northridge Holdings Ltd – Review final version of tax return adjusted by Lois West | 0.15 | 200.00 | 30.00 |
| 10/13/2021 – Amberwood Holdings Ltd – Review final version of tax return adjusted by Lois West | 0.15 | 200.00 | 30.00 |
| 10/15/2021 – Northridge Holdings Ltd – Telephone meeting with Lois West (18 minutes) on treatment of historically accrued interest on IRA CD note holders in C corporations after receivership appointment | 0.30 | 200.00 | 60.00 |

Please make check payable to ALAP Limited
Thank you

**Total**

**ALAP Limited**
Michael A. Pazur, CPA
3511 Elsie Lane
Hoffman Estates, IL  60192

# Invoice

| | |
|---:|:---|
| **Invoice #:** | 2112076 |
| **Invoice Date:** | 12/31/2021 |
| **Due Date:** | 1/30/2022 |

**Bill To:**

Northridge Holdings, Ltd - Receivership
1020 W Fullerton Avenue
Suite G
Addison, IL 60101

| Description | Hours/Qty | Rate | Amount |
|---|---:|---:|---:|
| 10/26/2021 – Northridge Holdings Ltd  – Telephone meetings with Lois West (17 minutes) and Carol Higgins (6 minutes) for planning work on 2019 and 2020 C corporation tax preparations | 0.40 | 200.00 | 80.00 |
| 10/26/2021 – Southridge Holdings Ltd – Southridge Holdings Ltd – Prepare 2018 proposed adjusting journal entries for Carol Higgins, review and adjust trial balance after adjustment by Carol Higgins, prepare 2018 "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120, and provide 2018 work papers, trial balance, notes, and "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to Lois West | 0.65 | 200.00 | 130.00 |
| 10/28/2021 – Northridge Holdings Ltd  – Telephone meeting with Lois West (16 minutes) to coordinate C corporation tax return preparation for 2019 and 2020 | 0.30 | 200.00 | 60.00 |
| 10/28/2021 – Guardian Investment Group Ltd – Prepare 2019 proposed adjusting journal entries for Carol Higgins, review and adjust trial balance after adjustment by Carol Higgins, prepare 2019 "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120, and provide 2019 work papers, trial balance, notes, and "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to Lois West | 2.25 | 200.00 | 450.00 |
| 10/28/2021 – Brookstone Investment Group Ltd – Prepare 2019 proposed adjusting journal entries for Carol Higgins, review and adjust trial balance after adjustment by Carol Higgins, prepare 2019 "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120, and provide 2019 work papers, trial balance, notes, and "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to Lois West | 2.75 | 200.00 | 550.00 |

Please make check payable to ALAP Limited
Thank you

**Total**

**ALAP Limited**
Michael A. Pazur, CPA
3511 Elsie Lane
Hoffman Estates, IL  60192

# Invoice

**Invoice #:** 2112076
**Invoice Date:** 12/31/2021
**Due Date:** 1/30/2022

**Bill To:**

Northridge Holdings, Ltd - Receivership
1020 W Fullerton Avenue
Suite G
Addison, IL 60101

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 10/28/2021 – Unity Investment Group Ltd – Prepare 2019 proposed adjusting journal entries for Carol Higgins, review and adjust trial balance after adjustment by Carol Higgins, prepare 2019 "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120, and provide 2019 work papers, trial balance, notes, and "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to Lois West | 3.65 | 200.00 | 730.00 |
| 10/28/2021 – Eastridge Holdings Ltd – Prepare 2019 proposed adjusting journal entries for Carol Higgins, review and adjust trial balance after adjustment by Carol Higgins, prepare 2019 "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120, and provide 2019 work papers, trial balance, notes, and "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to Lois West | 1.25 | 200.00 | 250.00 |
| 10/28/2021 – Southridge Holdings Ltd – Prepare 2019 proposed adjusting journal entries for Carol Higgins, review and adjust trial balance after adjustment by Carol Higgins, prepare 2019 "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120, and provide 2019 work papers, trial balance, notes, and "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to Lois West | 1.25 | 200.00 | 250.00 |
| 10/28/2021 – Town Square Management Ltd – Prepare payroll tax returns for the quarter ended September 30, 2021 | 0.40 | 200.00 | 80.00 |
| 10/29/2021 – Northridge Holdings Ltd – Prepare payroll tax returns for the quarter ended September 30, 2021 | 0.35 | 200.00 | 70.00 |

Please make check payable to ALAP Limited
Thank you

**Total**

**ALAP Limited**
Michael A. Pazur, CPA
3511 Elsie Lane
Hoffman Estates, IL  60192

# Invoice

**Invoice #:** 2112076
**Invoice Date:** 12/31/2021
**Due Date:** 1/30/2022

**Bill To:**

Northridge Holdings, Ltd - Receivership
1020 W Fullerton Avenue
Suite G
Addison, IL 60101

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 10/29/2021 – Northridge Holdings Ltd  – Telephone meeting with Lois West (25 minutes) to review C corporation tax returns for 2019 to proceed to 2020 returns | 0.45 | 200.00 | 90.00 |
| 10/29/2021 – Town Square Management Ltd – On-site accounting work at Addison office with Carol Higgins to review and adjust her QuickBooks file for 2014 through current | 3.75 | 200.00 | 750.00 |
| 10/29/2021 – Northridge Holdings Ltd  – Telephone meeting with Lois West (20 minutes) to discuss passive activity loss limitations on C corporation tax returns for 2019 | 0.35 | 200.00 | 70.00 |
| 10/30/2021 – Northridge Holdings Ltd  – Prepare and send historical passive activity loss limitation worksheets to Lois West for C corporation tax returns for 2019 | 0.35 | 200.00 | 70.00 |
| 11/01/2021 – Guardian Investment Group Ltd – Prepare 2020 proposed adjusting journal entries for Carol Higgins | 1.25 | 200.00 | 250.00 |
| 11/01/2021 – Brookstone Investment Group Ltd – Prepare 2019 proposed adjusting journal entries for Carol Higgins | 0.85 | 200.00 | 170.00 |
| 11/01/2021 – Unity Investment Group Ltd – Prepare 2019 proposed adjusting journal entries for Carol Higgins | 0.70 | 200.00 | 140.00 |

Please make check payable to ALAP Limited
Thank you

**Total**

**ALAP Limited**
Michael A. Pazur, CPA
3511 Elsie Lane
Hoffman Estates, IL  60192

# Invoice

**Invoice #:** 2112076
**Invoice Date:** 12/31/2021
**Due Date:** 1/30/2022

**Bill To:**

Northridge Holdings, Ltd - Receivership
1020 W Fullerton Avenue
Suite G
Addison, IL 60101

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 11/01/2021 – Guardian Investment Group Ltd – Review and adjust trial balance after adjustment by Carol Higgins, prepare 2020 "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120, and provide 2020 work papers, trial balance, notes, and "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to Lois West | 1.25 | 200.00 | 250.00 |
| 11/01/2021 – Brookstone Investment Group Ltd – Review and adjust trial balance after adjustment by Carol Higgins, prepare 2020 "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120, and provide 2020 work papers, trial balance, notes, and "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to Lois West | 0.85 | 200.00 | 170.00 |
| 11/01/2021 – Eastridge Holdings Ltd – Prepare 2020 proposed adjusting journal entries for Carol Higgins, review and adjust trial balance after adjustment by Carol Higgins, prepare 2020 "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120, and provide 2020 work papers, trial balance, notes, and "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to Lois West | 0.65 | 200.00 | 130.00 |
| 11/01/2021 – Unity Investment Group Ltd – Review and adjust trial balance after adjustment by Carol Higgins, prepare 2020 "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120, and provide 2020 work papers, trial balance, notes, and "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to Lois West | 0.80 | 200.00 | 160.00 |

Please make check payable to ALAP Limited
Thank you

**Total**

**ALAP Limited**
Michael A. Pazur, CPA
3511 Elsie Lane
Hoffman Estates, IL  60192

# Invoice

**Invoice #:** 2112076
**Invoice Date:** 12/31/2021
**Due Date:** 1/30/2022

**Bill To:**

Northridge Holdings, Ltd - Receivership
1020 W Fullerton Avenue
Suite G
Addison, IL 60101

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 11/01/2021 – Southridge Holdings Ltd – Prepare 2020 proposed adjusting journal entries for Carol Higgins, review and adjust trial balance after adjustment by Carol Higgins, prepare 2020 "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120, and provide 2020 work papers, trial balance, notes, and "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to Lois West | 0.25 | 200.00 | 50.00 |
| 11/02/2021 – Town Square Management Ltd – Prepare 2018 proposed adjusting journal entries for Carol Higgins, review and adjust trial balance after adjustment by Carol Higgins, prepare 2015 "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120, and provide 2015 work papers, trial balance, notes, and "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to Lois West | 0.75 | 200.00 | 150.00 |
| 11/02/2021 – Town Square Management Ltd – Prepare 2018 proposed adjusting journal entries for Carol Higgins, review and adjust trial balance after adjustment by Carol Higgins, prepare 2016 "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120, and provide 2016 work papers, trial balance, notes, and "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to Lois West | 1.25 | 200.00 | 250.00 |
| 11/02/2021 – Town Square Management Ltd – Prepare 2018 proposed adjusting journal entries for Carol Higgins, review and adjust trial balance after adjustment by Carol Higgins, prepare 2017  "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120, and provide 2017 work papers, trial balance, notes, and "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to Lois West | 1.10 | 200.00 | 220.00 |

Please make check payable to ALAP Limited
Thank you

**Total**

**ALAP Limited**
Michael A. Pazur, CPA
3511 Elsie Lane
Hoffman Estates, IL  60192

# Invoice

**Invoice #:** 2112076
**Invoice Date:** 12/31/2021
**Due Date:** 1/30/2022

**Bill To:**

Northridge Holdings, Ltd - Receivership
1020 W Fullerton Avenue
Suite G
Addison, IL 60101

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 11/02/2021 – Town Square Management Ltd – Prepare 2018 proposed adjusting journal entries for Carol Higgins, review and adjust trial balance after adjustment by Carol Higgins, prepare 2018 "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120, and provide 2018 work papers, trial balance, notes, and "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to Lois West | 1.15 | 200.00 | 230.00 |
| 11/02/2021 – Northridge Holdings Ltd – Conference call with Lois West, FSLC attorneys, and Julia Damasco for weekly tax matters check in (70 minutes) and post call with Lois West (13 minutes) | 1.40 | 200.00 | 280.00 |
| 11/02/2021 – Town Square Management Ltd – Prepare 2019 proposed adjusting journal entries for Carol Higgins, review and adjust trial balance after adjustment by Carol Higgins, prepare 2019 "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120, and provide 2019 work papers, trial balance, notes, and "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to Lois West | 1.00 | 200.00 | 200.00 |
| 11/02/2021 – Town Square Management Ltd – Prepare 2020 proposed adjusting journal entries for Carol Higgins, review and adjust trial balance after adjustment by Carol Higgins, prepare 2020 "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120, and provide 2020 work papers, trial balance, notes, and "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to Lois West | 1.05 | 200.00 | 210.00 |
| 11/03/2021 – Town Square Management Ltd  – Telephone meetings with Lois West (30 Minutes) to discuss state tax accrual adjustment for 2016 through 2020 | 0.50 | 200.00 | 100.00 |

Please make check payable to ALAP Limited
Thank you

**Total**

**ALAP Limited**
Michael A. Pazur, CPA
3511 Elsie Lane
Hoffman Estates, IL  60192

# Invoice

| | |
|---|---|
| **Invoice #:** | 2112076 |
| **Invoice Date:** | 12/31/2021 |
| **Due Date:** | 1/30/2022 |

**Bill To:**

Northridge Holdings, Ltd - Receivership
1020 W Fullerton Avenue
Suite G
Addison, IL 60101

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 11/03/2021 – Town Square Management Ltd – Revise and adjust 2016 "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to account for state tax accruals and revised "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to Lois West | 0.50 | 200.00 | 100.00 |
| 11/03/2021 – Town Square Management Ltd – Revise and adjust 2017 "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to account for state tax accruals and revised "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to Lois West | 0.50 | 200.00 | 100.00 |
| 11/03/2021 – Town Square Management Ltd – Revise and adjust 2018 "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to account for state tax accruals and revised "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to Lois West | 0.50 | 200.00 | 100.00 |
| 11/03/2021 – Town Square Management Ltd – Revise and adjust 2019 "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to account for state tax accruals and revised "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to Lois West | 0.50 | 200.00 | 100.00 |
| 11/03/2021 – Town Square Management Ltd – Revise and adjust 2020 "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to account for state tax accruals and revised "For Illustration Purposes Only" version of federal 1120 and Illinois IL-1120 to Lois West | 0.50 | 200.00 | 100.00 |
| 11/03/2021 – Town Square Management Ltd – Prepare payroll tax returns for the quarter ended December 31, 2021 and coordinate with Carol Higgins on available funds to pay all payroll taxes in calendar year 2021 | 0.80 | 200.00 | 160.00 |

Please make check payable to ALAP Limited
Thank you

**Total**

**ALAP Limited**
Michael A. Pazur, CPA
3511 Elsie Lane
Hoffman Estates, IL  60192

# Invoice

**Invoice #:** 2112076
**Invoice Date:** 12/31/2021
**Due Date:** 1/30/2022

**Bill To:**

Northridge Holdings, Ltd - Receivership
1020 W Fullerton Avenue
Suite G
Addison, IL 60101

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 11/17/2021 – Lake Shore Drive Condo Associations – Telephone meeting with Carol Higgins (7 minutes) to discuss close-out and reconciliation of association dues in arrears to turn over association to new managers by preparing a spreadsheet of all historical assessments and payments back to 2006 for both condo associations | 0.40 | 200.00 | 80.00 |
| 11/24/2021 – Northridge Holdings Ltd – Telephone meeting with Lois West (16 minutes) to discuss 2021 engagement planning and utilization of Carol Higgins | 0.25 | 200.00 | 50.00 |
| 11/29/2021 – Amberwood Holdings Ltd – Telephone meeting with Lois West (77 minutes) to discuss historical partner tax basis | 1.30 | 200.00 | 260.00 |
| 12/08/2021 – Northridge Holdings Ltd – Telephone meeting with Lois West (12 minutes) to discuss closing agreement draft | 0.20 | 200.00 | 40.00 |
| 12/08/2021 – Northridge Holdings Ltd – Review and redline closing agreement draft | 1.25 | 200.00 | 250.00 |
| 12/08/2021 – Town Square Management Ltd – Coordinate EFTPS and MyTaxIllinois tax payments for 1120 and IL-1120 balances due for 2016 through 2020 | 0.75 | 200.00 | 150.00 |

Please make check payable to ALAP Limited
Thank you

**Total**

**ALAP Limited**
Michael A. Pazur, CPA
3511 Elsie Lane
Hoffman Estates, IL  60192

# Invoice

**Invoice #:** 2112076
**Invoice Date:** 12/31/2021
**Due Date:** 1/30/2022

**Bill To:**

Northridge Holdings, Ltd - Receivership
1020 W Fullerton Avenue
Suite G
Addison, IL 60101

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 12/08/2021 – Northridge Holdings Ltd – Conference call with Lois West, FSLC attorneys, and Julia and Jude Damasco to review closing agreement draft (62 minutes) and follow-up call with Terry Stein on additional redline items to strike from the closing agreement (3 minutes) | 1.10 | 200.00 | 220.00 |
| 12/08/2021 – Amberwood Holdings Ltd –  Telephone meeting with Lois West (10 minutes) to discuss IRS notices received for late filing penalties | 0.15 | 200.00 | 30.00 |
| 12/08/2021 – Town Square Management Ltd – Coordination with Carol Higgins to verify funds for all tax payments and plan to close banks by 12/31/2021 | 0.40 | 200.00 | 80.00 |
| 12/08/2021 – Northridge Holdings Ltd – Calls with Lois West regarding closing agreement (9 minutes) | 0.15 | 200.00 | 30.00 |
| 12/10/2021 – Qualified Settlement Fund –  Telephone meeting with Lois West (42 minutes) to discuss tax returns and accrual basis deductions | 0.70 | 200.00 | 140.00 |
| 12/19/2021 – Northridge Holdings Ltd –  Review of Cornelia Mueller discovery documents and make assessments of accuracy and validity for the receivership | 1.00 | 200.00 | 200.00 |
| 12/20/2021 – Northridge Holdings Ltd – Additional review of Cornelia Mueller discovery documents and make assessments of accuracy and validity for the receivership | 0.75 | 200.00 | 150.00 |

Please make check payable to ALAP Limited
Thank you

**Total**

**ALAP Limited**
Michael A. Pazur, CPA
3511 Elsie Lane
Hoffman Estates, IL  60192

# Invoice

|  |  |
|---|---|
| **Invoice #:** | 2112076 |
| **Invoice Date:** | 12/31/2021 |
| **Due Date:** | 1/30/2022 |

**Bill To:**

Northridge Holdings, Ltd - Receivership
1020 W Fullerton Avenue
Suite G
Addison, IL 60101

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 12/28/2021 – Lake Shore Drive Condo Associations – Prepare 2006 to 2021 proposed adjusting journal entries for Carol Higgins for both condo associations | 2.85 | 200.00 | 570.00 |
| 12/29/2021 – Lake Shore Drive Condo Associations – Review and adjust 2006 to 2021 trial balances after adjustment by Carol Higgins for both condo associations | 0.50 | 200.00 | 100.00 |

| | | |
|---|---|---|
| Please make check payable to ALAP Limited Thank you | **Total** | $10,220.00 |

## **EXHIBIT P**

[Miller Kaplan Invoices for October 2021 through December 2021]

(see attached)

## <u>Miller Kaplan – Summary of Fees</u>

| Timekeeper Name | Sum of Billed Hours | Sum of Billed Amount |
|---|---|---|
| Julia Damasco | 15.2 | $8,664.00 |
| Jude Damasco | 4.0 | $2,280.00 |
| Nicholas Sanchez | 3.5 | $1,470.00 |
| Emily Ransom | 4.25 | $935.00 |
| Yamilex Mendez | .25 | $20.00 |
| **Total (before discounts below)** | | **$13,369.00** |
| **Discounts to be Applied** | | |
| Julia Damasco | x $456 (discounted rate) | $6,931.20 |
| Jude Damasco | x $456 (discounted rate) | $1,824.00 |
| Nicholas Sanchez | x $336 (discounted rate) | $1,176.00 |
| Emily Ransom | x $176 (discounted rate) | $748.00 |
| Yamilex Mendez | x $64 (discounted rate) | $16.00 |
| **Grand Total (after discount)** | | **$10,695.20*** |
| *Pursuant to Miller Kaplan's invoice, the Receiver seeks only **$10,659.20** of this total. | | |



4123 Lankershim Boulevard
North Hollywood, CA 91602

**N. Neville Reid**
Northridge Holdings Receivership Settlement Fund
Fox Swibel Levin & Carroll LLP
200 W. Madison Street, Suite 3000
Chicago, IL  60606

**Invoice:   549549**

| | |
|---|---|
| Date: | 01/25/2022 |
| **Due Date:** | **01/25/2022** |

Client ID:    3002860

For professional services rendered as follows:

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| **General Consulting Services** | | | | |
| 12/03/2021 | Research | JMD | 1.70 | |
| 12/08/2021 | Discussions/Meetings | JMD | 2.70 | |
| | Prepare for and attend conference call. Emails re tax returns, pre filing conference and other tax related matters. | | | |
| 12/09/2021 | Discussions/Meetings | ER | 0.25 | |
| | 2020 QSF tax return filing. | | | |
| 12/10/2021 | Project Management | JMD | 5.20 | |
| | Various email with counsel and accountants on status of tax returns for QSF and related entities. Edits to the Pre filing Conference Letter re ALAIX Partners edits and other issues. | | | |
| 12/13/2021 | Review | JMD | 1.20 | |
| | Monitoring for dispatch of the Pre filing Conference Request, related email and review of issues. | | | |
| 12/13/2021 | Tax Planning | JD | 3.00 | |
| | Review emails and 2019 QSF return (.75); Telecon w/Lois (.50); Telecon w/Terry & Lois (1.25); Telecon w/Terry (50) | | | |
| 12/14/2021 | Assemble | YM | 0.25 | |
| | Assembly of request for closing agreement | | | |
| 12/14/2021 | Prepare/Draft/Edit/Finalize | JMD | 2.70 | |
| | Emails on open issues re pre filing conference letter. | | | |
| 12/28/2021 | Review | JMD | 1.70 | |
| | Review recent responses on the issues related to the pre filing conference letter. Research new Rev. Proc. on any new issues for 2022 submission. | | | |

**Miller Kaplan Arase LLP**

| | | | | |
|---|---|---|---|---|
| 12/28/2021 | Tax Planning | JD | 1.00 | |
| | Review of changes to QSF return | | | |
| | | Subtotal | | 8,811.20 |

**Ruling Request Services**

| | | | | |
|---|---|---|---|---|
| 12/08/2021 | Discussions/Meetings | ER | 1.00 | |
| | Final edits and process discussion for the Prefiling Conference request. | | | |
| 12/08/2021 | Discussions/Meetings | NAS | 2.00 | |
| | Review closing agreement submission draft. Prepare for and attend call with client. | | | |
| 12/09/2021 | Discussions/Meetings | NAS | 0.50 | |
| | Discuss closing agreement prefiling conference request with EWR and JMD. Discuss initial QSF year/return. | | | |
| 12/10/2021 | Discussions/Meetings | ER | 0.25 | |
| | Status of submission draft and Power of Attorney documents. | | | |
| 12/10/2021 | Prepare/Draft/Edit/Finalize | NAS | 1.00 | |
| | Closing agreement submission review with JMD and EWR. | | | |
| 12/13/2021 | Prepared or processed power of attorney form. | ER | 0.25 | |
| | Submit QSF POA to CAF. Follow up on N. Reid SSN POA signatures. | | | |
| 12/13/2021 | Prepare/Draft/Edit/Finalize | ER | 1.50 | |
| | Finalize Request for Pre-filing Conference and associated Exhibits. | | | |
| 12/14/2021 | Prepare/Draft/Edit/Finalize | ER | 1.00 | |
| | Coordinate final edits and collate exhibits. | | | |
| | | Subtotal | | 1,848.00 |
| | | Total for Services | | 10,659.20 |
| | | **Invoice Total** | | **$10,659.20** |

PLEASE REMIT PAYMENT VIA WIRE TRANSFER OR CHECK
ACCORDING TO THE INSTRUCTIONS BELOW:
WIRE FUNDS TO:

MAKE CHECK PAYABLE TO:

MILLER KAPLAN ARASE LLP
4123 LANKERSHIM BLVD, NORTH HOLLYWOOD, CA 91602-2828

O. 818.769.2010  /  F. 818.769.3100

**MILLERKAPLAN.COM**

| 01/25/2022 | 12/31/2021 | 11/30/2021 | 10/31/2021 | 09/30/2021+ | Total |
|---|---|---|---|---|---|
| 10,659.20 | 31,230.00 | 0.00 | 0.00 | 0.00 | **$41,889.20** |

## **EXHIBIT Q**

[Proposed Order]

(see attached)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES SECURITIES** ) | |
| **AND EXCHANGE COMMISSION,** ) | **Civil Action No. 19-cv-05957** |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **Hon. John Z. Lee** |
| ) | |
| **NORTHRIDGE HOLDINGS, LTD., ET AL.,** ) | |
| ) | **Magistrate Judge Susan E. Cox** |
| **Defendants.** ) | |
| ) | |

**ORDER (A) APPROVING RECEIVER'S TENTH INTERIM FEE**
**APPLICATION FOR PAYMENT OF FEES AND EXPENSES OF COUNSEL FOR THE**
**RECEIVER; AND (B) APPROVING RECEIVER'S NINTH INTERIM FEE**
**APPLICATION FOR FEES AND EXPENSES OF RECEIVER'S**
**NON-FOX SWIBEL PROFESSIONALS**

N. Neville Reid, as the receiver ("Receiver") for the Estate of Defendant Northridge

Holdings, Ltd. and its related entities and affiliates as more particularly set forth in the

Receivership Order, having filed the *Receiver's Combined (A) Tenth Interim Fee Application*

*and Motion for Court Approval of Payment of Fees and Expenses of Counsel for the Receiver;*

*and (B) Tenth Interim Fee Application and Motion for Court Approval of Payment of Fees and*

*Expenses of Receiver's Non-Fox Swibel Professionals* (the "Application"), and the Court,

having conducted a hearing on the Application, and for good cause shown, IT IS HEREBY

ORDERED THAT:

The Receiver's Application is granted. Further:

a.      the fees and expenses of counsel for the Receiver at Fox Swibel Levin & Carroll,

LLP are reasonable and necessary to the Receivership;

b.      the Receiver is authorized, but not directed, to immediately pay the fees and expenses more particularly set forth in the Application to counsel for the Receiver from the Receivership Estate;

c.      the fees of KRD as accountant for the Receiver are reasonable and necessary to the Receivership;

d.      the Receiver is authorized, but not directed, to immediately pay the fees and expenses more particularly set forth in the Application to KRD from the Receivership Estate;

e.      the fees and expenses of AlixPartners as forensic accountant for the Receiver are reasonable and necessary to the Receivership;

f.      the Receiver is authorized, but not directed, to immediately pay the fees and expenses more particularly set forth in the Application to AlixPartners from the Receivership Estate.

g.      the fees and expenses of Dickler Kahn as counsel for the Receiver are reasonable and necessary to the Receivership;

h.      the Receiver is authorized, but not directed, to immediately pay the fees and expenses more particularly set forth in the Application to Dickler Kahn from the Receivership Estate;

i.      the fees and expenses of ALAP as accountant for the Receiver are reasonable and necessary to the Receivership;

j.      the Receiver is authorized, but not directed, to immediately pay the fees and expenses more particularly set forth in the Application to ALAP from the Receivership Estate;

k.      the fees and expenses of Miller Kaplan as tax consultant for the Receiver are reasonable and necessary to the Receivership; and

j.      the Receiver is authorized, but not directed, to immediately pay the fees and expenses more particularly set forth in the Application to Miller Kaplan from the Receivership Estate.

_____

**Hon. John Z. Lee**

**UNITED STATES DISTRICT JUDGE**

Entered: